**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OLIVER LUCK | § § § | |
| *Plaintiff* | § | |
| v. | § § | CIVIL NO._____ |
| VINCENT K. MCMAHON | § § | |
| | § | APRIL 16, 2020 |
| *Defendant.* | § | |

**PLAINTIFF'S MOTION TO SEAL PORTIONS OF COMPLAINT AND
EXHIBITS 1-3 TO COMPLAINT**

Plaintiff, Oliver Luck, moves, pursuant to D. Conn. L. Civ. R. 5(e), for leave to file under seal portions of his Complaint and Exhibits 1-3 to his Complaint against Defendant Vincent K. McMahon. In support of his Motion, Luck files herewith a supporting Memorandum of Law, a redacted version of his Complaint filed publicly, redacted versions of Exhibits 1-3 to his Complaint filed publicly, and unredacted copies of his Complaint and Exhibits 1-3 provisionally filed under seal.

WHEREFORE, Luck respectfully moves this Court to seal portions if his Complaint and Exhibits 1-3 to his Complaint together with such other and further relief as this Court deems just and proper.

                                                    **PLAINTIFF OLIVER LUCK**

                                                    */s/ Andrew M. Zeitlin*_____
                                                    Andrew M. Zeitlin (Fed. Bar No. ct21386)
                                                    Joette Katz
                                                    SHIPMAN & GOODWIN LLP
                                                    300 Atlantic Street
                                                    Stamford, Connecticut 06901
                                                    Tel.: (203) 324-8100
                                                    Fax: (203) 324-8199
                                                    Email: azeitlin@goodwin.com
                                                    Email: jkatz@goodwin.com

**ORAL ARGUMENT NOT REQUESTED**

**AND**  (PRO HAC VICE APPLICATIONS PENDING)

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski
Vanessa L. Pierce
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email:  pjd@doblaw.com
Email:  vpierce@doblaw.com

*HIS ATTORNEYS*