## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-00516 |
| | § | |
| VINCENT K. MCMAHON | § | |
| | § | APRIL 24, 2020 |
| *Defendant.* | § | |

### PLAINTIFF'S MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PREJUDGMENT REMEDY

Plaintiff, Oliver Luck, moves, pursuant to D. Conn. L. Civ. R. 5(e), for leave to file under seal the Memorandum of Law in Support of Plaintiff's Application for Prejudgment Remedy.  In support of his Motion, Mr. Luck files herewith a supporting Memorandum of Law, a redacted version of the Memorandum of Law in Support of Plaintiff's Application for Prejudgment Remedy filed publicly, and an unredacted copy of the same provisionally filed under seal.

WHEREFORE, Mr. Luck respectfully moves this Court to seal the Memorandum of Law in Support of Plaintiff's Application for Prejudgment Remedy, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed Bar No. ct30935)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com

**ORAL ARGUMENT NOT REQUESTED**

2

**AND**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv 10563)
Vanessa L. Pierce (phv 10561)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email:  pjd@doblaw.com
Email:  vpierce@doblaw.com

*HIS ATTORNEYS*