IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § § § | |
| *Plaintiff* | § | |
| v. | § § | CIVIL NO. 3:20-cv-516 (VAB) |
| VINCENT K. MCMAHON | § § | APRIL 24, 2020 |
| *Defendant.* | § § | |

**<u>NOTICE IN RESPONSE TO COURT'S ORDER OF APRIL 22, 2020 (ECF NO. 31)</u>**

The undersigned counsel for plaintiff Oliver Luck, in response to the Court's Order of April 22, 2020 (ECF No. 31), hereby informs the Court that they conferred with defendant's counsel (specifically, Attorneys Jerry S. McDevitt and Curtis B. Krasik of K&L Gates LLP, and Jeffrey P. Mueller of Day Pitney LLP) on April 24, 2020. The defendant respectfully submits that a telephonic status conference regarding plaintiff's application is premature until the defendant files an answer or motion addressed to the Complaint. Nevertheless, if the Court decides to proceed with a telephonic status conference at this time, all counsel are available on the following dates for a telephonic status conference with the Court:

- Tuesday, April 28, 2020, except from 11:30 a.m. to 12:30 p.m. EDT and 1:00 p.m. to 2:00 p.m. EDT

- Wednesday, April 29, 2020, except from 11:00 a.m. to 12:00 p.m. EDT and 1:00 p.m. to 2:00 p.m. EDT

- Friday, May 1, 2020

- Monday, May 4, 2020, except from 2:30 p.m. to 4:30 p.m. EDT

- Wednesday, May 6, 2020

- Thursday, May 7, 2020

- Friday, May 8, 2020

>Respectfully submitted,
>
>**PLAINTIFF OLIVER LUCK**
>
>/s/ *Andrew M. Zeitlin*
>Andrew M. Zeitlin (Fed. Bar No. ct21386)
>Joette Katz (Fed Bar No. ct30935)
>SHIPMAN & GOODWIN LLP
>300 Atlantic Street
>Stamford, CT 06901
>Telephone: (203) 324-8100
>Facsimile: (203) 324-8199
>Email: azeitlin@goodwin.com
>Email: jkatz@goodwin.com
>
>**AND**
>
>/s/ *Paul J. Dobrowski*
>Paul J. Dobrowski  (phv10563)
>Vanessa L. Pierce (phv10561)
>DOBROWSKI, LARKIN & STAFFORD, L.L.P.
>4061 Washington Avenue, Suite 200
>Houston, Texas 77007
>Telephone: (713) 659-2900
>Facsimile: (713) 659-2908
>Email: pjd@doblaw.com
>Email: vpierce@doblaw.com
>
>*HIS ATTORNEYS*