# EXHIBIT 3

# Mueller, Jeff

| | |
|---|---|
| **From:** | McDevitt, Jerry <Jerry.McDevitt@klgates.com> |
| **Sent:** | Monday, April 27, 2020 4:23 PM |
| **To:** | Paul Dobrowski; Vanessa Lee Pierce; Joette Katz; Andrew Zeitlin; Sarah E. Gleason |
| **Cc:** | Krasik, Curtis B.; Mueller, Jeff |
| **Subject:** | WorldWrestlingEntertainmentinc_03262020_SC 13D-A.pdf |
| **Attachments:** | WorldWrestlingEntertainmentinc_03262020_SC 13D-A.pdf; ATT00001.txt |

CAUTION - EXTERNAL EMAIL DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Dombrowski,
 In an effort to conduct this litigation in a cost effective and efficient nature, we have now asked you twice to identify any legitimate purpose behind your attempted use of PJR processes in light of the self evident fact that Mr. McMahon obviously possesses assets far greater than those which would be needed to satisfy any judgment you might or might not get in this matter.   Your first response to that inquiry was a complete non- response. The one you sent today claimed that "We have no transparency regarding Mr. McMahon's stock holdings and I don't play the market". Your flippant response that you do not play the market has precisely nothing to do with the issue at hand, nor does it demonstrate some exigency requiring disruption of the normal sequencing of the case or resort to a process which raises serious constitutional issues in the absence of some good faith exigency.
 As to your statement that none of you have transparency as to his stock holdings, I am quite certain that any of you could have obtained what I am attaching in a few minutes time.
 Thus, I am enclosing a copy of the Amended 13D recently filed  on March 26th. To make things easy for you, we have highlighted the number of shares owned by Mr. McMahon on pages 3,4 and 6, and also highlighted the number of shares pledged by him on pages 7 and 8. As I write this, WWE shares are trading a $44.08 a share. All you need to do now is use a calculator to know that there is utterly no reason for any insecurity about his ability to pay any judgment you might or might not get.
 So, once again, now that this has been made transparent to all of you, what is the exigent circumstance or reason for seeking to utilize PJR process to impair protected rights of ownership?


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com<mailto:Jerry.McDevitt@klgates.com>.-4