# EXHIBIT 4

# Mueller, Jeff

| | |
|---|---|
| **From:** | Paul Dobrowski <pjd@doblaw.com> |
| **Sent:** | Friday, April 24, 2020 7:06 PM |
| **To:** | McDevitt, Jerry |
| **Cc:** | Mueller, Jeff; Gleason, Sarah E.; Krasik, Curtis B.; Vanessa Lee Pierce; Katz, Joette; Zeitlin, Andrew |
| **Subject:** | Re: Luck v. McMahon Motion for Telephonic Status Conference |

**CAUTION - EXTERNAL EMAIL**
**DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Jerry

To be clear, my proposal does not request that you waive your right to answer or otherwise plead during the next 60 days. It expressly reserves that right to you, along with all your other rights, which is why i'm so mystified by your refusal to accept. It would also allow you to communicate your positions directly to the court instead of arguing with me.

In any event, as an accommodation, we will include your original statement in the filing.

Sent from my iPhone

> On Apr 24, 2020, at 5:37 PM, McDevitt, Jerry <Jerry.McDevitt@klgates.com> wrote:
>
>  In all my years, I have never had anybody refuse to put my position in a motion being filed by one side about a matter of concern to both sides and I do not consent to you refusing to do so here.
>  When you asked us to accept service, we did so with a clear understanding under the rules that we would have 60 days to respond to the lawsuit and enter an appearance.
>  Thereafter , in the midst of a pandemic which has caused courts to postpone hearings until dates in the future, including the court we are in which has such orders in place until at least May 15th, you caused to be filed a wholly unnecessary motion and now seek to alter the timeframes put in place when we accepted service.
>  Apart from attempting to alter the timetables given to us by the rules, and as I am sure you know, Mr. McMahon is the record owner of approximately 29 million shares of WWE stock, which closed today at $44.79, up $5.72. This fact alone belies any legitimate concern about whether he would be able to pay any judgment your client might get in the future and exposes the real purpose of the motion as other than for the purposes stated.
>  Having had the good fortune to practice in Connecticut a long time, I am certainly aware of the thought in some quarters that PJR practice secures some tactical advantage over a defendant . Rest assured that will not be the case here, and will only result in collateral litigation making it more expensive than addressing the case on the merits.
>  In closing, if you chose to persist in trying to get the Court involved in this motion at this time, then Please include our statement as it was given to you.

Sent from my iPhone

On Apr 24, 2020, at 6:12 PM, Paul Dobrowski <pjd@doblaw.com> wrote:

Jerry

To avoid further argument, we're going to simply file a notice listing the dates that we have agreed to for the status conference, which is what the court requested. As you may recall, on the phone, I offered to let you file an appearance without waiving your right to answer or otherwise plead. You rejected that compromise. I renew that offer.

**From:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Sent:** Friday, April 24, 2020 5:01 PM
**To:** Paul Dobrowski <pjd@doblaw.com>
**Cc:** Mueller, Jeff <jmueller@daypitney.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Katz, Joette <JKatz@goodwin.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>
**Subject:** Re: Luck v. McMahon Motion for Telephonic Status Conference

We would like the entirety of our position included in the motion. It is straightforward, not argumentative, and necessary to express our view about the matter. Unlike your side, we have not had any communications with the court and our statement is needed to explain to the court why we deem all this to be at least premature.

Sent from my iPad

On Apr 24, 2020, at 5:21 PM, Paul Dobrowski <pjd@doblaw.com> wrote:

Jeff and Jerry

Thanks for your proposed changes. However when I said we would send you the draft of our Motion to review, it was with the intent that you would review and confirm that we had accurately set forth the dates and times for the court's status conference. It was not an invitation to re-write the substance of our motion to which you are not a signatory. Nevertheless, we will include a portion of your changes as follows:

" The defendant respectfully submits that a telephonic status conference regarding plaintiff's application is premature."

We intend to file shortly, so if you want us to remove this sentence, please advise asap.

Thanks

**From:** Mueller, Jeff <jmueller@daypitney.com>
**Sent:** Friday, April 24, 2020 3:40 PM
**To:** 'Gleason, Sarah E.' <SeGleason@goodwin.com>; 'Krasik, Curtis B.' <Curtis.Krasik@klgates.com>; Paul Dobrowski <pjd@doblaw.com>; 'McDevitt, Jerry' <Jerry.McDevitt@klgates.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; 'Katz, Joette' <JKatz@goodwin.com>
**Cc:** 'Zeitlin, Andrew' <AZeitlin@goodwin.com>
**Subject:** RE: Luck v. McMahon Motion for Telephonic Status Conference

Counsel: Please see the attached redline. We believe the redlined language is necessary to ensure that the Court understands that we are not jointly requesting a conference and that our position is as stated in the draft.

