IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON | § | |
| | § | APRIL 21, 2020 |
| *Defendant.* | § | |

**[PROPOSED] WRIT, SUMMONS, AND DIRECTION
FOR ATTACHMENT AND/OR GARNISHMENT**

TO ANY PROPER OFFICER:

GREETING:

BY THE AUTHORITY OF THE STATE OF CONNECTICUT, YOU ARE HEREBY COMMANDED to attach and/or garnish to the value of $23.8 million the following property, assets, and/or other obligations of defendant Vincent McMahon, whose address is ▮ ▮ :

(a) Defendant's interest in real property;

(b) Assets of the defendant, whether real or personal, tangible or intangible, of any kind whatsoever;

(c) Sums due to the defendant;

(d) Property, assets, and sums disclosed by the defendant pursuant to plaintiff Oliver Luck's Motion for Disclosure of Assets filed contemporaneously herewith; and

(e) Debts, obligations, payments, distributions, credits, draws and/or other sums or amounts, due or owing to the defendant; and

(f) Property, assets, and sums in the name of third persons or entities that are owed to or being held for the benefit of the defendant.

I hereby certify that I have personal knowledge of the financial responsibility of the applicant and deem it sufficient to pay the costs of this action.

Hereof fail not, but due service and return make.

Dated at Stamford, Connecticut this ____ day of _____, 2020.

                                          _____
                                          Commissioner of the Superior Court