**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON | § | |
| | § | MAY 14, 2020 |
| *Defendant.* | § | |

**PLAINTIFF'S CONSENTED-TO MOTION FOR PERMISSION**
**TO FILE A REPLY MEMORANDUM IN EXCESS OF TEN (10) PAGES**

Pursuant to Local Rule 7(d), the plaintiff, Oliver Luck, respectfully moves for permission to file a reply memorandum in response to defendant's May 12, 2020 Opposition to Plaintiff's Application for Prejudgment Remedy (ECF No. 44) that is in excess of ten pages. Specifically, plaintiff seeks permission to file a reply memorandum that is no more than twenty-five (25) pages in length.

Defendant, Vincent K. McMahon, consents to this motion, provided that the plaintiff consents to the defendant filing a sur-reply brief of no more than fifteen (15) pages. Plaintiff is agreeable to defendant's proposal.

Good cause exists for the granting of this motion. The defendant's Opposition to Plaintiff's Application for Prejudgment Remedy is extensive and makes a variety of procedural and factual arguments. More than ten pages are necessary to adequately respond to the arguments made by the defendant in his May 12, 2020 opposition.

WHEREFORE, plaintiff Oliver Luck respectfully moves for permission to file a reply memorandum of no more than twenty-five (25) pages in further support of his Application for Prejudgment Remedy.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed Bar No. ct30935)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com

**AND**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski  (phv10563)
Vanessa L. Pierce (phv10561)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4061 Washington Avenue, Suite 200
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email: pjd@doblaw.com
Email: vpierce@doblaw.com

***HIS ATTORNEYS***

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

  /s/  Andrew M. Zeitlin          

Andrew M. Zeitlin (Fed. Bar No. ct21386)

Shipman & Goodwin LLP

300 Atlantic Street

Stamford, CT 06901-3522

Telephone: 203-324-8100

Facsimile: 203-324-8199

azeitlin@goodwin.com

8675787