# EXHIBIT B

Corrections to Reply Memorandum of Law in Further Support of Plaintiff's Application for Prejudgment Remedy (ECF No. 70)

| PAGE | CORRECTION |
|---|---|
| Table of Contents | In Section B under Counter-Statement of Facts, change the word "Internal" to "Intentional" |
| 2 | Change "'primary' payments" to "'primary obligor,' payments" |
| 3 | Change "Sunday" to "Monday" |
| 12 | Change "share7holders" to "shareholders" |
| 25 | Change "section IV" to "section III. A." |