IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK            §<br>                       §<br>  *Plaintiff*          §<br>                       §<br>v.                     §<br>                       §<br>VINCENT K. MCMAHON and §<br>ALPHA ENTERTAINMENT LLC §<br>                       §<br>  *Defendants.*        § | | CIVIL NO. 3:20-cv-516 (VAB)<br><br><br>October 20, 2020 |

### OLIVER LUCK'S MOTION TO AMEND THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 19, Local Rule 7(f), and this Court's order of June 26, 2020 [ECF 79], Plaintiff Oliver Luck respectfully moves for permission to summon Alpha Entertainment LLC ("Alpha") into this action, and to serve it with an Amended Complaint in the form attached as Exhibit 1. Defendant, Vincent K. McMahon, opposes this motion. A redlined version of the proposed Amended Complaint showing the changes proposed against the current Complaint is attached as Exhibit 2 to this motion. This Motion is being filed concurrently with Oliver Luck's Motion to Lift the Stay.

### BACKGROUND

On June 26, 2020, the Court entered its Ruling and Order on Motion for Prejudgment Remedy and Motion for Disclosure of Assets [ECF 79] (the "Stay Order"), attached as Exhibit 3. In the Stay Order, the Court "stay[ed] the case until Alpha can be joined as an indispensable party…." Ex. 3 at 17.

On August 7, 2020, the United States Bankruptcy Court for the District of Delaware, Case No. 20- 10940 (LSS) (the "Bankruptcy Court"), entered an Agreed Order Granting Oliver Luck's Motion for Relief from Stay to Join Alpha Entertainment LLC in Connecticut Proceeding (the

Oral argument is requested.

"Agreed Order"), attached as Exhibit 4. In the Agreed Order, the Bankruptcy Court ordered the automatic bankruptcy stay to be lifted as of the earlier of October 31, 2020 or sixty days after the closing date of Alpha's asset sale. Ex. 4 at 2. Pursuant to the Agreed Order, Alpha's attorney, Matthew Lunn, provided written notice to Mr. Luck's attorneys that Alpha's asset sale closed on August 21, 2020. Ex. 5. Accordingly, the automatic bankruptcy stay is lifted as of today, October 20, 2020—sixty days after the closing date— allowing Mr. Luck to join Alpha in this case for the sole purpose of seeking a declaration of whether or not Alpha properly terminated Mr. Luck for cause under his Employment Contract. Ex. 4 at 1-2.

## RELIEF REQUESTED

Mr. Luck has good cause for now amending the Complaint. On June 26, 2020, this Court ordered this action stayed "until Alpha can be joined." Ex. 3 at 17. Prior to obtaining relief from the stay in the bankruptcy court, Alpha could not be joined as a party in this action. 11 U.S.C. § 362(a)(1). Mr. Luck has now been able to obtain relief from 11 U.S.C. § 362(a)(1)'s automatic bankruptcy stay. *See* Ex. 4. Therefore, good cause now exists for the Complaint to be amended to join Alpha.

WHEREFORE, Plaintiff Oliver Luck respectfully moves for permission to summon Alpha into this case and to amend his Complaint to join Alpha as a required party. Further, Mr. Luck requests the attached clean version of the Amended Complaint be deemed filed as of the date the Court grants this Motion.

        Respectfully submitted,

        **PLAINTIFF OLIVER LUCK**

        */s/ Andrew M. Zeitlin*
        Andrew M. Zeitlin (Fed. Bar No. ct21386)
        Joette Katz (Fed. Bar No. ct30935)
        SHIPMAN & GOODWIN LLP

300 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com

**AND**

 */s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4061 Washington Avenue, Suite 200
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email: pjd@doblaw.com
Email: vpierce@doblaw.com
Email: jmchazlett@doblaw.com

*HIS ATTORNEYS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/  Andrew M. Zeitlin
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901-3522
Telephone: 203-324-8100
Facsimile: 203-324-8199
azeitlin@goodwin.com

4