# EXHIBIT 5

**Jared McHazlett**

| | |
|---|---|
| **From:** | Lunn, Matthew <mlunn@ycst.com> |
| **Sent:** | Friday, August 21, 2020 10:50 AM |
| **To:** | 'Goldstein, Eric'; Reil, Shane |
| **Cc:** | Paul Dobrowski; Vanessa Lee Pierce; Jared McHazlett; Zeitlin, Andrew; 'Roth-Moore, Andrew' |
| **Subject:** | RE: Alpha - Luck Motion to Lift Stay |

All – in accordance with the Order [D.I. 355], the sale to Alpha Acquico LLC closed today, August 21, 2002.

Best,
Matt



**Matthew B. Lunn**, **Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6646 | F: 302.576.3312
mlunn@ycst.com  |  www.youngconaway.com  |  vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Goldstein, Eric <EGoldstein@goodwin.com>
**Sent:** Friday, August 7, 2020 9:14 AM
**To:** Reil, Shane <SReil@ycst.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Shane,

We are signed-off.  Thanks for working cooperatively with us in resolving the motion.  I will still plan to call in to the hearing in case the Judge has any questions.

**Shipman & Goodwin**
COUNSELORS AT LAW

| Eric S. Goldstein | Tel (860) 251-5059 |
|---|---|
| Shipman & Goodwin LLP | Fax (860) 251-5218 |
| Partner | egoldstein@goodwin.com |
| One Constitution Plaza | www.shipmangoodwin.com |
| Hartford, CT 06103-1919 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Reil, Shane <SReil@ycst.com>
**Sent:** Friday, August 7, 2020 8:10 AM
**To:** Goldstein, Eric <EGoldstein@goodwin.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>;

'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

Eric,

Further to below, no more comments from the Lender or the Committee and the Company is signed off.  Attached is a compiled cert of counsel which, with your sign-off, we'd intend to file this morning in advance of the hearing.

Please let us know if any questions or if this is good to go.

Thanks,



**Shane M. Reil**, **Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6745  |  F: 302.576.3288
SReil@ycst.com  |  www.youngconaway.com  |  vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Reil, Shane <SReil@ycst.com>
**Sent:** Thursday, August 6, 2020 9:19 PM
**To:** 'Goldstein, Eric' <EGoldstein@goodwin.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; 'Zeitlin, Andrew' <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Eric – we received one proposed revision from the Committee, which is reflected in the attached.  I assume this is not an issue from your client's perspective, but please let us know.

--Shane



**Shane M. Reil**, **Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6745  |  F: 302.576.3288
SReil@ycst.com  |  www.youngconaway.com  |  vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Reil, Shane
**Sent:** Thursday, August 6, 2020 5:31 PM
**To:** 'Goldstein, Eric' <EGoldstein@goodwin.com>

2

**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Thanks Eric.  We're still waiting to hear back from the UCC, so while I am hopeful there won't be additional changes, I can't confirm at the moment.   But we should be good from the Lender's and our perspective.

--Shane



**Shane M. Reil**, **Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.6745  |  F: 302.576.3288
SReil@ycst.com  |  www.youngconaway.com  |  vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Goldstein, Eric <EGoldstein@goodwin.com>
**Sent:** Thursday, August 6, 2020 4:01 PM
**To:** Reil, Shane <SReil@ycst.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Hi Shane,
Thanks for sending over.  I am still waiting to hear back from my clients.  I will let you know as soon as I have sign off.  Are you expecting any further comments at this point?

| Shipman & Goodwin | Eric S. Goldstein | Tel (860) 251-5059 |
| COUNSELORS AT LAW | Shipman & Goodwin LLP | Fax (860) 251-5218 |
| | Partner | egoldstein@goodwin.com |
| | One Constitution Plaza | www.shipmangoodwin.com |
| | Hartford, CT 06103-1919 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Reil, Shane <SReil@ycst.com>
**Sent:** Thursday, August 6, 2020 12:39 PM
**To:** Goldstein, Eric <EGoldstein@goodwin.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

Thanks Eric. So it's intended to reserve rights in the event of a dismissal or subsequent bankruptcy case. That's fine, and we appreciate the explanation.

