IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON and | § | |
| ALPHA ENTERTAINMENT LLC | § | |
| | § | DECEMBER 7, 2020 |
|    *Defendants.* | § | |

## MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Rules of Civil Procedure for District of Connecticut, as well as the Court's inherent authority to control its own docket, Plaintiff Oliver Luck respectfully requests that the Court enter a Scheduling Order in this matter. In support of this motion, the Plaintiff states:

1. The parties filed a Rule 26(f) Report in this matter on June 15, 2020 (ECF No. 75).

2. On June 26, 2020, the Court stayed this action until Defendant Alpha Entertainment LLC ("Alpha") could be joined as a party (ECF No. 79).

3. On October 20, 2020, the Plaintiff filed his Motion to Lift Stay (ECF No. 90) and Motion to Amend Complaint to add Alpha as a party (ECF No. 91). The Court granted those motions on November 11, 2020 (ECF No. 93).

4. On December 4, 2020, the same attorneys that appeared for Defendant McMahon also appeared for Alpha (ECF No. 97-99), specifically, Attorneys Jerry S. McDevitt and Curtis B. Krasik of K&L Gates LLP, and Jeffrey P. Mueller of Day Pitney LLP.

5. Because of the four-month stay of this action, many of the dates in the previously

6. filed Rule 26(f) Report are no longer applicable. As a result, the parties have conferred and agreed to the following pretrial schedule, which the Plaintiff requests the Court enter as a Scheduling Order:

   a. January 8, 2021 - Alpha to serve Answer and Counterclaim

   b. January 8, 2021 - All parties to serve written responses and objections to discovery requests that have been served as of December 9, 2020

   c. January 15, 2021 - Initial disclosures to be served, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure

   d. January 29, 2021 - Documents to be produced in response to all Requests for Production that have been served as of December 9, 2020

   e. January 29, 2021 - Plaintiff to answer, move, or otherwise respond to Alpha's Counterclaim

   f. March 5, 2021 - Deadline to amend the pleadings

   g. April 16, 2021 - Damages analysis to be provided by any party who has a claim or counterclaim for damages

   h. April 16, 2021 - Parties to designate trial experts and provide opposing counsel with reports from retained experts pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure

   i. May 14, 2021 - Depositions of trial experts to be completed

   j. June 18, 2021 - Parties to designate all rebuttal trial experts and provide opposing counsel with reports from retained rebuttal experts pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure

   k. July 16, 2021 - Depositions of rebuttal trial experts to be completed

   l. July 16, 2021 - All fact and expert discovery to be completed (not propounded)

   m. August 20, 2021 - Summary judgment motions to be filed

   n. September 3, 2021 - Joint trial memorandum to be filed (if no summary judgment motion is filed; if a summary judgment motion is filed, the deadline to file joint trial memorandum is 30 days after the Court's ruling on such motion)

   o. October 8, 2021 - Case ready for trial (if no summary judgment motion is

>  filed; if a summary judgment motion is filed, the deadline to file joint trial memorandum is 30 days after the Court's ruling on such motion)

**WHEREFORE**, Plaintiff Oliver Luck respectfully requests that this Court grant his motion in full and enter a Scheduling Order that incorporates the schedule set forth above.

> Respectfully submitted,
>
> **PLAINTIFF OLIVER LUCK**
>
> */s/ Andrew M. Zeitlin*
> Andrew M. Zeitlin (Fed. Bar No. ct21386)
> Joette Katz (Fed. Bar No. ct30935)
> SHIPMAN & GOODWIN LLP
> 300 Atlantic Street
> Stamford, CT 06901
> Telephone: (203) 324-8100
> Facsimile: (203) 324-8199
> Email: azeitlin@goodwin.com
> Email: jkatz@goodwin.com
>
> **AND**
>
> */s/ Paul J. Dobrowski*
> Paul J. Dobrowski (phv10563)
> Vanessa L. Pierce (phv10561)
> Jared A. McHazlett (phv10650)
> DOBROWSKI, LARKIN & STAFFORD, L.L.P.
> 4061 Washington Avenue, Suite 200
> Houston, Texas 77007
> Telephone: (713) 659-2900
> Facsimile: (713) 659-2908
> Email: pjd@doblaw.com
> Email: vpierce@doblaw.com
> Email: jmchazlett@doblaw.com
>
> *HIS ATTORNEYS*

## CERTIFICATE OF SERVICE

   I hereby certify that on December 7, 2020, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                    */s/ Andrew M. Zeitlin*
                    Andrew M. Zeitlin

9302467v1