**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON and ALPHA | : | |
| ENTERTAINMENT LLC, | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF VINCENT K. McMAHON**

I, Vincent K. McMahon, hereby declare:

1.      I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.      I have personal knowledge of the matters set forth herein and am competent to testify thereto.

3.      I was the principal owner of Alpha Entertainment LLC. ("Alpha").  I formed Alpha as the vehicle to operate the XFL, a spring professional football league that I largely conceived and financed.

4.      On or about May 30, 2018, I hired Oliver Luck to be Commissioner and CEO of the XFL.  Luck's contract made him the senior-most executive of the XFL, with oversight responsibility of all football and business-related operations of the XFL.  Under that contract, Luck received a salary of $5 million per year and, if still employed each year on June 30, a bonus of $2 million.

5.     Luck's contract provided that he could be terminated at any time, without or without cause.  Among other things, "cause" under Luck's contract included "an intentional failure to follow any applicable XFL policies or directives."

6.     One of the policies that I considered to be central to building the XFL brand was hiring quality players and people who could be marketed.  From the outset, I made clear that players with bad reputations due to issues with drugs, sexual assaults, criminal arrests, and the like would not be allowed to play in the XFL.

7.     In fact, I announced this policy at my introductory press conference for the relaunch of the XFL on January 25, 2018.  Specifically, I stated, "In the XFL, the quality of the human being is going to be as important as the quality of the player."  *See* https://www.youtube.com/watch?v=1n-jgNhfASE (at 2:48).  Later in the press conference, in response to a question as to whether certain players would be allowed to play in the XFL, I further stated:  "Well, I think this, that one of the things, when I said the quality of the human being is very important, and just as important as the quality of the player, what I mean by that is, you want someone who does not have any criminality whatsoever associated with them.  And, in the XFL, even if you have a DUI, you will not play in the XFL, so that would probably eliminate some of them, not all of them."  *See* https://www.youtube.com/watch?v=1n-jgNhfASE (at 19:53).  I also gave an interview to ESPN following the press conference, in which I stated, "[w]e are evaluating a player based on many things, including the quality of human being they are.  If you have any sort of criminal record or commit a crime you aren't playing in this league."  *See* Exhibit A.  These comments were widely reported in the media.  *See* Exhibits B & C.

8.      As Commissioner and CEO of the XFL, Luck was acutely aware of this policy. For example, in a media appearance to promote the launch of the XFL in December 2018, Luck stated:

> Well, Vince has made it pretty clear to me that he not only wants, you know, good football players, but he wants good football players that are good character guys, right.  So I think we will have, absolutely, you know, a bright line, and not take guys who are involved in any sort of domestic violence issues.  You know, I think we'll be very careful with other folks, you know.  I'm not prepared to say, you know, a misdemeanor will keep you out of the XFL, or, you know, it has to be a felony — I'm not sure we're at that point yet.  But Vince has made it clear that, you know, he wants players that, you know, can be good role models, that have, you know, good character, and don't have, sort of a rap — you know, a track record of bad behavior.

*See*        https://sports.mynorthwest.com/557410/commissioner-oliver-luck-tells-seattle-what-to-expect-with-the-xfl/amp/ (at 8:56).

9.      In another media appearance in January 2020, Luck similarly stated:

> Vince has made it clear to me that he not only wants quality football players — that's obvious, right? — but he wants men of good character.  All of our players have gone through background checks. . . .  We've had a number of guys that didn't qualify because of their background or different things in their background.  We think we've got not just good quality players but good quality men in our league.  There are always a handful of guys out there who may have an interest, but the interest isn't necessarily mutual.

*See* Exhibit D.

10.     Despite being well aware of the XFL's policy on not hiring players with bad reputations due to questionable or problematic backgrounds, Luck's failure to consistently follow this policy was a recurring issue.  I recall repeatedly telling Luck that this was a matter of his reputation and the league's reputation when this issue kept recurring.

11.     I first recall this issue coming up with Luck in June 2019 in connection with rumors regarding the potential signing of Johnny Manziel.  After Luck failed to rule out Manziel playing in the XFL in response to multiple media inquiries, I sent Luck a text message that stated "How long R U going to play this game Oliver?  U know there is NO CHANCE IN HELL for Manziel to play for us.  I will not change my mind.  So what's Ur plan??"  *See* Exhibit E.  Luck responded "Vince — we have no intention of signing him, none whatsoever.  We're just milking the story to stay in the news.  I'm happy to categorically rule him out but both Jeffrey and I think it is worthwhile to milk it until the showcases are finished (July 12).  At that point we can say he doesn't fit into our plans."  *See id.*

12.     Several months later, I learned after the fact that Luck signed Player A.[1]

13.     On or about December 6, 2020, league officials apparently were notified that Player A was banned from the campus on which his XFL team practiced because of a prior sexual assault allegation.

14.     On December 12, 2020, Luck sent me an email and text message seeking my input regarding whether Player A could play in the XFL.  *See* Exhibit F.  Attached to Luck's email and text message was a memo prepared by the Vice President of Security for the XFL, ML Henry, explaining the situation involving Player A in detail.  *See id.*  Less than fifteen minutes later, I responded by text message and told Luck "Don't let him play for us."  *See id*.

15.     Despite my unequivocal response to Luck regarding Player A, Luck sent me another text message on January 13, 2020 asking me to revisit the situation with Player A and allow him to play in the XFL.  *See* Exhibit G.

---

[1] I am referring to this player as Player A to preserve his privacy because, to my knowledge, the allegation asserted against him has not previously been made public.  Luck, however, is well aware of Player A's identity.  Additionally, unredacted documents will be produced in discovery that disclose Player A's identity.

16.     On January 16, 2020, before I had responded to his January 13, 2020 text, Luck yet again sent me a text message asking if I would approve Player A to play in the XFL.  *See* Exhibit H.  In the January 16, 2020 text message, Luck also asked if I would approve Martavis Bryant to play in the XFL.  *See id.*  Although Luck acknowledged that Bryant had "drug issues while in the NFL," I later learned that Luck concealed that Bryant had been suspended for violation of the NFL's substance abuse policy.