Jeffrey P. (Jeff) Mueller | Attorney at Law | Attorney Bio

<image001.jpg>

242 Trumbull Street | Hartford CT 06103-1212
t (860) 275 0164 | f (860) 881 2625 | m (203) 444 5207
jmueller@daypitney.com | www.daypitney.com
BOSTON  |  CONNECTICUT   |  FLORIDA   |  NEW JERSEY   |  NEW YORK   |  WASHINGTON, DC
<image002.jpg>

<image003.png>

<image004.jpg>

> **From:** Mueller, Jeff
> **Sent:** Friday, April 24, 2020 3:52 PM
> **To:** 'Gleason, Sarah E.' <SeGleason@goodwin.com>; 'Krasik, Curtis B.' <Curtis.Krasik@klgates.com>; Paul Dobrowski <pjd@doblaw.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Katz, Joette <JKatz@goodwin.com>
> **Cc:** Zeitlin, Andrew <AZeitlin@goodwin.com>
> **Subject:** RE: Luck v. McMahon Motion for Telephonic Status Conference
>
> We will review your draft motion and provide you with a redline of any proposed changes.
>
> Jeffrey P. (Jeff) Mueller | Attorney at Law | Attorney Bio
>
> <image001.jpg>

3

242 Trumbull Street | Hartford CT 06103-1212
t (860) 275 0164 | f (860) 881 2625 | m (203) 444 5207
jmueller@daypitney.com | www.daypitney.com
BOSTON   |   CONNECTICUT   |   FLORIDA   |   NEW JERSEY   |   NEW YORK   |   WASHINGTON, DC
<image002.jpg>

<image003.png>

<image004.jpg>

**From:** Gleason, Sarah E. <SeGleason@goodwin.com>
**Sent:** Friday, April 24, 2020 3:28 PM
**To:** 'Krasik, Curtis B.' <Curtis.Krasik@klgates.com>; Paul Dobrowski <pjd@doblaw.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Mueller, Jeff <jmueller@daypitney.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Katz, Joette <JKatz@goodwin.com>
**Cc:** Zeitlin, Andrew <AZeitlin@goodwin.com>
**Subject:** Luck v. McMahon Motion for Telephonic Status Conference

**CAUTION - EXTERNAL EMAIL**
**DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

All,

Attached please find the motion for telephonic status conference that we plan to file later today.  Please let me know if I inadvertently left off a conflict or if any of the proposed dates no longer work.

Thank you,
Sarah

| **Shipman & Goodwin** | Sarah E. Gleason | Tel (203) 324-8132 |
| COUNSELORS AT LAW | Shipman & Goodwin LLP | Fax (203) 324-8199 |
| | Associate | segleason@goodwin.com |
| | 300 Atlantic Street, 3rd Floor | www.shipmangoodwin.com |
| | Stamford, CT 06901-3522 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Sent:** Thursday, April 23, 2020 8:00 AM
**To:** Paul Dobrowski <pjd@doblaw.com>; McDevitt,

4

Jerry <Jerry.McDevitt@klgates.com>
**Cc:** Jeffrey Mueller <jmueller@daypitney.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Cotrone, Phyllis <PCotrone@goodwin.com>; Lisa Gargov <lgargov@doblaw.com>; Amanda Naumann <anaumann@doblaw.com>
**Subject:** RE: Luck v. McMahon

*EXTERNAL EMAIL*

Please use the following dial-in number for our call on Friday 4/24 at 2 pm ET/1 pm CT:
1.800.270.2297
code:  151 845 12

**K&L GATES**

**Curt Krasik**
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Phone: 412.355.8696
Fax: 412.355.6501
curtis.krasik@klgates.com
www.klgates.com

**From:** Paul Dobrowski <pjd@doblaw.com>
**Sent:** Wednesday, April 22, 2020 5:50 PM
**To:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Cc:** Jeffrey Mueller <jmueller@daypitney.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Azeitlin@goodwin.com; Joette Katz (jkatz@goodwin.com) <jkatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Cotrone, Phyllis <PCotrone@goodwin.com>; Lisa Gargov <lgargov@doblaw.com>; Amanda Naumann <anaumann@doblaw.com>
**Subject:** RE: Luck v. McMahon


Thank you.  We are available at 2 pm EDT/ 1 pm CDT on Friday.  Please send out the call info.  Talk to you on Friday.

Regards

5

**From:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Sent:** Wednesday, April 22, 2020 4:18 PM
**To:** Paul Dobrowski <pjd@doblaw.com>
**Cc:** Jeffrey Mueller <jmueller@daypitney.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Azeitlin@goodwin.com; Joette Katz (jkatz@goodwin.com) <jkatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Cotrone, Phyllis <PCotrone@goodwin.com>; Lisa Gargov <lgargov@doblaw.com>; Amanda Naumann <anaumann@doblaw.com>
**Subject:** Re: Luck v. McMahon

We are available between 2-4 EST this friday. If that works for you, let us know and we will circulate a dial-in number.

Sent from my iPad

> On Apr 22, 2020, at 12:11 PM, Paul Dobrowski <pjd@doblaw.com> wrote:
>
> Messrs. McDevitt, Mueller and Krasik
>
> We are forwarding the attached Order from Judge Bolden to you as counsel for Mr. McMahon.  Per the Order, we wish to schedule a time to confer regarding a telephonic status conference with the Court.  Please advise if you are available during the following times:
>
> Today (4/22):  4 pm – 7 pm EDT
>
> Tomorrow (4/23): 3 pm – 7pm EDT
>
> If you are unavailable at these times, please provide us with a convenient time.
>
> Thank you
>
> **Paul J. Dobrowski**
>
> <image001.png>
> 4601 Washington Avenue, Suite 300 | Houston, TX 77007

6

main: 713.659.2900 | fax: 713.659.2908 | dobrowski.com

**NOTICE BY DOBROWSKI, LARKIN & STAFFORD L.L.P.** This message, and any attached document, is a PRIVILEGED AND CONFIDENTIAL communication from a law firm. If you are not the intended recipient, any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender in the event of a delivery error by replying to this message, and then delete it from your system. Unintended transmission shall not constitute waiver of any privilege. Unless expressly stated otherwise, nothing in the message shall be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

<[ECF 31] Order-Set Time for Telephonic Status Conference re Motion for PJR 4-22-20.pdf>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.

---

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**********************************************************************************************

---

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.