3

Since we'd be submitting this under COC, we'll need sign off from the UCC and lender. We received comments from the lender, which are reflected in the attached redline (which still shows your comments in track as well). This is still subject to review by the Company and UCC, but please let us know if any issues with the added language.

--Shane



**Shane M. Reil**, Associate
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6745 | F: 302.576.3288
SReil@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Goldstein, Eric
**Sent:** Wednesday, August 5, 2020 6:10 PM
**To:** Reil, Shane
**Cc:** Lunn, Matthew ; 'Paul Dobrowski' ; 'Vanessa Lee Pierce' ; 'Jared McHazlett' ; Zeitlin, Andrew ; 'Roth-Moore, Andrew'
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Shane,
Just got client sign-off on the revised draft that we sent over.

| **Shipman & Goodwin** | **Eric S. Goldstein** | Tel (860) 251-5059 |
| COUNSELORS AT LAW | Shipman & Goodwin LLP Partner | Fax (860) 251-5218 |
| | One Constitution Plaza | egoldstein@goodwin.com |
| | Hartford, CT 06103-1919 | www.shipmangoodwin.com |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Goldstein, Eric
**Sent:** Wednesday, August 5, 2020 6:07 PM
**To:** 'Reil, Shane' <SReil@ycst.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Hi Shane,

It was intended to track my emails with Matt from last week where Mr. Luck agreed to not pursue a claim in the bk case (so as to not impact the rights of the other creditors).

Theoretically, if Alpha were to dismiss its bk case right after we did the stip, it would seem that Mr. Luck should not have to waive a claim against Alpha (as the concern re impacting the other creditors in the bk case

4

would not be an issue). An admittedly even much more theoretical scenario would be if Alpha emerges after a plan of liquidation, for which it does not receive a discharge, and went on to have assets at some point in time that were not administered as part of the case for the benefit of creditors, it would not make sense to have Mr. Luck waive rights to make claims at that point (to the extent not time barred).

That was the intention by the addition of that phrase. Happy to get on a call tomorrow am to discuss if you think that would be helpful.

| **Shipman & Goodwin** | **Eric S. Goldstein** | Tel (860) 251-5059 |
|---|---|---|
| COUNSELORS AT LAW | Shipman & Goodwin LLP<br>Partner<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Fax (860) 251-5218<br>egoldstein@goodwin.com<br>www.shipmangoodwin.com |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Reil, Shane <SReil@ycst.com>
**Sent:** Wednesday, August 5, 2020 5:47 PM
**To:** Goldstein, Eric <EGoldstein@goodwin.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

No worries. Understand the first addition, but not sure about the addition of "in this bankruptcy case." Could you let us know the intention behind that?



**Shane M. Reil**, Associate
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6745 | F: 302.576.3288
SReil@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Goldstein, Eric <EGoldstein@goodwin.com>
**Sent:** Wednesday, August 5, 2020 1:50 PM
**To:** Reil, Shane <SReil@ycst.com>
**Cc:** Lunn, Matthew <mlunn@ycst.com>; 'Paul Dobrowski' <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; 'Jared McHazlett' <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

Hi Shane,
My apologies. I jumped the gun. Just one other edit, which is in track. Sending this to our client now for sign-off.

Thanks,

| **Shipman & Goodwin** <br> COUNSELORS AT LAW | **Eric S. Goldstein** <br> Shipman & Goodwin LLP <br> Partner <br> One Constitution Plaza <br> Hartford, CT 06103-1919 | Tel (860) 251-5059 <br> Fax (860) 251-5218 <br> egoldstein@goodwin.com <br> www.shipmangoodwin.com |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Goldstein, Eric
**Sent:** Wednesday, August 5, 2020 12:57 PM
**To:** 'sreil@ycst.com' <sreil@ycst.com>
**Cc:** 'Lunn, Matthew' <mlunn@ycst.com>; Paul Dobrowski <pjd@doblaw.com>; 'Vanessa Lee Pierce' <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>; 'Roth-Moore, Andrew' <ARoth-Moore@coleschotz.com>
**Subject:** FW: Alpha - Luck Motion to Lift Stay