17.     On or about January 18, 2020, I had a phone call with Luck in which I told him that both Player A and Bryant could not play in the XFL.  Following up on that call, on January 21, 2020, I sent Luck a text message that stated "What are Ur next steps re [Player A]? and of course like U said we're disinviting Martavis."  *See* Exhibit I.  Luck responded that "We've taken care of [Player A], he's off the [XFL team] roster.  Yes, Martavis is being disinvited, he will not be on one of our teams."  *See id.*

18.     At precisely the same time that Luck was seeking my approval for Player A and Bryant to play in the XFL, Luck was ignoring the player conduct policy and deliberately misleading me regarding his signing of Antonio Callaway.

19.     As the start of the XFL season was getting closer, Luck was increasingly concerned about the quality of wide receiver play in the league.  On January 10, 2020, Luck sent me a text message stating, "I've watched every team practice over the past couple of days, the only disappointment to me was the number of dropped passes.  QBs were throwing accurately, but WRs and TEs were dropping too many balls."  *See* Exhibit J.  I responded to Luck's text message stating, "We will look like shit if receivers can't catch the ball.  What can we do about it?"  *See id.*  Luck then replied "Time will help all receivers . . . We also are looking at a couple of ex-NFL receivers who may have an interest in the XFL."  *See id.*  The next day, on January

11, 2020, Luck sent me a similar text message stating "some weakness with wide receiver groups in [certain XFL team cities] (all due to having injured guys).  We may need to supplement their receivers.  We have a couple of potential guys we can bring in."  *See* Exhibit K.  At no time in this dialogue did Luck mention that Antonio Callaway was one of the receivers he was thinking of signing.  Without knowing the "potential guys" to whom Luck was referring, I responded "Then plz bring them in."  *See id.*

20.     I later learned that, without seeking or receiving my approval, Luck signed Callaway to play in the XFL.  On January 13, 2020, Luck sent me a text message that said "We've been able to bring in Tre McBride and Antonio Callaway, both talented WRs with 3-4 yrs of NFL experience."  *See* Exhibit G.  On January 16, 2020, Luck sent me another text message that said "Vince — we have upgraded our overall receiving corp with a couple of very good players:  Tre McBride (LA) and Antonio Callaway (TB).  Both have significant pro experience and are already with their respective teams."  *See* Exhibit H.

21.     Despite telling me on two separate occasions that Callaway was signed to play in the XFL, unbeknownst to me at the time, Luck deliberately misled me by concealing specific information that was brought to Luck's attention that clearly disqualified Callaway under the XFL's player conduct policy.  To begin with, Callaway — like Bryant who I said could not play in the XFL — had been suspended for violation of the NFL substance abuse policy.  Furthermore, public reports that were cited in the advanced media audit conducted on Callaway noted that Callaway had been suspended from the football team at the University of Florida in 2015 related to an allegation of sexual assault — the same allegation for which I told Luck that Player A could not play in the XFL.  Additional public reports brought to Luck's attention by other XFL executives further noted that (i) Callaway was cited for possession of marijuana while

driving with a suspended license; (ii) police found bullets and a gun part while searching Callaway's car; (iii) Callaway was suspended from the University of Florida football team for a second time in 2017 for allegedly using stolen credit card information to fund bookstore accounts; and (iv) Callaway was cited for misdemeanor marijuana possession and possession of drug equipment during a traffic stop by police in 2017.  Luck was made aware of all of the above information by the time of his January 16, 2020 text message to me, but he concealed such information from me and did not disclose any issues with Callaway.

22.     On or about January 17, 2020, I was shown a media report on Callaway's signing that noted his history of off-the-field problems.  This was the first that I learned of Callaway's problematic background.  I then told Luck to terminate Callaway immediately.

23.     On or about January 28, 2020, I was surprised to hear that Callaway was still in the XFL.  Upon learning that Luck apparently had not terminated Callaway as I had directed, I sent Luck a text message asking him to call me.  When I spoke to Luck, I reiterated my direction to terminate Callaway immediately.

24.     On January 29, 2020 at 6:37 pm, Luck sent me a text message that said "we are in the process of removing Callaway from TB.  Everything should be finalized by end of week." *See* Exhibit L.  But this communication from Luck was, once more, deliberately deceptive.  Luck concealed in his text message the fact that he again had not immediately terminated Callaway, as I had directed, and instead Callaway was allowed to practice that day during which he sustained a serious knee injury.  Because Callaway was injured in practice, Luck knew full well that he no longer could be terminated without financial consequences.  Therefore, his statement to me that "we are in the process of removing Callaway from TB" sent six hours after Callaway was injured in practice was knowingly and deliberately false.

25.     I was dissatisfied with Luck's handling of the Callaway situation in several respects.  First, Luck had ignored the XFL's player conduct policy by signing Callaway in the first place and then deliberately deceived me by concealing Callaway's problematic history.  Second, Luck ignored my explicit direction to immediately terminate Callaway, as a result of which the XFL was forced to incur substantial costs that it otherwise would not have had to incur.  Third, Luck knowingly and deliberately deceived me — repeatedly — throughout the Callaway situation, which made me question whether I could continue to trust Luck to be the Commissioner and CEO of the XFL.  At that time, I did not want the negative publicity which would result had I terminated his contract at the same time our inaugural season was about to begin.  Instead, I decided to factor the Callaway situation into my overall assessment of Luck's job performance at the end of season knowing that I would still have several months to make a decision on Luck's future before the $2 million bonus would come due on June 30, 2020.

26.     Unfortunately, the COVID pandemic forced the cancellation of the schedule midway through the XFL's season.  As a result, the league's major sources of revenue — ticket sales and merchandise sales at games — were eliminated.  Despite this sudden loss of revenue, Alpha remained responsible to pay the continued costs of operation, including player and coach salaries, stadium lease costs, and the substantial amounts still payable to Luck to guide the league through the pandemic which was a threat to the very existence of the XFL.