Hi Shane,
Just one edit to your edits (see track changes). I have not yet gotten client sign off on this so must reserve comment. I will try to get that sign-off today. Let me know if Debtor is signed off. If so (and I defer to the DE practitioners on this), can we submit the agreed order tomorrow under a certification of counsel?

| **Shipman & Goodwin** <br> COUNSELORS AT LAW | **Eric S. Goldstein** <br> Shipman & Goodwin LLP <br> Partner <br> One Constitution Plaza <br> Hartford, CT 06103-1919 | Tel (860) 251-5059 <br> Fax (860) 251-5218 <br> egoldstein@goodwin.com <br> www.shipmangoodwin.com |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Reil, Shane
**Sent:** Tuesday, August 4, 2020 3:38 PM
**To:** Goldstein, Eric ; 'pjd@doblaw.com' ; 'JAlberto@coleschotz.com' ; Zeitlin, Andrew ; 'Roth-Moore, Andrew'
**Cc:** Lunn, Matthew
**Subject:** RE: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

All – further to below, please see our comments to the proposed order attached in track changes. We're awaiting sign off from the Company, but please let us know if these revisions work on your end.

--Shane



**Shane M. Reil**, **Associate**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6745 | F: 302.576.3288
SReil@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Reil, Shane
**Sent:** Monday, August 3, 2020 9:11 PM
**To:** 'EGoldstein@goodwin.com' ; 'pjd@doblaw.com' ; 'JAlberto@coleschotz.com' ; 'AZeitlin@goodwin.com' ; Roth-Moore, Andrew
**Cc:** Lunn, Matthew
**Subject:** RE: Alpha - Luck Motion to Lift Stay

All – just a quick update. We reached out to the Committee and lender on this, but are awaiting their responses. We expect to hear back tomorrow and will be in touch once we do.

--Shane



**Shane M. Reil**, Associate
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6745 | F: 302.576.3288
SReil@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** "Goldstein, Eric" <EGoldstein@goodwin.com>
**Date:** July 30, 2020 at 6:52:19 PM EDT
**To:** "Lunn, Matthew" <mlunn@ycst.com>
**Cc:** Paul Dobrowski <pjd@doblaw.com>, "Alberto, Justin" <JAlberto@coleschotz.com>, "Zeitlin, Andrew" <AZeitlin@goodwin.com>, "Roth-Moore, Andrew" <ARoth-Moore@coleschotz.com>
**Subject: RE: Alpha - Luck Motion to Lift Stay**

Matt,
Sorry for delay - quite a time to be a bk lawyer.

Here is the draft order for your review and comment. I have not shared this with Mr. Luck yet, so I must reserve his comment.

Thanks,

| **Shipman & Goodwin** COUNSELORS AT LAW | **Eric S. Goldstein** Shipman & Goodwin LLP Partner One Constitution Plaza Hartford, CT 06103-1919 | Tel (860) 251-5059 Fax (860) 251-5218 egoldstein@goodwin.com www.shipmangoodwin.com |

7

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Goldstein, Eric
**Sent:** Tuesday, July 28, 2020 6:13 PM
**To:** 'Lunn, Matthew' <mlunn@ycst.com>
**Cc:** Paul Dobrowski <pjd@doblaw.com>; Alberto, Justin <JAlberto@coleschotz.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>
**Subject:** RE: Alpha - Luck Motion to Lift Stay

That is fine.

Be back to you tomorrow with draft.

| **Shipman & Goodwin** COUNSELORS AT LAW | **Eric S. Goldstein** Shipman & Goodwin LLP Partner One Constitution Plaza Hartford, CT 06103-1919 | Tel (860) 251-5059 Fax (860) 251-5218 egoldstein@goodwin.com www.shipmangoodwin.com |
|---|---|---|

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Lunn, Matthew
**Sent:** Tuesday, July 28, 2020 5:24 PM
**To:** Goldstein, Eric
**Cc:** Paul Dobrowski ; Alberto, Justin ; Zeitlin, Andrew
**Subject:** Re: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

Thanks and no worries. In the meantime, can we agree to extension of the objection deadline to August 4th while we work through the stipulation.