27.     I expected Luck to demonstrate leadership during this unprecedented crisis. Luck, however, left town without ever advising me that he was doing so and never returned in the ensuing weeks while the other XFL executives and I dealt with the pandemic and worked to determine if there was a viable path forward for the league.  Luck never called me after leaving

town and I generally had the sense that he was disengaged from the ongoing activities of the XFL.

28.      Luck's actions during the crisis caused by the COVID pandemic certainly did not meet my expectations for a Commissioner and chief executive of a sports league charged with devoting substantially all of his business time to the performance of his duties to the XFL at a time of existential threat.  These failures compounded my dissatisfaction with his performance in connection with the Callaway situation for ignoring my policies and directives regarding the signing of players with problematic backgrounds.

29.      As a result, I made the decision to exercise Alpha's unequivocal right to terminate Luck's contract and to do so prior to the date that an additional $2 million bonus payment would otherwise have been due.  I authorized Alpha's and my counsel to send Luck a letter advising him that the termination was for cause and, although not obligated to do so, provided him with what was expressly noted to be a non-exhaustive list of the reasons constituting cause.

30.      I have reviewed Luck's Declaration in Support of Plaintiff's Amended Application for Prejudgment Remedy dated December 22, 2020.  Among other things, Luck asserted in his Declaration that "the signing of Callaway did not violate XFL policy or McMahon's directives."  *See* Luck Declaration ¶ 12.  This assertion is categorically false for the reasons described in detail above.  Luck further asserted in his Declaration that XFL policy which I approved "was to reject an athlete from the pool of players who could be drafted if:  (a) he had a felony conviction; (b) he had a conviction for dealing drugs; (c) he had multiple convictions for misdemeanors that established a pattern or habit; or (d) a credible allegation of sexual assault or domestic violence had been made against him."  *Id.*  At no time did I ever approve such a policy for the XFL.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this _5_ day of January, 2021

_____
Vincent K. McMahon

# EXHIBIT A



The right plan helps you make the most of all of it. Talk to one of our advisors today. · GET STARTED

## Vince McMahon: XFL to return in 2020 without gimmicks



1:39 AM ET

**Darren Rovell**
ESPN Senior Writer

WWE founder and chairman Vince McMahon announced Thursday he is giving a professional football league another go.

It will be called the XFL, the same name of the league McMahon and NBC tried for one season in 2001, but it won't rely on flashy cheerleaders and antics as its predecessor did, he said.

**Features of Returning XFL**

• 8 teams to start

• 40 man rosters

• 10-game season beginning in January

• Two-hour game-time goal

• Any player with a criminal record precluded from playing

• Players won't receive forum to take personal stance on social issues on playing field

McMahon said he is the sole funding source for the league, which is slated to begin in January 2020. Its first season will have eight teams around the country playing a 10-week schedule. The initial outlay of money is expected to be around $100 million, the same amount of WWE stock McMahon sold last month and funneled into Alpha Entertainment, the company he founded for the project.

"I wanted to do this since the day we stopped the other one," McMahon told ESPN in an exclusive interview. "A chance to do it with no partners, strictly funded by me, which would allow me to look in the mirror and say, 'You were the one who screwed this up,' or 'You made this thing a success.'"

McMahon told reporters on Thursday afternoon that he has had no initial talks with media entities.

One mark of the new league, McMahon said, will be faster games. The ideal running time, he said, would be two hours.

As for the timing of the announcement, two years before the league's debut, many might point to McMahon's relationship with President Donald Trump, who this fall criticized the NFL for allowing its players to kneel and sit during the national anthem. McMahon said players in his league will not be given the forum to take a personal stance while on the playing field. McMahon's wife, Linda, heads the Small Business Administration in Trump's Cabinet.



The new logo of the XFL, which will return in 2020. Alpha Entertainment

"People don't want social and political issues coming into play when they are trying to be entertained," McMahon said. "We want someone who wants to take a knee to do their version of that on their personal time."

Despite his relationship with President Trump, McMahon told reporters he had "no idea whether President Trump will support this."

McMahon said being the only owner of all of the teams will allow him to do whatever he wants.

"I can say, 'Here are the rules, and as long as you are playing football in the stadium for us, you follow these rules.'"

McMahon also said he would preclude any player with a criminal record.

"We are evaluating a player based on many things, including the quality of human being they are," McMahon said. "If you have any sort of criminal record or commit a crime you aren't playing in this league."

**EDITOR'S PICKS**

**The XFL means jobs and second chances, but also a warning**
Vince McMahon's re-upped league is good news for the 1,000-plus players who are cut from NFL rosters every year. But it'll come with lots of caveats.



McMahon was asked by reporters specifically about Johnny Manziel, Colin Kaepernick and Tim Tebow playing in the XFL.

Manziel, the former Texas A&M quarterback and Heisman Trophy winner, had had some

legal issues. Manziel was charged with a misdemeanor that carried a penalty of up to a year in jail and a $4,000 fine after he was accused of hitting and threatening a former girlfriend. But he reached a dismissal agreement that ultimately could clear him of the charges.

"You want someone who does not have any criminality associated whatsoever with them. Even if you have a DUI you will not play in the XFL," McMahon told reporters. "So that will probably eliminate some of them. Not all of them. If Tim Tebow wants to play, he can very well play."

Manziel tweeted at McMahon to express his interested in playing in the league.

> #XFL2020 @VinceMcMahon
>
> — Johnny Manziel (@JManziel2) January 25, 2018

One of the main problems with the ill-fated previous XFL was timing -- the first games were played a year after the concept was announced. Adding an additional year, McMahon said, will allow for a better product. Teams will be formed in 2019.

"It's extremely important that we have time to get together and get them practicing so we can have a quality product," McMahon said.

One of the reasons McMahon thinks he will be able to succeed 19 years after the league first failed is because, he said, television ratings no longer dictate success.

"To me the landscape has changed in so many different ways," McMahon said. "Just look at technology and companies like Facebook and Amazon bidding for sports rights. Even if ratings go down, there's no denying that live sports rights continue to be valuable and continue to deliver."