On Jul 28, 2020, at 5:22 PM, Goldstein, Eric wrote:


Matt,
Sorry for the delay. I was on back-to-back calls. Mr. Luck will agree to an agreed order along the lines described in our email exchanges below. We will put together a draft for you review and comment. I hope to get you something tomorrow.

Best regards,

Shipman & Goodwin<http://www.ShipmanGoodwin.com>
COUNSELORS AT LAW<http://www.ShipmanGoodwin.com>


Eric S. Goldstein<http://www.shipmangoodwin.com/showbio.aspx?show=9000>

Shipman & Goodwin LLP

8

Partner
One Constitution Plaza
Hartford, CT 06103-1919<http://www.shipmangoodwin.com/showoffice.aspx?show=6902>

Tel (860) 251-5059

Fax (860) 251-5218
egoldstein@goodwin.com
www.shipmangoodwin.com<http://www.shipmangoodwin.com>


Privileged and confidential. If received in error, please notify me by e-mail and delete the message.


From: Goldstein, Eric
Sent: Monday, July 27, 2020 4:58 PM
To: 'Lunn, Matthew'
Cc: Paul Dobrowski ; Alberto, Justin ; Zeitlin, Andrew
Subject: RE: Alpha - Luck Motion to Lift Stay

Matt,

I don't think we are saying anything different from each other. I just want to make clear that Mr. Luck will not waive the right to bring the declaratory judgment claim that is described in the lift stay motion, and he will not waive any defenses he may have against any claim brought against him by Alpha, such as set-off or recoupment. What Mr. Luck will agree to is to waive any affirmative recovery in the Alpha bankruptcy case, which is what I am sure the Committee is most interested in.
I will touch base with you tomorrow once I hear back from my client.

Best regards,

Shipman & Goodwin<http://www.ShipmanGoodwin.com>
COUNSELORS AT LAW<http://www.ShipmanGoodwin.com>

Eric S. Goldstein<http://www.shipmangoodwin.com/showbio.aspx?show=9000>

Shipman & Goodwin LLP

Partner
One Constitution Plaza
Hartford, CT 06103-1919<http://www.shipmangoodwin.com/showoffice.aspx?show=6902>


Tel (860) 251-5059

Fax (860) 251-5218
egoldstein@goodwin.com

9

www.shipmangoodwin.com<http://www.shipmangoodwin.com>

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

From: Lunn, Matthew
Sent: Monday, July 27, 2020 3:26 PM
To: Goldstein, Eric
Cc: Paul Dobrowski ; Alberto, Justin ; Zeitlin, Andrew
Subject: Re: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

Eric,

By agreeing to not file a proof of claim and pursue claims against the estate in the bankruptcy is effectively releasing/waiving claims. By not filing a proof of claim, the bar date order makes clear that the claimant is barred from pursuing claims against the Debtor and the estate. The waiver of the claim is the primary piece of any agreed relief that the Committee will focus in on.

I am tied up until 6:00 but can call you later to discuss if you think it will be beneficial to discuss.

Best,
Matt

On Jul 27, 2020, at 3:17 PM, Goldstein, Eric wrote:

Matt,

Mr. Luck is reviewing this proposal now. We will get back to you by 5pm tomorrow with an agreement on a stipulated order, or if we need more time to iron out the details, an agreement on an extension of time to file any opposition.

One point of clarification. When you say below, "Luck agree to waive claims against Alpha," you mean pursuing a proof of claim in Alpha's bankruptcy case only, right? Just want to be clear on that point.

Thanks,

Shipman & Goodwin<http://www.ShipmanGoodwin.com<http://www.ShipmanGoodwin.com>>
COUNSELORS AT LAW<http://www.ShipmanGoodwin.com<http://www.ShipmanGoodwin.com>>

Eric S.