One of the ways McMahon envisions enticing major media partners is to offer them something the NFL hasn't: more creative feeds of the same game.

"I don't think people want to see the same thing when they're streaming as they see on television," McMahon said. "That's boring. I think fans want it shot in a totally different way, and I think there's an immersive opportunity that's more interactive to the game."

McMahon said seeing the NFL's troubles, which included a second consecutive year of a decline in ratings, didn't have to do with the timing of his announcement.

"The start of this league has nothing to do with the NFL's troubles," McMahon said. "What has happened there is their business, and I'm not going to knock those guys, but I am going to learn from their mistakes as anyone would if they were tasked with reimagining a new football league."

NFL spokesman Brian McCarthy told ESPN that the league will have no comment on McMahon's upstart league.

Over the next couple of months, the XFL will announce the eight cities, expected to be

large and medium-sized markets, where the teams will play. Team names will follow.

"Every city is on our radar," McMahon told reporters.

Then will come selection of players for the 40-man rosters. Salaries will be determined, but McMahon said players will make more money for winning.

"To me that's common sense," McMahon said. "Everyone in America lives when they perform, they get a raise or bonus. That's capitalism."

Although the season is only 10 weeks, McMahon said the contract will be a 52-week job so players can work themselves into the communities where they play.

It is not clear whether star players, should they garner national attention, will be able to jump to the NFL.

"One thing we are not is a development league for the NFL," McMahon said.

The original XFL, a joint venture between Vince McMahon's WWE and NBC, debuted in 2001 and lasted only one season.
Ed Bailey/AP Photo

McMahon said he decided to go with the XFL name even though his new league won't provide the same gimmicks that were both a hallmark and a black mark on the original league.

"Quite frankly I looked at a number of things, but nothing resonated like the XFL. There's only so many things that have 'FL' on the end of them and those are already taken. But we aren't going to have much of what the XFL had, including the cheerleaders, who aren't really part of the game anymore. The audience wants entertainment with football, and that's what we are going to give them."

That means popular names such as Tebow, the 2007 Heisman Trophy winner, won't be given priority just because they are marketable. Everyone will come in on an even playing field, McMahon said.

"Maybe in a certain city having the old college quarterback would make sense, but only if he's the best option," McMahon said. "It's the wrong thing to do just for marketing."

McMahon told reporters that, unlike the last XFL, he doesn't have any plans to be visible

during the league's games or with the league's content. Similarly, McMahon said that there will be no crossover with the league and WWE talent.

     

SPONSORED HEADLINES                                    Recommended by Outbrain



**Upgrade Your HR System and Save: Here's How**

Oracle HCM

**Pj Mask Girls Sneakers - Toddler**

JCPenney



**Rose Tufted Red 6' Round Rug**

Pier 1 Imports

Comments

# EXHIBIT B

The new XFL is going to have several major and surprising differences from the first iteration, Business Insider - Business Insider Singapore

Case 3:20-cv-00516-VAB   Document 128-1   Filed 01/07/21   Page 19 of 54



# The new XFL is going to have several major and surprising differences from the first iteration

Scott Davis, Business Insider US ⏱ January 25, 2018



**Vince McMahon gave a rundown of the new XFL on Thursday.** XFL/YouTube

- **Vince McMahon announced on Thursday that the XFL will return in 2020.**
- **The second iteration of the XFL will be much different than the first failed league, with McMahon saying the new version will be safer, non-political, and will not allow players with criminal backgrounds.**
- **The brash, unchained version of football that the XFL tried to deliver in 2001 seems to have changed.**

**Vince McMahon on Thursday announced that he is reviving the XFL.**

Popu

The new XFL is going to have several major and surprising differences from the first iteration, Business Insider - Business Insider Singapore

Case 3:20-cv-00516-VAB    Document 128-1    Filed 01/07/21    Page 20 of 54



McMahon said in a press conference that the league will consist of eight teams, 40-man rosters, and 10 weeks of regular season play, leading to two semifinals and a championship game. He called it "fan-centric" and "football, reimagined."





Yet for fans hoping to see the return of the hard-hitting, sexually charged XFL that failed after one season in 2001, McMahon broadcasted a severely different image on Thursday.

McMahon several times stressed that this XFL will be safer, saying the league will listen to medical experts.

Additionally, McMahon said there will be "no criminality whatsoever" with regard to the players on the roster. He said if a player has a DUI, for instance, they will not be allowed on a roster.

"The quality of the human being will be as important as the quality of the player," McMahon said.

Furthermore, McMahon seemed to confirm that the league's target audience is one that complained about the political nature of the NFL. McMahon said players will be expected to stand for the national anthem, which he called a time-honored tradition, and will not make political statements on the field.

He also suggested cheerleaders wouldn't be a part of the XFL, **telling**

The new XFL is going to have several major and surprising differences from the first iteration, Business Insider - Business Insider Singapore

Case 3:20-cv-00516-VAB   Document 128-1   Filed 01/07/21   Page 21 of 54

**ESPN's Darren Rovell** in an interview: "But we aren't going to have much of what the XFL had, including the cheerleaders, who aren't really part of the game anymore. The audience wants entertainment with football, and that's what we are going to give them."

All of this may come as a surprise when viewed in contrast to the first iteration of the XFL. That league was known for its brashness, and in a sense, was football, unchained — violent, physical, and expressive. McMahon seemed to be pushing back against those qualities while discussing the new version.

The XFL is expected to return in 2020, with the league slowly rolling out cities, teams, broadcasting rights, and more.

McMahon, above all, stressed that this will be a fan-based experience and the XFL will deliver what fans want. In his eyes, apparently what fans has changed since 2001.