10

Goldstein<http://www.shipmangoodwin.com/showbio.aspx?show=9000<http://www.shipmangoodwin.com/showbio.aspx?show=9000>>

Shipman & Goodwin LLP

Partner
One Constitution Plaza
Hartford, CT 06103-1919<http://www.shipmangoodwin.com/showoffice.aspx?show=6902<http://www.shipmangoodwin.com/showoffice.aspx?show=6902>>

Tel (860) 251-5059

Fax (860) 251-5218
egoldstein@goodwin.com
www.shipmangoodwin.com<http://www.shipmangoodwin.com><http://www.shipmangoodwin.com<http://www.shipmangoodwin.com>>

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

From: Lunn, Matthew
Sent: Monday, July 27, 2020 2:48 PM
To: Goldstein, Eric
Cc: Paul Dobrowski ; Alberto, Justin ; Zeitlin, Andrew
Subject: Re: Alpha - Luck Motion to Lift Stay

*EXTERNAL EMAIL*

Eric,

Correct, the proposal is that the Debtor and Luck would enter into a stipulation that is approved by the Bankruptcy Court and pursuant to which the Debtor agrees to a modification of the automatic stay with respect to the Luck litigation pending in Connecticut such that the stay is lifted the earlier of 60 days after the sale closing or October 31, 2020 and, as stated in the motion, Luck agrees to waive claims against Alpha.

Given that you haven't vetted the proposal to Luck yet, can we agree that the objection deadline for all parties with respect to the stay relief motion is adjourned to August 4th?

Best,
Matt

On Jul 27, 2020, at 12:04 PM, Goldstein, Eric <EGoldstein@goodwin.com> wrote:

FOR SETTLEMENT PURPOSES ONLY

SUBJECT TO FED. R. EVID. 408

Hi Matt,

I am co-counsel with Paul Dobrowski to Mr. Luck in connection with his lift stay motion in the Alpha bk case. Paul let me know about your phone call last week. Although we have not yet vetted this with our client, I think the following may accomplish the Debtor's goal of having some breathing space until after the sale closes for the lift stay to enter and our client's goal of having some certainty on his ability to proceed in the guaranty action: we enter into an agreed order on the lift stay motion, which enters now, but delays the effective date of the lift of the stay until a mutually acceptable date in October. If the Debtor is amenable to this idea, we will run it by our client. Let us know and feel free to give me a call if you would like to discuss.

Best regards,

Shipman & Goodwin<http://www.ShipmanGoodwin.com<http://www.ShipmanGoodwin.com><http://www.ShipmanGoodwin.com<http://www.ShipmanGoodwin.com>>>
COUNSELORS AT LAW<http://www.ShipmanGoodwin.com<http://www.ShipmanGoodwin.com><http://www.ShipmanGoodwin.com<http://www.ShipmanGoodwin.com>>>


Eric S. Goldstein<http://www.shipmangoodwin.com/showbio.aspx?show=9000<http://www.shipmangoodwin.com/showbio.aspx?show=9000><http://www.shipmangoodwin.com/showbio.aspx?show=9000<http://www.shipmangoodwin.com/showbio.aspx?show=9000>>>

Shipman & Goodwin LLP

Partner
One Constitution Plaza
Hartford, CT 06103-1919<http://www.shipmangoodwin.com/showoffice.aspx?show=6902<http://www.shipmangoodwin.com/showoffice.aspx?show=6902><http://www.shipmangoodwin.com/showoffice.aspx?show=6902<http://www.shipmangoodwin.com/showoffice.aspx?show=6902>>>


Tel (860) 251-5059

Fax (860) 251-5218
egoldstein@goodwin.com
www.shipmangoodwin.com<http://www.shipmangoodwin.com><http://www.shipmangoodwin.com<http://www.shipmangoodwin.com>><http://www.shipmangoodwin.com<http://www.shipmangoodwin.com><http://www.shipmangoodwin.com>>>


Privileged and confidential. If received in error, please notify me by e-mail and delete the message.