## TAGS

Vince McMahon     XFL

## More from Business Insider











**Tom Brady keeps binders of…**

**Vince McMahon's role in the…**

**Biotech execs tell us why 2018…**

**The NFL world is questioning..**

**Stone Cold Steve Austin slammed…**

## Around the Web

The new XFL is going to have several major and surprising differences from the first iteration, Business Insider - Business Insider Singapore

Case 3:20-cv-00516-VAB   Document 128-1   Filed 01/07/21   Page 22 of 54



### Miamisburg, Ohio: This Brilliant…

**EverQuote**



### 10 Makeup Routines All Older…

**Variety Moms**



### You Should Never Shop on…

**Honey**



### Miamisburg, Ohio: This Brilliant…

**EverQuote**



### "10X Better Than Social Security…

**Banyan Hill Publishing**



### Don't Give Up K-Cups Because…

**Coffee Club**



### Two Savings Accounts That Pay…

**MyFinance**



### See how this revolutionary product…

**leaffilterguards.com**



### How this app made by 100 linguists…

**Babbel**



### The Unusual Link Between…

**memoryrepairprotocol.com**

Recommended by Outbrain

**BUSINESS INSIDER SINGAPORE**

Follow us on:  

Also check out: **INSIDER**   **MARKETS INSIDER**

The new XFL is going to have several major and surprising differences from the first iteration, Business Insider - Business Insider Singapore

Case 3:20-cv-00516-VAB   Document 128-1   Filed 01/07/21   Page 23 of 54

* Copyright © 2017 Business Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service a

SPH Digital | Business Insider

International Editions: | US | UK | DE | AUS | IN | MY | SG | PL | SE | NL | FR | IT | JP

# EXHIBIT C



CBSSPORTS.COM    247SPORTS    MAXPREPS    SPORTSLINE    SHOP    PLAY GOLF    STUBHUB    WILLIAM HILL SPORTSBOOK

HOME    SCORES    SCHEDULE    STANDINGS    LOG IN

2020 NFL Schedule : Team by Team    |    SportsLine: Team-By-Team Betting Guide

# New XFL, new rules: 10 things to know about Vince McMahon's rebooted league

The XFL is coming back, but it's a different league from the one that folded in the early 2000s

 By Kevin Skiver
Jan 26, 2018 at 1:18 pm ET • 3 min read

The XFL is coming back in 2020. While the name hasn't changed, Vince McMahon's reboot of his football league will be much different. McMahon hosted a Q&A on YouTube in order to explain the circumstances around the XFL's return, and although we don't know a lot of the specifics (broadcast distribution, cities, camera angles), we have learned quite a bit in a short period time.

The picture McMahon is painting is a very different one from the league that aired in 2001. Here are 10 things that McMahon said about the XFL that hold some serious weight regarding the league's future.

## 1. The games will be faster

McMahon said that "sitting and watching a three, three and a half hour game is laborious sometimes" (a statement that was met with raised eyebrows from anyone that's ever watched "RAW"), and he promised that the XFL would not be so trying. It's unknown how he's going to cut games to two hours, but he did say that halftime may be eliminated, for starters.

> .@VinceMcMahon says the XFL may not have a half time so that it can be a much faster game. They want two hour games, that is there goal. It's enough time to make it enjoyable without taking up too much time (insert #RAW is 3+ hours joke - @WZRebel)

— WrestleZone.com (@WRESTLEZONEcom) January 25, 2018

## 2. No politics whatsoever

There are two sides to this coin. "People don't want social and political issues coming into play when they are trying to be entertained," McMahon said. "We want someone who wants to take a knee to do their version of that on their personal time." On the flip side, McMahon added that he doesn't know "whether President Trump will support this." McMahon, of course, is friends with Trump.



Ad

CB2

FRESH ENERGY

CB2   SHOP NEW ARRIVALS

> Vince McMahon emphasizes that the XFL will have "nothing to do with politics" ... the fans "want good football"
>
> — Ryan Glasspiegel (@sportsrapport) January 25, 2018

## 3. No criminal records allowed

Part of the allure of the original XFL was the weird testosterone rush and the excessive violence of it, but that won't be perpetrated by violent people in XFL 2.0. McMahon said during his Q&A that "We are evaluating a player based on many things, including the quality of human being they are. If you have any sort of criminal record or commit a crime you aren't playing in this league."

We'll see if that holds true if Johnny Manziel comes knocking, but for now it's a hardline stance.

> RULES OF NEW XFL
>
> - National Anthem plays for entire game

- Referees replaced by off-duty cops
- The only penalty is Disrespecting the Troops
- Every team is called the Heterosexual American Patriots

— Jason O. Gilbert (@gilbertjasono) January 25, 2018

## 4. The league has two years to prepare

Part of the reason that McMahon says the first go-around for the XFL failed was that the league had only one year to get up and running. This way, they can treat the formation of the league with some more care. Teams will supposedly be formed in 2019, and games won't be played until 2020.

## 5. All cities are on the league's radar

Whether you live in New York or Mobile, Ala., the XFL has you on their list as of now. Obviously teams will go where the money is, but McMahon didn't rule out cities that have NFL teams, citing Pittsburgh as an example. McMahon never was scared of a little competition.

## 6. Every team will be owned by the XFL

Vince McMahon will, at least in name, have unilateral control over every team in the league. Since it's not a franchise model, the league will sport a uniform salary cap and punishment system, among other factors.

## 7. The league will have a 40-man roster

This is slightly fewer than the NFL's 53-man roster, but it's still a good number of players.

Vince McMahon announces the return of the XFL in 2020:
8 teams
40 man rosters
10 game season
4 team semi-finals
1 championship game
(Players required to stand for National Anthem) pic.twitter.com/sp05FAamOC

— Breaking911 (@Breaking911) January 25, 2018

## 8. There will be eight teams

Again, the location is unknown as of now, but this tells us 320 players will be in the XFL come its start in January 2020.

## 9. A 10-week regular season schedule and a four-team playoff

All things told, it appears it will be a 12-week season. With only four teams in each "conference," it makes sense to only have two teams from each play in the postseason for a championship bout.

## 10. McMahon won't be the face of the league

McMahon may have been the face of the announcement, but he isn't going to be the one mugging for the camera when the league plays. That's certainly not McMahon's M.O., but it appears that he wants to manage things a bit more hands-off this time. You can already see a difference in comparing the ads for the league's first stint to the ad that was released for this one.



McMahon seems set on this being a "football league," and not the sideshow that the XFL was the first time around. Obviously people have become more disillusioned with the NFL for reasons that McMahon is trying to directly counteract. The character clauses, no politics rule and shortened games are all things that people have complained about in the NFL. However, if the XFL is going to work this time, it will need to be handled extremely deftly. Subtlety may not be McMahon's strong suit, but he was uncharacteristically understated for announcing an entirely new league.

# EXHIBIT D

TRIAL OFFER | **4 weeks for $1**

ADVERTISEMENT

☰     The San Diego Union-Tribune     LOG IN     🔍

**SPORTS**

## XFL's Luck talks San Diego expansion, unique rules and more about new league



XFL Commissioner Oliver Luck talks to reporters in February in Seattle. (ASSOCIATED PRESS)

8-team XFL touts its QBs, fast pace, AAF lessons and deep pockets of Vince McMahon

By TOM KRASOVIC

JAN. 7, 2020 | 5:12 PM

Less than a year after the San Diego Fleet went under when the Alliance of American Football folded, a new professional football league — the XFL — will launch a 10-game season Feb. 8.

The net worth of XFL founder Vince McMahon, chairman and CEO of entertainment company World Wrestling Entertainment, is estimated by Forbes at $2.7 billion.

XFL Commissioner Oliver Luck, a former Houston Oilers quarterback who was president of the NFL's former developmental league in Europe, answered questions about the eight-team startup Tuesday in a telephone interview:

**Is San Diego an expansion candidate for the XFL?**

"When we chose our cities in December of 2018, obviously the other league, the Alliance, was around. As you could tell from the cities we selected, we did not select any (AAF) markets. For us, it was a question of die-hard fans and good markets, good stadiums.

"I think San Diego is a great market; it's proven itself over the years. Obviously, you lost your NFL team, but you're not the only city that's happened to.

"We're not focused on the expansion markets at this point. … Who knows what could happen down the road, though."

**Why will the XFL succeed this time around, after lasting only one year in 2001?**

"I think it'll succeed for a couple of reasons, and we acknowledge the history of failed spring leagues.

"Vince has a lot of, as we say, gas in the tank. Certainly you learn from the mistakes of 2001 and realize it's going to take a number of years to build a strong foundation of getting this league going. The resources he's committed to this league will help us, certainly compared to what some other leagues have had in the past have had."

**You've mentioned the XFL's media partners.**

"I think the power of our broadcaster partners — Fox and Disney, with ABC and ESPN — is really unmatched in the history of any startup league, certainly in the football world."

**You've also mentioned football's popularity.**

"We're seeing right now what I think is peak football. The game is being played as well as it's ever been played. I guess that's validated by TV ratings I see and new standards being set all the time. There's as big of an appetite for football as I've ever seen in this country, and I'm almost 60 years old."

**What did you learn from the AAF's 11-month tenure?**

"There's no substitute for time in terms of planning, things like hiring coaches, getting players on board and drafting players, and getting training camp set up, and mini camps and all of these logistical things.

ADVERTISEMENT

"We benefited from having much more time than the Alliance had in terms of getting things set up, including workers compensation.

"We learned the importance of quarterback play."

**In the AAF, quarterbacks were paid the same as other players ($7,000 per game). What's the XFL's approach?**

"We are paying our quarterbacks more than the average player is earning. We really targeted quarterbacks, starting with guys like Landry Jones and Josh Johnson with multiple years of NFL experience, down to really promising young quarterbacks like Jordan Ta'amu, who last year was playing with Ole Miss. He's a super-talented guy."

ADVERTISEMENT

**(Luck mentioned former Chargers quarterback Cardale Jones, who signed with the XFL's franchise in Washington D.C.)**

"He finally has a shot to show what kind of player he is. I'm probably as excited about seeing him as anybody in the league."

**It's a quarterback-driven league?**

"We learned the quality of quarterback play is really determinative, to a certain degree, of the quality of the league. Quarterbacks, as I like to say, are like Caesar and the Roman army — they're first among equals.

ADVERTISEMENT

"So, we really spent a lot of time and effort to make sure we get the best quarterbacks we can.

**What's the XFL's relationship with the NFL?**

"There is no formal relationship. We are not a developmental league for the National Football League. Vince has made it clear to me that he wants to build a stand-alone sustainable league that has its own stars and own brand identity.

"We have very positive informal relationships with the league office. I worked in the league for a number of years after I quit playing. Virtually all of our coaching with the XFL, we probably have great relationships with all of the 32 NFL clubs, particularly the personnel people."

ADVERTISEMENT

**(As with the AAF, players are bound to the league for the 10-game season, but Luck told the Tampa Bay Times this week the XFL rebuffed NFL attempts to sign XFL players during the NFL season.)**

"Once our season is over, if they do have an NFL shot, we encourage our players to take it."

**What should XFL viewers expect to see?**

"You'll see telecasts produced by Fox and ABC/ESPN with the same great production standards that they have for the professional league as well as their college conferences. You'll hear the top-flight commentators.

ADVERTISEMENT

"What we've designed this game to be is an up-tempo, fast-paced game. We've got a 25-second play clock. We've got an official who does nothing but spot the ball so that we can play fast.

"Our punt will be a little different. We're not allowing our gunners, for example, to leave when the ball is snapped. They have to wait until the ball is kicked. We think that'll decrease the number of fair catches; in other words, increase the number of punt returns. We think virtually every kickoff will result with a kickoff return. ... Fans have told us they miss the return, they like the return. It's a fun, exciting play."

**The scoring will be different, right?**

"We've got a different extra-point setup. Touchdown is worth six points, of course. But then, you can decide on a one-point (from the 2-yard line), two-point (from the 5) or a three-point conversion (from the 10). We think that will bring some additional strategy into the game."

ADVERTISEMENT

**What other rules are notable?**

"From college football, we've got one foot in bounds to have a catch, not two feet in bounds.

"We are using the college rule in terms of a lineman being downfield. He can be downfield up to three yards as opposed to the one-yard rule that the NFL has. We think that with the growth of the run/pass options, that's the way the game is headed.

"So, we've got a handful of innovations, but ultimately, I think, as we look at our game, as people watching our game, they'll see very traditional, 11 on 11 football, four downs, traditional passing, catching, running, blocking, tackling, kicking that we're all accustomed to.

ADVERTISEMENT

"We like to say it's familiar yet unique."

**The AAF touted its sports-gaming application, which fell short of expectations. Will XFL games generate betting lines, and will the league release a sports-gaming app?**

"The oddsmakers will set the odds as they do for a bunch of different sports. We won't be involved in that, obviously. We'll run the league and do all the things that leagues do to make sure there's integrity with the league."

**Is former NFL receiver Antonio Brown a player who interests the XFL?**

ADVERTISEMENT

"Vince has made it clear to me that he not only wants quality football players — that's obvious, right? — but he wants men of good character. All of our players have gone through background checks. … We've had a number of guys that didn't quality because of their background or different things in their background. We think we've got not just good quality players but good quality men in our league. There always are a handful of guys out there that may have an interest, but the interest isn't necessarily mutual."

**Does the XFL have interest in signing college players who aren't yet eligible for the NFL such as Clemson quarterback Trevor Lawrence?**

"From a legal perspective, obviously we're not subject to the NFL's eligibility requirement, which is three years out of high school. That's baked into the collective bargaining agreement between the NFL and the players' association. We're not a party to that.

"We are, theoretically, able to take a player out of high school or out of college. At this point, we have not done that. We have not recruited college kids. We think, quite honestly, the best 560 players — that's what we have right now in our training camp in Houston — are guys who played college football, completed their eligibility and quite honestly, have spent a year or two or three, in some cases even longer, in the NFL. We think those players are simply better than an 18- or 19-year-old player who may have had one year in college ball."

ADVERTISEMENT

**You mentioned Kenny Robinson, a safety with the XFL team in St. Louis, as an interesting case study.**

"He played his freshman year at my alma mater, West Virginia; played his sophomore year, All-Big 12, good player.

"This past season, just completed, he was not eligible to play, but he's playing in our league. He's effectively using this season as his (NFL) combine. He missed the college season. I know some of the scouting services had him ranked fairly high. In fact, one had him as a potential first-round pick. It's sort of fascinating that he's taking this opportunity instead of doing the combine drills."

**Several NFL players who were with the AAF, including 49ers lineman Daniel Brunskill of the Fleet, have said Alliance games were invaluable to their development. That's what you're selling, too?**

ADVERTISEMENT

"I was involved years ago with NFL Europe, which was a developmental league. We had Kurt Warner and Jake Delhomme, James Harrison, Jon Kitna. Adam Vinatieri played over there and launched his Hall of Fame career.

"Playing a season or two, even 10, 11, 12 games, there is no substitute for it. There really isn't. Particularly for guys who may not have had a full college career. Then there's a guy like Luis Perez, a San Diego native who's up with the L.A. Wildcats (who will be playing at the Dignity Health Sports Park in Carson, where the Chargers played the last three seasons). A lot of guys from small schools may have gotten overlooked."

**Can you provide an update on your son Andrew? Having retired from playing in August, how is he faring? Do you think there's a chance he could return to the NFL to play again?**

"He's doing fine. He and his wife had their first child six weeks ago. He's a first-time dad. My wife and I are first-time grandparents so that's fun. He's enjoying life, he's very happy. I would hesitate to say anything because it would just be just pure speculation, on what he may do in the future. But I can tell you, right now he's a happy camper."

**SPORTS   LATEST**

✉

### Sign up for U-T Sports daily newsletter

The latest Padres, Chargers and Aztecs headlines along with the other top San Diego sports stories every morning.

Enter Email Address

**SIGN ME UP**

You may occasionally receive promotional content from the San Diego Union-Tribune.

Tom Krasovic

🐦 Twitter   ✉ Email   f Facebook

**Show Comments**

**SUPPORT OUR JOURNALISM    SEND INVESTIGATIVE TIPS    REPORT A PROBLEM WITH THIS STORY**

**MORE FROM THIS AUTHOR**

**SPORTS**
Investor plans 'Mightier 1090' after leasing signal of former sports radio station
**April 26, 2020**

**CHARGERS/RAMS**
Column: NFL Draft, winners and losers from Belichick's dog to Burrow to Packers
**April 25, 2020**

# EXHIBIT E

**Monday, June 17, 2019**

Vince McMahon  (+1 (203) 536-2304)

2:01:01 PM    http://profootballtalk.nbcsports.com/2019/06/17/xfls-interest-in-johnny-manziel-remains-to-be-seen/

2:01:01 PM    How long R U going to play this game Oliver? U know there is NO CHANCE IN HELL for Manziel to play for us. I will NOT change my mind. So what's Ur plan ??

Oliver Luck  (+1 (304) 288-2423)

Vince-we have no intention of signing him, none whatsoever. We're just milking the story to stay in the news. I'm happy to categorically rule him out but both Jeffrey and I think it is worthwhile to milk it until the showcases are finished (July 12). At that point we can say he doesn't fit into our plans.                                           2:07:36 PM

# EXHIBIT F

## Privilege and Confidential

| | |
|---|---|
| **From:** | Oliver Luck <oliver.luck@xfl.com> |
| **To:** | Vince McMahon <cob@wwecorp.com> |
| **Cc:** | Brad Blum <brad.blum@wwecorp.com>, Carolyn Harniman <carolyn.harniman@wwecorp.com> |
| **Bcc:** | doug.whaley@xfl.com |
| **Date:** | Thu, 12 Dec 2019 12:08:33 -0500 |
| **Attachments:** | Privilege and Confidential.docx (15.99 kB); ATT00002.txt (23 bytes) |

Vince-I would like to ask for your input regarding ▮▮▮▮▮▮▮▮▮, a player for the ▮▮▮▮▮▮ Please see the attached memo from ML Henry, VP of Security, explaining the situation in detail.

A couple things to keep in mind. One, there is a possibility, albeit small, that the original "Denial Order" document with its Statement of Facts could become public even though it is protected by FIRPA, the student privacy act. Secondly, ▮▮▮▮ did pass his background check. And third, according to the police the woman involved in 2017 was also in a relationship with ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮.

The question before us is whether we allow him to return to the team now that ▮▮▮ has rescinded the "Denial Order" giving ▮▮▮▮ unfettered access to the campus (where the ▮▮▮▮ are training).

Given where we are in the preparation phase, I would appreciate your guidance as soon as possible. I'm in ▮▮▮ today and would be happy to jump on a call. ▮▮▮▮ was sent home this weekend and remains there until notice. Thank you.

Thursday, December 12, 2019

Oliver Luck  (+1 (304) 288-2423)



2:14:32 PM

Vince-I would like to ask for your input
regarding ███████, a player for
the ████████.  Please see the
attached memo from ML Henry, VP of
Security, explaining the situation in
detail.

A couple things to keep in mind.  One,
there is a possibility, albeit small, that
the original "Denial Order" document
with its Statement of Facts could
become public even though it is
protected by FIRPA, the student
privacy act.  Secondly, ███████ did
pass his background check.  And third,
according to the ████ police the
woman involved in 2017 was also in a
relationship with ████████ ████
████████████████ ████ .

2:14:32 PM

The question before us is whether we allow him to return to the team now that ▆▆ has rescinded the "Denial Order" giving ▆▆ unfettered access to the campus (where the ▆▆ are training).

Given where we are in the preparation phase, I would appreciate your guidance as soon as possible. I'm in ▆▆ today and would be happy to jump on a call. ▆▆ was sent home this weekend and remains there until notice. Thank you. Oliver

Vince McMahon (+1 (203) 536-2304)

2:28:53 PM   Don't let him play for us

# EXHIBIT G

**Monday, January 13, 2020**

Oliver Luck  (+1 (304) 288-2423)

We've been able to bring in Tre
McBride and Antonio Callaway , both
talented WR 's with 3-4 years of NFL
experience .  Tre is with LA , Callaway
was claimed by DC .  These two will
help, no question , but we could still
use a couple more experienced guys
and ██ is particularly thin at the
position . Given that, I would like to
re-visit the situation with ███████
██████ , the ████████ player that ██
drafted.  He's probably their most
talented WR but we have kept him out
when we learned he had been  „banned"
from campus .  The university has
rescinded that ban and he is now
allowed to participate in any and all
activities without restriction  . Can we
reconsider ███████████ ?  By the
way, the ███ team trained on campus
during mini-camps in December but
beginning on Jan 24 they'll be training
off-campus for the remainder of the
year.

1:42:12 PM

# EXHIBIT H

Thursday, January 16, 2020

Vince-we have upgraded our overall receiving corp with a couple of very good players: Tre McBride (LA) and Antonio Callaway (TB). Both have significant pro experience and are already with their respective teams. We also have the opportunity to sign another quality receiver in Martavis Bryant, former 4th round pick of the Steelers. He also played with the Raiders. He's incredibly dynamic. He's going through his background check now and we already did an advanced social media check. The only knock on him at this point is drug issues while in the NFL. We did give him a drug test earlier this week and he is clean. Martavis would be an asset to us as would ▇▇▇▇▇▇▇▇, the receiver with the issue while a

3:39:44 PM

student at ███ .  If you approve I would like to get Martavis and ████ in the XFL.  They would help us score points , no question about it .  Thank you .

# EXHIBIT I

**Tuesday, January 21, 2020**

Vince McMahon (+1 (203) 536-2304)

9:37:01 AM

What are Ur next steps re ███ ? and of course like U said we 're disinviting Martavis

Oliver Luck (+1 (304) 288-2423)

We've taken care of ███ , he's off the ███ roster. Yes, Martavis is being disinvited, he will not be on one of our teams.

Scrimmages went well yesterday , good timing (2:53 games, 170 plays per). ESPN was pleased . Getting ready for Fox today .

10:13:15 AM

# EXHIBIT J

**Friday, January 10, 2020**

Oliver Luck  (+1 (304) 288-2423)

I've watched every team practice over
the past couple days , the only
disappointment to me was the number
of dropped passes .  QB's were
throwing accurately , but WR's and
TE's were dropping too many balls .
We have our first wave of joint
practices tomorrow so we 'll begin to
get a sense of comparative strengths
and weaknesses .  Enthusiasm has
been great.  No serious injuries to
speak of outside of Landry 's knee .
And Landry 's „replacement" Eric
Dungey has looked great .

9:43:32 PM

Vince McMahon  (+1 (203) 536-2304)

We will look like shit if receivers can  't
catch the ball . What can we do about it
??

10:11:05 PM

Oliver Luck  (+1 (304) 288-2423)

Time will help -all receivers have to get
used to new QB 's, release point of the
throw, pump fakes , etc . . .   We also
are looking at a couple of ex -NFL
receivers who may have an interest in
the XFL.  We'll track the performance
of all receivers tomorrow during the
joint practices .

10:40:37 PM

# EXHIBIT K

Saturday, January 11, 2020

Oliver Luck (+1 (304) 288-2423)

After watching film and being there live , our assessment is solid play in the scrimmages today , no major injuries . QB play was good , some weakness with wide receiver groups in ███████ █████ (all due to having injured guys ) . We may need to supplement their receivers. We have a couple potential guys we can bring in .

6:28:06 PM

Vince McMahon (+1 (203) 536-2304)

6:35:15 PM

Then plz bring them in . THX for the update

# EXHIBIT L

**Wednesday , January 29, 2020**

Oliver Luck  (+1 (304) 288 -2423 )

Two updates :  1) We are in the
process of removing Callaway from TB .
Everything should be finalized by end
of week. 2) Do you want players to be
able to remain in the locker room
during anthem ?  Or do we mandate
that all players stand on sideline  ?  I
assume the latter is your preference  .

6:37:27 PM