## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON and ALPHA | : | |
| ENTERTAINMENT LLC, | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF JEFFREY POLLACK</u>

I, Jeffrey Pollack, hereby declare:

1.      I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.      I have personal knowledge of the matters set forth herein and am competent to testify thereto.

3.      In or around late-January 2019, I became the President and Chief Operating Officer of the XFL.

4.      From my first exposure to the XFL, through the interview process, and upon being hired, Vince McMahon repeatedly emphasized to me his policy that it was crucial in building the XFL brand to hire quality players and players of good character who could be marketed.  Accordingly, I and the other XFL senior executives all knew that players with bad reputations due to issues with drugs, sexual assaults, criminal arrests, and the like should not and would not be allowed to play in the XFL.

5.      I have reviewed Oliver Luck's Declaration in Support of Plaintiff's Amended Application for Prejudgment Remedy dated December 22, 2020.  Among other things, Luck

asserted in his Declaration that that XFL policy approved by Mr. McMahon "was to reject an athlete from the pool of players who could be drafted if: (a) he had a felony conviction; (b) he had a conviction for dealing drugs; (c) he had multiple convictions for misdemeanors that established a pattern or habit; or (d) a credible allegation of sexual assault or domestic violence had been made against him." *See* Declaration at ¶ 12.

6. There was no such XFL policy. Luck knew full well that the XFL's policy was that Mr. McMahon's approval was required before hiring any players with bad reputations due to questionable or problematic behavior. Luck knew this because of multiple situations that arose in late-2019 and early-2020.

7. The first situation involved Player A.[1] On December 5, 2019, we learned that Player A was banned from the campus on which his XFL team practiced because of a prior sexual assault allegation. On December 9, 2019, we were advised that Player A had requested a hearing seeking to rescind his campus ban and he was allowed access to the campus for work related activities while he awaited his hearing. *See* Exhibit A. Luck immediately emailed me and others saying "My inclination is to allow [Player A] to participate going forward." *See id.* On December 11, 2019, we were advised by the campus police department that Player A's denial of access was rescinded at a hearing that day. *See* Exhibit B. Luck again emailed saying, "I'm OK with [Player A] joining [Player A's team] at this point. I see no downside given the decision to rescind." *See* Exhibit C. Because this decision did not in any way address the underlying allegation of sexual assault against Player A, I emailed Luck privately saying "I'd like to raise an issue for you to consider. Lmk if you want to step out for a minute." *See id.* I then spoke to

---

[1] I am referring to this player as Player A to preserve his privacy because, to my knowledge, the allegation asserted against him has not previously been made public. Luck, however, is well aware of Player A's identity.

Luck and raised concerns about [Player A] continuing to be part of the XFL in light of Mr. McMahon's player conduct policy.  After we spoke, Luck sought Mr. McMahon's input regarding the Player A situation.  I subsequently learned that Mr. McMahon would not allow Player A to play in the XFL, despite the rescission of his denial of access to campus.

8.     The second situation involved Malik Harris.  On December 6, 2019, in the midst of dealing with the Player A situation, we were advised that USA Today was working on an investigative news series into how NCAA athletes transfer schools after being found responsible by their schools or in court for sexual misconduct.  The story planned to reference the case of Malik Harris, who at the time was on the XFL's New York Guardians.  Based on further research by our public relations department, we learned that Harris was dismissed from Illinois State University for sexual misconduct.  On or about December 17, 2019, our public relations department updated us that USA Today had run two separate stories on college athletics and sexual misconduct, one of which referenced Harris.  After the matter was raised with Luck, on December 19, 2019, Harris was released by the Guardians and Luck directed that he be taken out of the player pool meaning that he could not be claimed by any other XFL team.  *See* Exhibit D.

9.     The third situation involved Luck's signing of Antonio Callaway.  Luck asserted in his Declaration that "the signing of [Antonio] Callaway did not violate XFL policy or McMahon's directives."  *See* Declaration at ¶ 12.  This assertion is false, as Luck became aware once Mr. McMahon belatedly learned of Callaway's signing.

10.     On January 16, 2020, it was brought to my attention that Luck had signed Callaway to the XFL's Tampa Bay Vipers.  Upon learning that Callaway had been signed, I emailed XFL senior executive, Basil DeVito, about the signing and asked if Mr. McMahon was

aware and how this decision was made given that Callaway was then suspended from the NFL for violation of the NFL's substance abuse policy.

11.     Later on January 16, 2020, Mr. DeVito emailed Luck and Doug Whaley, copying me, saying as follows:

> I am not certain if this is accurate, but I am hearing internally from social media that we are bringing Callaway into the league and allowing him to 'try out' for a specific team.  This is confusing to me, and in light of both his background, and the fact that he is currently serving an NFL suspension - I wonder how this makes sense in terms of the positioning and perception of our League. It concerns me, does it concern you?

> Additionally, I am unsure how to answer the questions from our partners in regard to 'placement'/ tryout of a player for a specific team - based on our previous statements as to 'process' for player deployment - do we have a specific statement ready that I can use to explain this anomaly?

> Not sure why we really need this type of player in our league, and why we feel Tampa - if in fact that is the team --- needs to have this player specifically.

> I would appreciate any information and rationale you can provide - so that I am properly promoting the XFL Brand and our positioning as to player character, acquisition, and deployment.   I am speaking to both networks over the course of the next 2 days.

> Below is what I found on line - which is old, but not out-dated.  I really don't know how to defend this. . . .

> *from November:*

> *Callaway was suspended for the first four games of this season for violating the NFL's substance abuse policy. He tested positive for marijuana at the 2018 NFL scouting combine, and was cited for possession of marijuana while driving with a suspended license last August. Police also found bullets and a gun part while searching his vehicle. The possession charge was dropped at a hearing on Jan. 25, and Callaway pleaded guilty to operating without a valid license and speeding. But the receiver's troubles began far before that.*

> *While at Florida, Callaway was suspended for the entire 2017 season for allegedly using stolen credit card information to fund bookstore accounts. He was*

- 4 -

> *also cited for misdemeanor marijuana possession and possession of drug equipment during a traffic stop by Gainesville police in May 2017.*

*See* Exhibit E.

12.     Whaley then responded to Mr. DeVito, copying Luck and me, saying, "I'm with Oliver and we wanted to get back to you with the following points that we hope address your concerns:  (1) He passed the background check; (2) Ian did an advanced media search; (2) *[sic]* Oliver has talked to VKM [Mr. McMahon] about the need for us to add more WRs to our league; and  (3) *[sic]* We have a waiver system in place which is the mechanism used for him to end up on Tampa."  *See* Exhibit F.

13.     Unbeknownst to me at the time, this response was deceptive in at least two respects.  First, the advanced media search that previously had been sent to Luck revealed many of the same off-the-field problems noted in Mr. DeVito's email, none of which were brought to Mr. McMahon's attention before Callaway was signed.   Second, the suggestion that Mr. McMahon had approved Callaway's signing notwithstanding his problematic background because of a need to add more wide receivers to the league was false, as Luck never advised Mr. McMahon of Callaway's problematic background prior to signing him.

14.     On January 17, 2020, I spoke with Luck at the XFL's training camp in Houston and asked him if he intended to sign any other players with problematic backgrounds like Callaway.  He mentioned Martavis Bryant, who he described as like Callaway in that he failed drug tests in the NFL and was suspended for violation of the NFL's substance abuse policy.  Luck said that he had sought Mr. McMahon's approval for Bryant to play in the XFL.  I subsequently learned that Mr. McMahon did not allow Bryant to play in the XFL.  By asking for Mr. McMahon's approval with respect to Bryant, Luck clearly knew that he likewise needed Mr. McMahon's approval for Callaway to play in the XFL.

15.     In that January 17, 2020 conversation, Luck also mentioned Josh Gordon, another wide receiver who he described as more notorious, having been suspended by the NFL five times for violation of the NFL's substance abuse policy.  Because of his problematic background, Luck said that he had not even spoken to him, let alone asked for Mr. McMahon's approval for him to play in the XFL.

16.     After Mr. McMahon learned of Callaway's problematic background, he directed Luck to terminate Callaway immediately.  For reasons not known to me, Luck did not do so immediately.  On January 28, 2020, I emailed Luck saying "Also, you should know that, with no prompting from me or Basil [DeVito], VKM [Mr. McMahon] asked about Antonio Calloway. You may hear from him on this. [He] sounded surprised he's in the league . . . ."  *See* Exhibit G.

17.     The next day, on January 29, 2020, I heard that Callaway had suffered a severe leg injury in practice and therefore no longer could be terminated without financial consequences.

18.     When the COVID pandemic forced the cancellation of the XFL's schedule midway through its inaugural season, the other XFL executives and I actively worked to deal with the crisis.   Among other things, we focused on (i) monitoring the pandemic and understanding its implications; (ii) winding-down the XFL's shorted season in an orderly manner; (iii) preparing budgets and forecasts looking forward; and (iv) determining if there was a viable path forward for the league.  Luck, however, left town and appeared to be generally disengaged from the ongoing activities of the XFL.

19.     For example, after March 13, 2020 Luck did not attend the weekly XFL business operations meetings among senior XFL executives that were held by Zoom on March 16, 2020, March 23, 2020, and March 30, 2020.  *See* Exhibits H - J.

20.     Luck's Declaration claims that he was "part of the XFL's COVID-19 working group to monitor the impact of COVID-19 on the XFL's operations." *See* Declaration ¶ 17. After leaving town Luck did not attend the meetings of the XFL's COVID-19 Working Group that were held by videoconference in the evening of March 15, 2020, on March 18, 2020, on March 20, 2020, on March 27, 2020, and on April 1, 2020. *See* Exhibits K - O.

21.     Additionally, Luck's Declaration claims that he "worked with other XFL staff members to finalize the 2021 football budget." *See* Declaration ¶ 17. Luck seemed to have only nominal substantive involvement in the preparation of that budget. After Chirag Mithani of XFL's Finance Department sent the football operations budget to Thomas Van Wazer and me "at Oliver's request" on March 26, 2020, I asked Oliver if his "Season 2 and Skinny budgets include any staffing cuts?" *See* Exhibit P. Luck responded, "Yes, last two rows. Correct, Chirag?" *See* Exhibit Q. But Mr. Mithani quickly corrected Luck saying "No, there was no assumption for any reductions to staffing, focus was on events/etc." *See* Exhibit R.

22.     Luck's Declaration also claims that he "prepared a video at McMahon's request thanking XFL fans for their support." *See* Declaration ¶ 17. This statement, however, overstates what Luck did. In reality, Mr. McMahon initially asked Luck himself to create a thank you video from the XFL Commissioner to our fans, but Luck told me that he did not want to do it. Instead, a compilation video was created by the league's production department that included Luck among many others for which Luck was merely asked to create a 15-20 second selfie video with his phone. The final video can be viewed through the following link: https://www.youtube.com/watch?v=jVgmGqhcG_c&feature=youtu.be&ab_channel=XFL.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ⎽⎽ day of January, 2021

_____
Jeffrey Pollack

# EXHIBIT A

# Fwd: ██████████████

| | |
|---|---|
| **From:** | Oliver Luck <oliver.luck@xfl.com> |
| **To:** | ML Henry <ml.henry@xfl.com>, Doug Whaley <doug.whaley@xfl.com>, Jeffrey Pollack <jnp727@xfl.com>, Mali Friedman <mali.friedman@xfl.com> |
| **Date:** | Mon, 09 Dec 2019 14:03:33 -0500 |
| **Attachments:** | E-Mail to ████████from ██.docx (14.46 kB); ATT00002.html (178 bytes) |

See below.  My inclination is to allow ██████ to participate going forward.

Sent from my iPhone

Begin forwarded message:

> **From:** ████████████████████████████
> **Date:** December 9, 2019 at 12:34:14 PM CST
> **To:** Doug Whaley <doug.whaley@xfl.com>, Oliver Luck <oliver.luck@xfl.com>, Russell Giglio <russell.giglio@xfl.com>
> **Cc:** ██████████████████████████
> **Subject:** ███████████████
>
> Attached please find the email that ██████████ received from the ████████████████ earlier today allowing him to be on campus for work related activities. He is going to schedule a hearing for later this week to totally remove the original order from 2017.
> Can we allow ████████ to take part in Phase 2 of the offseason program while he awaits his hearing?
>
> Thank you.
> ████████████████████

# EXHIBIT B

# Fwd: ██████████████

**From:** Doug Whaley <doug.whaley@xfl.com>
**To:** Oliver Luck <oliver.luck@xfl.com>, ML Henry <ml.henry@xfl.com>, Mali Friedman <mali.friedman@xfl.com>, David Walden <david.walden@xfl.com>, Jeffrey Pollack <jnp727@xfl.com>
**Date:** Wed, 11 Dec 2019 12:32:05 -0500

All,

██████████ Denial of Access has been rescinded by the ██████████████. With the denial rescinded we would like to reinstate ████████ to full participation of football activities with the ██████

Regards,
Whaley

Sent from my iPhone

Begin forwarded message:

**From:** ██████████████████████████
**Date:** December 11, 2019 at 12:23:56 PM EST
**To:** "Doug.whaley@xfl.com" <Doug.whaley@xfl.com>, ██████████████████████
██████████████████████████████████
**Subject:** ████████████

>
All,
As a result of a hearing today at the ██████████████ Police Department, the Denial of Access issued to ██████████ for the ██████ campus has been rescinded. ██████████ has immediate and unfettered access to the entire ██████ campus with no restrictions and/or stipulations.

If anyone has any further questions, please feel free to contact me.

Regards,



# EXHIBIT C

# Fwd: ██████████████

| | |
|---|---|
| **From:** | Jeffrey Pollack <jnp727@xfl.com> |
| **To:** | Oliver Luck <oliver.luck@xfl.com> |
| **Date:** | Wed, 11 Dec 2019 13:10:06 -0500 |

I'd like to raise an issue for you to consider. Lmk if you want to step out for a minute.

Begin forwarded message:

> **From:** Oliver Luck <oliver.luck@xfl.com>
> **Date:** December 11, 2019 at 12:51:32 PM EST
> **To:** Mali Friedman <mali.friedman@xfl.com>
> **Cc:** Doug Whaley <doug.whaley@xfl.com>, ML Henry <ML.henry@xfl.com>, David Walden <david.walden@xfl.com>, Jeffrey Pollack <jnp727@xfl.com>
> **Subject: Re:** ██████████████
>
> Mali-I'm ok with ██████ joining the ██████████ at this point. I see no downside given the decision to rescind.
>
> Sent from my iPhone

# EXHIBIT D

# Fwd: NY Guardians transactions

| | |
|---|---|
| **From:** | Oliver Luck <oliver.luck@xfl.com> |
| **To:** | ML Henry <ml.henry@xfl.com> |
| **Cc:** | Mali Friedman <mali.friedman@xfl.com>, Doug Whaley <doug.whaley@xfl.com>, Russ Giglio <russell.giglio@xfl.com> |
| **Date:** | Thu, 19 Dec 2019 14:19:10 -0500 |

Let's take Malik out of player pool.  Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** Alan Maccracken <trip.maccracken@xflguardians.com>
> **Date:** December 19, 2019 at 2:16:27 PM EST
> **To:** Player Transactions <playertransactions@xfl.com>, Russell Giglio <russell.giglio@xfl.com>
> **Subject: NY Guardians transactions**
>
>
> The Guardians release the following players:
>
> Austin Duke - WR - Charlotte
> Malik Harris - DE - Incarnate Word
> Max Lyons - DB - SE Louisiana
> Darius Prince - WR - Penn State Beaver
>
> The Guardians place the following player on Reserve/Injured:
>
> J-Shun Harris - WR - Indiana (Torn ACL, 6-9 months)
>
> Thank you,
> Trip

# EXHIBIT E

**From:** Basil Devito <basil.devito@alphaentllc.com>
**Date:** Thursday, January 16, 2020 at 2:58 PM
**To:** Oliver Luck <oliver.luck@xfl.com>, Doug Whaley <doug.whaley@xfl.com>
**Cc:** Basil Devito <basil.devito@alphaentllc.com>, Jeffrey Pollack <jnp727@xfl.com>
**Subject:** new player?

Dear Oliver and Doug:

I am not certain if this is accurate, but I am hearing internally from social media that we are bringing Callaway into the league and allowing him to "try out" for a specific team.  This is confusing to me, and in light of both his background, and the fact that he is currently serving an NFL suspension - I wonder how this makes sense in terms of the positioning and perception of our League.    It concerns me, does it concern you?

Additionally, I am unsure how to answer the questions from our partners in regard to "placement" / tryout of a player for a specific team - based on our previous statements as to "process" for player deployment - do we have a specific statement ready that I can use to explain this anomaly?

Not sure why we really need this type of player in our league, and why we feel Tampa - if in fact that is the team --- needs to have this player specifically.

I would appreciate any information and rationale you can provide - so that I am properly promoting the XFL Brand and our positioning as to player character, acquisition, and deployment.   I am speaking to both networks over the course of the next 2 days.

Thanks very much - I appreciate the consideration.

below is what I found on line - which is old, but not out-dated.    I really don't know how to defend this.

Thanks!  Hope things are going well in Houston.

Basil

*from November:*

*Callaway was suspended for the first four games of this season for violating the NFL's substance abuse policy. He tested positive for marijuana at the 2018 NFL*

*scouting combine, and was cited for possession of marijuana while driving with a suspended license last August. Police also found bullets and a gun part while searching his vehicle. The possession charge was dropped at a hearing on Jan. 25, and Callaway pleaded guilty to operating without a valid license and speeding.But the receiver's troubles began far before that.*

*While at Florida, Callaway was suspended for the entire 2017 season for allegedly using stolen credit card information to fund bookstore accounts. He was also cited for misdemeanor marijuana possession and possession of drug equipment during a traffic stop by Gainesville police in May 2017.*

# EXHIBIT F

**From:** Doug Whaley <doug.whaley@xfl.com>
**Date:** Thursday, January 16, 2020 at 3:14 PM
**To:** Basil Devito <basil.devito@alphaentllc.com>
**Cc:** Oliver Luck <oliver.luck@xfl.com>, Jeffrey Pollack <jnp727@xfl.com>
**Subject:** Re: new player?

Basil,

I'm with Oliver and we wanted to get back to you with the following points that we hope address your concerns:
1. He passed the background check
2. Ian did an advanced media search
2. Oliver has talked to VKM about the need for us to add more WRs to our league.
3. We have a waiver system in place which is the mechanism used for him to end up on Tampa.

Whaley


Sent from my iPhone



On Jan 16, 2020, at 1:58 PM, Basil Devito <basil.devito@alphaentllc.com> wrote:


Dear Oliver and Doug:

I am not certain if this is accurate, but I am hearing internally from social media that we are bringing Callaway into the league and allowing him to "try out" for a specific team.  This is confusing to me, and in light of both his background, and the fact that he is currently serving an NFL suspension - I wonder how this makes sense in terms of the positioning and perception of our League.   It concerns me, does it concern you?

Additionally, I am unsure how to answer the questions from our partners in regard to "placement" / tryout of a player for a specific team - based on our previous statements as to

"process" for player deployment - do we have a specific statement ready that I can use to explain this anomaly?

Not sure why we really need this type of player in our league, and why we feel Tampa - if in fact that is the team --- needs to have this player specifically.

I would appreciate any information and rationale you can provide - so that I am properly promoting the XFL Brand and our positioning as to player character, acquisition, and deployment.   I am speaking to both networks over the course of the next 2 days.

Thanks very much - I appreciate the consideration.

below is what I found on line - which is old, but not out-dated.    I really don't know how to defend this.

Thanks!  Hope things are going well in Houston.

Basil

*from November:*

*Callaway was suspended for the first four games of this season for violating the NFL's substance abuse policy. He tested positive for marijuana at the 2018 NFL scouting combine, and was cited for possession of marijuana while driving with a suspended license last August. Police also found bullets and a gun part while searching his vehicle. The possession charge was dropped at a hearing on Jan. 25, and Callaway pleaded guilty to operating without a valid license and speeding.But the receiver's troubles began far before that.*

*While at Florida, Callaway was suspended for the entire 2017 season for allegedly using stolen credit card information to fund bookstore accounts. He was also cited for misdemeanor marijuana possession and possession of drug equipment during a traffic stop by Gainesville police in May 2017.*

# EXHIBIT G

**From:** Jeffrey Pollack <jnp727@xfl.com>
**Date:** Tuesday, January 28, 2020 at 7:59 PM
**To:** Oliver Luck <oliver.luck@xfl.com>
**Cc:** Jeffrey Pollack <jnp727@xfl.com>
**Subject:** VKM Follow-Up

A couple of topics came up after you hung up that we need to connect on:

-Team doctor independence

-Solution to player fines

Also, you should know that, with no prompting from me or Basil, VKM asked about Antonio Calloway. You may hear from him on this. It sounded surprised he's in the league….

LMK if you want to discuss.

Jeffrey

# EXHIBIT H

Wkly Ops Mtg 3.16.20 Zoom Report

| Meeting ID | Topic | Start Time | End Time | User Email | Duration (Minutes) | Participants | |
|---|---|---|---|---|---|---|---|
| 828876880 | Wkly Operations Meeting | 03/16/2020 01:01:54 PM | 03/16/2020 01:37:20 PM | ginaleigh.porreca@xfl.com | 36 | 17 | |
| | | | | | | | |
| Name (Original Name) | User Email | Join Time | Leave Time | Duration (Minutes) | | | |
| Len Mead | len.mead@xfl.com | 03/16/2020 01:01:55 PM | 03/16/2020 01:37:07 PM | 36 | | | |
| 14752999937 | | 03/16/2020 01:02:00 PM | 03/16/2020 01:37:07 PM | 36 | | | |
| Fred Harner | frederick.harner@xfl.com | 03/16/2020 01:02:04 PM | 03/16/2020 01:37:09 PM | 36 | | | |
| frank | | 03/16/2020 01:02:15 PM | 03/16/2020 01:37:07 PM | 35 | | | |
| Jeffrey Ferguson | jeffrey.ferguson@xfl.com | 03/16/2020 01:02:16 PM | 03/16/2020 01:37:11 PM | 35 | | | |
| Sam Schwartzstein | Sam.Schwartzstein@xfl.com | 03/16/2020 01:02:16 PM | 03/16/2020 01:37:10 PM | 35 | | | |
| David Michael | david.michael@xfl.com | 03/16/2020 01:02:17 PM | 03/16/2020 01:37:10 PM | 35 | | | |
| John Scheler | john.scheler@xfl.com | 03/16/2020 01:02:17 PM | 03/16/2020 01:37:10 PM | 35 | | | |
| Cindy Wagner | cindy.wagner@xfl.com | 03/16/2020 01:02:20 PM | 03/16/2020 01:37:16 PM | 35 | | | |
| Derek Throneburg | derek.throneburg@xfl.com | 03/16/2020 01:02:24 PM | 03/16/2020 01:37:09 PM | 35 | | | |
| jordan.schlachter | | 03/16/2020 01:02:24 PM | 03/16/2020 01:37:20 PM | 35 | | | |
| 17033047393 | | 03/16/2020 01:02:26 PM | 03/16/2020 01:37:04 PM | 35 | | | |
| 12038323146 | | 03/16/2020 01:02:56 PM | 03/16/2020 01:24:47 PM | 22 | | | |
| 14125599683 | | 03/16/2020 01:02:57 PM | 03/16/2020 01:37:05 PM | 35 | | | |
| Stephanie Rudnick | Stephanie.Rudnick@xfl.com | 03/16/2020 01:03:54 PM | 03/16/2020 01:37:10 PM | 34 | | | |
| 12038323146 | | 03/16/2020 01:25:19 PM | 03/16/2020 01:35:31 PM | 11 | | | |
| 12038323146 | | 03/16/2020 01:36:12 PM | 03/16/2020 01:37:06 PM | 1 | | | |

# EXHIBIT I

Wkly Ops Mtg 3.23.20 Zoom Party

| Meeting ID | Topic | Start Time | End Time | User Email | Duration (Minutes) | Participants | |
|---|---|---|---|---|---|---|---|
| 828876880 | Wkly Operations Meeting | 03/23/2020 12:54:14 PM | 03/23/2020 01:29:17 PM | ginaleigh.porreca@xfl.com | 36 | 19 | |
| | | | | | | | |
| Name (Original Name) | User Email | Join Time | Leave Time | Duration (Minutes) | | | |
| Basil | | 03/23/2020 12:54:14 PM | 03/23/2020 01:29:16 PM | 36 | | | |
| Ginaleigh Porreca | ginaleigh.porreca@xfl.com | 03/23/2020 12:56:47 PM | 03/23/2020 12:58:02 PM | 2 | | | |
| Thomas Van Wazer | thomas.vanwazer@xfl.com | 03/23/2020 12:58:51 PM | 03/23/2020 01:28:47 PM | 30 | | | |
| Ginaleigh Porreca | ginaleigh.porreca@xfl.com | 03/23/2020 12:58:56 PM | 03/23/2020 01:28:51 PM | 30 | | | |
| David Michael | david.michael@xfl.com | 03/23/2020 12:59:57 PM | 03/23/2020 01:28:50 PM | 29 | | | |
| jordan.schlachter | | 03/23/2020 01:00:00 PM | 03/23/2020 01:28:53 PM | 29 | | | |
| frank | | 03/23/2020 01:00:14 PM | 03/23/2020 01:28:51 PM | 29 | | | |
| Jeffrey Pollack iPhone | | 03/23/2020 01:00:15 PM | 03/23/2020 01:28:49 PM | 29 | | | |
| John Scheler | john.scheler@xfl.com | 03/23/2020 01:00:21 PM | 03/23/2020 01:28:53 PM | 29 | | | |
| Cindy Wagner | | 03/23/2020 01:00:23 PM | 03/23/2020 01:28:49 PM | 29 | | | |
| Fred Harner | frederick.harner@xfl.com | 03/23/2020 01:00:33 PM | 03/23/2020 01:28:51 PM | 29 | | | |
| John.Wilson | | 03/23/2020 01:00:35 PM | 03/23/2020 01:28:51 PM | 29 | | | |
| 14125599683 | | 03/23/2020 01:00:42 PM | 03/23/2020 01:28:50 PM | 29 | | | |
| Len Mead | len.mead@xfl.com | 03/23/2020 01:00:51 PM | 03/23/2020 01:28:49 PM | 28 | | | |
| Derek Throneburg | | 03/23/2020 01:01:06 PM | 03/23/2020 01:28:49 PM | 28 | | | |
| 14085954905 | | 03/23/2020 01:02:25 PM | 03/23/2020 01:28:47 PM | 27 | | | |
| stephanie.rudnick | | 03/23/2020 01:01:54 PM | 03/23/2020 01:28:51 PM | 27 | | | |
| Jeffrey Ferguson | jeffrey.ferguson@xfl.com | 03/23/2020 01:02:25 PM | 03/23/2020 01:28:52 PM | 27 | | | |
| Sam Schwartzstei | | 03/23/2020 01:02:59 PM | 03/23/2020 01:28:46 PM | 26 | | | |

# EXHIBIT J

Wkly Ops Mtg 3.23.20 Zoom Report

| Meeting ID | Topic | Start Time | End Time | User Email | Duration (Minutes) | Participants | |
|---|---|---|---|---|---|---|---|
| 828876880 | Wkly Operations Meeting | 03/30/2020 12:58:11 PM | 03/30/2020 01:31:56 PM | ginaleigh.porreca@xfl.com | 34 | 18 | |
| | | | | | | | |
| Name (Original Name) | User Email | Join Time | Leave Time | Duration (Minutes) | | | |
| Ginaleigh Porreca | ginaleigh.porreca@xfl.com | 03/30/2020 12:58:18 PM | 03/30/2020 01:32:03 PM | 34 | | | |
| Jordan Schlachter | | 03/30/2020 12:59:22 PM | 03/30/2020 01:32:02 PM | 33 | | | |
| frank | | 03/30/2020 12:59:28 PM | 03/30/2020 01:32:02 PM | 33 | | | |
| Basil | | 03/30/2020 12:59:46 PM | 03/30/2020 01:32:03 PM | 33 | | | |
| David Michael | david.michael@xfl.com | 03/30/2020 12:59:53 PM | 03/30/2020 01:32:02 PM | 33 | | | |
| John Wilson | john.wilson@xfl.com | 03/30/2020 12:59:59 PM | 03/30/2020 01:32:00 PM | 33 | | | |
| Sam Schwartzstei | | 03/30/2020 01:00:02 PM | 03/30/2020 01:00:41 PM | 1 | | | |
| John Scheler | john.scheler@xfl.com | 03/30/2020 01:00:15 PM | 03/30/2020 01:32:03 PM | 32 | | | |
| Fred Harner | frederick.harner@xfl.com | 03/30/2020 01:00:40 PM | 03/30/2020 01:32:00 PM | 32 | | | |
| Len Mead | | 03/30/2020 01:00:40 PM | 03/30/2020 01:32:01 PM | 32 | | | |
| Sam Schwartzstei | | 03/30/2020 01:00:42 PM | 03/30/2020 01:32:01 PM | 32 | | | |
| stephanie.rudnick | | 03/30/2020 01:00:50 PM | 03/30/2020 01:32:02 PM | 32 | | | |
| 14125599683 | | 03/30/2020 01:00:57 PM | 03/30/2020 01:32:01 PM | 32 | | | |
| Jeffrey Pollack iPhone | | 03/30/2020 01:01:05 PM | 03/30/2020 01:32:02 PM | 31 | | | |
| Derek Throneburg | | 03/30/2020 01:01:06 PM | 03/30/2020 01:32:02 PM | 31 | | | |
| Jeffrey Ferguson | jeffrey.ferguson@xfl.com | 03/30/2020 01:01:10 PM | 03/30/2020 01:32:02 PM | 31 | | | |
| Cindy Wagner | cindy.wagner@xfl.com | 03/30/2020 01:01:17 PM | 03/30/2020 01:32:01 PM | 31 | | | |
| Thomas Van Wazer | thomas.vanwazer@xfl.com | 03/30/2020 01:01:37 PM | 03/30/2020 01:32:02 PM | 31 | | | |

# EXHIBIT K

| Meeting ID | | Topic | Host | | Email | User Type | Department |
|---|---|---|---|---|---|---|---|
| 787-379-412 | | COVID Update | Cindy Wagner | | cindy.wagner@xfl.com | Licensed | |
| | | | | | | | |
| Participant | | Device | IP Address | | Location | Network Type | Microphone |
| Cindy Wagner | | Windows + Phone | Public IP: 24.228.157.27 Local IP: 192.168.1.151 | | New Canaan (US ) | Wifi | Microphone (Conexant ISST Audio) |
| | | | | | | | |
| heather.karatz | | Mac | Public IP: 23.243.238.89 Local IP: 0.0.0.0,192.168.1.131 | | Los Angeles (US ) | Wifi | MacBook Pro Microphone (MacBook Pro Microphone) |
| 19177674881 | Janet Duch | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| 13145788079 | Kurt Hunzeker | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| jeff.ferguson | | Mac | Public IP: 76.102.50.119 Local IP: 0.0.0.0,10.0.0.126 | | Santa Clara (US ) | Wifi | MacBook Pro Microphone (MacBook Pro Microphone) |
| 12023417590 | Eric Moses | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| 18178324051 | Grady Raskins | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| 13144881450 | Derek Thronebur | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| Ryan Gustafson | | Windows | Public IP: 24.17.224.99 Local IP: 10.0.0.227 | | Seattle (US ) | Wifi | Microphone (Conexant ISST Audio) |
| | | | | | | | |
| David Walden | | Mac | Public IP: 69.112.102.130 Local IP: 192.168.0.109,,0.0.0.0 | | Fairfield (US ) | Wifi | MacBook Pro Microphone (MacBook Pro Microphone) |
| 13107757565 | Jeffrey Pollack | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| 17133590323 | Brian Cooper | Phone | 192.204.14.52 | | (US ) | Others | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Task Force Group Email: | | | | | | | |
| | | | | | | | |
| John Wilson | | | | | | | |
| David Michael | | | | | | | |
| David | | | | | | | |
| Frank Brown | | | | | | | |
| Jeff Ferguson | | | | | | | |
| Len Mead | | | | | | | |
| ML Henry | | | | | | | |
| Oliver Luck | | | | | | | |
| Steph Rudnick | | | | | | | |
| Cindy | | | | | | | |
| Jeffrey Pollack | | | | | | | |
| Mali Friedman | | | | | | | |

| Group | | Start Time | End Time | Duration (hh:mm:ss) | Participants | Phone | | VoIP |
|---|---|---|---|---|---|---|---|---|
| | | 3/15/2020 20:28 | 8:54 PM | 0:26:13 | 12 | PSTN | | TRUE |
| | | | | | | | | |
| Speaker | Camera | Data Center | Connection Type | Join Time | Leave Time | | | Version |
| Speakers (Conexant ISST Audio) | | NY (Top) | UDP | 8:28 PM | 08:54 PM(Cindy Wagner left the meeting.Reason: Host ended the meeting.) | | | 4.5.5452.1010 |
| | | | | | | | | |
| MacBook Pro Speakers (MacBook Pro Speakers) | | NY (Top) | UDP | 8:29 PM | 08:54 PM(heather.karatz left the meeting.Reason: left the meeting.) | | | 4.5.5452.1010 |
| | | NY (Top) | | 8:29 PM | 08:54 PM(19177674881 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |
| | | NY (Top) | | 8:30 PM | 08:54 PM(13145788079 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |
| MacBook Pro Speakers (MacBook Pro Speakers) | | NY (Top) | UDP | 8:30 PM | 08:54 PM(jeff.ferguson left the meeting.Reason: left the meeting.) | | | 4.6.18176.0301 |
| | | NY (Top) | | 8:30 PM | 08:54 PM(12023417590 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |
| | | NY (Top) | | 8:31 PM | 08:54 PM(18178324051 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |
| | | NY (Top) | | 8:31 PM | 08:54 PM(13144881450 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |
| Speakers 2nd output (Conexant ISST Audio) | HP HD Camera | NY (Top) | UDP | 8:33 PM | 08:54 PM(Ryan Gustafson left the meeting.Reason: left the meeting.) | | | 4.5.5666.1020 |
| MacBook Pro Speakers (MacBook Pro Speakers) | | NY (Top) | UDP | 8:34 PM | 08:54 PM(David Walden left the meeting.Reason: left the meeting.) | | | 4.5.5452.1010 |
| | | NY (Top) | | 8:39 PM | 08:54 PM(13107757565 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |
| | | NY (Top) | | 8:44 PM | 08:54 PM(17133590323 left the meeting.Reason: left the meeting.) | | | 3.6.712.0302.85629f25 |

# EXHIBIT L

| Meeting ID | | Topic | Host | Email | User Type |
|---|---|---|---|---|---|
| 215-033-051 | | Daily COVID Check In | Cindy Wagner | cindy.wagner@xfl.com | Licensed |
| | | | | | |
| Participant | | Device | IP Address | Location | Network Type |
| David Michael | | Mac | Public IP: 68.175.65.103 Local IP: 192.168.1.179 | New York (US ) | Wifi |
| | | | | | |
| jeff.ferguson | | Unknown | 76.102.50.119 | Santa Clara (US ) | Wired |
| | | | | | |
| Tom.Van Wazer | | Windows | Public IP: 96.250.215.203 Local IP: 192.168.1.3 | New York (US ) | Wifi |
| | | | | | |
| Len Mead | | Unknown | 98.229.134.228 | Concord (US ) | Wired |
| | | | | | |
| John.Wilson | | Unknown | 24.17.180.196 | Bellevue (US ) | Wired |
| | | | | | |
| Stephanie Rudnick | | Android | Public IP: 96.246.32.185 Local IP: 10.0.0.6 | New York (US ) | Wifi |
| | | | | | |
| Cindy Wagner | | Unknown | Public IP: 67.80.191.55 Local IP: 192.168.1.7 | Stamford (US ) | Wired |
| | | | | | |
| Jeffrey Pollack iPhone | | Unknown + Phone | 47.20.98.74 | Stamford (US ) | Wired |
| | | | | | |
| stephanie.rudnick | | Mac | Public IP: 96.246.32.185 Local IP: 0.0.0.0,10.0.0.10 | New York (US ) | Wifi |
| | | | | | |
| 14752999937 | Ring Central # | Phone | 69.174.109.215 | (US ) | Others |
| | | | | | |
| David Walden | | Unknown | 69.112.102.130 | Fairfield (US ) | Wired |
| | | | | | |
| jordan.schlachter | | Unknown | 96.246.28.173 | New York (US ) | Wired |

3_18_20

| Department | Group | Start Time | End Time |
|---|---|---|---|
| | | 3/18/2020 10:59 | 11:15 AM |
| | | | |
| **Microphone** | **Speaker** | **Camera** | **Data Center** |
| External Microphone (External Microphone) | External Headphones (External Headphones) | FaceTime HD Camera (Built-in) | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| Microphone Array (Intel® Smart Sound Technology (Intel® SST)) | Headphones (thomas headphones Stereo) | HP HD Camera | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| | Speakers (Conexant ISST Audio) | HP HD Camera | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| | | | SX (Top) |
| | | | |
| | | | SX (Top) |

| Duration (hh:mm:ss) | Participants | Phone | VoIP |
|---|---|---|---|
| 0:16:17 | 12 | PSTN | TRUE |
| | | | |
| Connection Type | Join Time | Leave Time | Version |
| UDP | 10:59 AM | 11:15 AM(David Michael left the meeting.Reason: left the meeting.) | 4.6.18176.0301 |
| | | | |
| | 10:59 AM | 11:15 AM(jeff.ferguson left the meeting.Reason: Host closed the meeting. ) | |
| | | | |
| | 10:59 AM | 11:15 AM(Tom.Van Wazer left the meeting.Reason: Host closed the meeting. ) | 4.5.5452.1010 |
| | | | |
| | 11:00 AM | 11:15 AM(Len Mead left the meeting.Reason: left the meeting.) | |
| | | | |
| | 11:00 AM | 11:15 AM(John.Wilson left the meeting.Reason: left the meeting.) | |
| | | | |
| UDP | 11:00 AM | 11:15 AM(Stephanie Rudnick left the meeting.Reason: left the meeting.) | 4.6.18174.0301 |
| | | | |
| UDP | 11:01 AM | 11:15 AM(Cindy Wagner left the meeting.Reason: Host ended the meeting.) | |
| | | | |
| | 11:01 AM | 11:15 AM(Jeffrey Pollack iPhone left the meeting.Reason: left the meeting.) | |
| | | | |
| UDP | 11:01 AM | 11:15 AM(stephanie.rudnick left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| | | | |
| | 11:03 AM | 11:15 AM(14752999937 left the meeting.Reason: left the meeting.) | 3.6.712.0302.85629f25 |
| | | | |
| | 11:04 AM | 11:15 AM(David Walden left the meeting.Reason: left the meeting.) | |
| | | | |
| | 11:05 AM | 11:15 AM(jordan.schlachter left the meeting.Reason: left the meeting.) | |

# EXHIBIT M

| Meeting ID | | Topic | Host | Email | User Type |
|---|---|---|---|---|---|
| 215-033-051 | | Daily COVID Check In | Cindy Wagner | cindy.wagner@xfl.com | Licensed |
| | | | | | |
| Participant | | Device | IP Address | Location | Network Type |
| David Michael | | Mac | Public IP: 68.175.65.103 Local IP: 0.0.0.0,192.168.1.179 | New York (US ) | Wifi |
| | | | | | |
| Cindy Wagner | | Windows | Public IP: 67.80.191.55 Local IP: 192.168.1.7 | Stamford (US ) | Wifi |
| | | | | | |
| jeff.ferguson | | Mac | Public IP: 76.102.50.119 Local IP: 0.0.0.0,10.0.0.126 | Santa Clara (US ) | Wifi |
| | | | | | |
| 17033047393 | Thomas Van Wazer | Unknown | 173.231.86.64 | (US ) | Wired |
| | | | | | |
| Len Mead | | iPAD | Public IP: 98.229.134.228 Local IP: 0.0.0.0,10.0.0.222 | Concord (US ) | Wifi |
| | | | | | |
| jordan.schlachter | | Unknown | 96.246.28.173 | New York (US ) | Wired |
| | | | | | |
| John.Wilson | | Windows | Public IP: 24.17.180.196 Local IP: 192.168.1.19 | Bellevue (US ) | Wifi |
| | | | | | |
| Fred Harner | | Mac | Public IP: 24.90.142.147 Local IP: 192.168.1.229,0.0.0.0 | New York (US ) | Wifi |
| | | | | | |
| Jeffrey Pollack iPhone | | iOS | Public IP: 47.20.98.74 Local IP: 192.168.1.10 | Stamford (US ) | Wifi |
| | | | | | |
| stephanie.rudnick | | Mac | Public IP: 96.246.32.185 Local IP: 0.0.0.0,10.0.0.10 | New York (US ) | Wifi |
| | | | | | |
| David Walden | | Mac | Public IP: 69.112.102.130 Local IP: 192.168.0.109,,0.0.0.0 | Fairfield (US ) | Wifi |
| | | | | | |
| Jeffrey Pollack iPhone | | iOS | Public IP: 47.20.98.74 Local IP: 0.0.0.0,192.168.1.10 | Stamford (US ) | Cellular |
| | | | | | |
| Tom.Van Wazer | | Windows | Public IP: 96.250.215.203 Local IP: 192.168.1.3 | New York (US ) | Wifi |

| Department | Group | Start Time | End Time |
|---|---|---|---|
| | | 3/20/2020 11:28 | 11:43 AM |
| | | | |
| Microphone | Speaker | Camera | Data Center |
| External Microphone (External Microphone) | External Headphones (External Headphones) | FaceTime HD Camera (Built-in) | FREE (Top) |
| | | | |
| Microphone (Conexant ISST Audio) | Speakers (Conexant ISST Audio) | HP HD Camera | FREE (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | FREE (Top) |
| | | | |
| | | | FREE (Top) |
| | | | |
| MicrophoneBuiltIn | Speaker | Front Camera | FREE (Top) |
| | | | |
| | | | FREE (Top) |
| | | | |
| Microphone Array (Intel® Smart Sound Technology (Intel® SST)) | Speakers (Realtek(R) Audio) | HP HD Camera | FREE (Top) |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | FREE (Top) |
| MicrophoneBuiltIn | Receiver | | FREE (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | FREE (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera | FREE (Top) |
| | | | |
| MicrophoneBuiltIn | Receiver | Front Camera | FREE (Top) |
| | | | |
| Microphone Array (Intel® Smart Sound Technology (Intel® SST)) | Speakers (Realtek(R) Audio) | HP HD Camera | FREE (Top) |

| Duration (hh:mm:ss) | Participants | Phone | VoIP |
|---|---|---|---|
| 0:15:07 | 13 | | TRUE |
| | | | |
| **Connection Type** | **Join Time** | **Leave Time** | **Version** |
| UDP | 11:28 AM | 11:39 AM(David Michael left the meeting.Reason: left the meeting.) | 4.6.18176.0301 |
| UDP | 11:28 AM | 11:39 AM(Cindy Wagner left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:29 AM | 11:39 AM(jeff.ferguson left the meeting.Reason: left the meeting.) | 4.6.18176.0301 |
| | 11:30 AM | 11:33 AM(17033047393 left the meeting.Reason: left the meeting.) | |
| | 11:30 AM | 11:39 AM(Len Mead left the meeting.Reason: left the meeting.) | 4.6.18178.0301 |
| | 11:30 AM | 11:43 AM(jordan.schlachter left the meeting.Reason: left the meeting.) | |
| UDP | 11:30 AM | 11:39 AM(John.Wilson left the meeting.Reason: left the meeting.) | 4.6.18176.0301 |
| UDP | 11:31 AM | 11:39 AM(Fred Harner left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:31 AM | 11:33 AM(Jeffrey Pollack iPhone got disconnected from the meeting.Reason: Network connection error. ) | 4.6.18178.0301 |
| UDP | 11:31 AM | 11:39 AM(stephanie.rudnick left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:32 AM | 11:39 AM(David Walden left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:33 AM | 11:39 AM(Jeffrey Pollack iPhone left the meeting.Reason: left the meeting.) | 4.6.18178.0301 |
| UDP | 11:33 AM | 11:38 AM(Tom.Van Wazer left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |

# EXHIBIT N

| Meeting ID | | Topic | Host | | Email | User Type |
|---|---|---|---|---|---|---|
| 215-033-051 | | Daily COVID Check In | Cindy Wagner | | cindy.wagner@xfl.com | Licensed |
| | | | | | | |
| Participant | | Device | IP Address | | Location | Network Type |
| Len Mead | | iPAD | Public IP: 98.229.134.228 Local IP: 0.0.0.0,10.0.0.226 | | Concord (US ) | Wifi |
| | | | | | | |
| Jordan Schlachter | | Mac | Public IP: 70.172.156.105 Local IP: 0.0.0.0,192.168.0.163 | | Newington (US ) | Wifi |
| | | | | | | |
| Derek Throneburg | | Windows | Public IP: 148.75.168.201 Local IP: 192.168.1.5 | | Westport (US ) | Wifi |
| | | | | | | |
| John Wilson | | Windows | Public IP: 24.17.180.196 Local IP: 192.168.1.13 | | Bellevue (US ) | Wifi |
| | | | | | | |
| Cindy Wagner | | Windows | Public IP: 67.80.191.55 Local IP: 192.168.1.8 | | Stamford (US ) | Wifi |
| | | | | | | |
| Jeffrey Ferguson | | Mac | Public IP: 76.102.50.119 Local IP: 0.0.0.0,10.0.0.141 | | Santa Clara (US ) | Wifi |
| | | | | | | |
| frank | | Windows | Public IP: 24.91.32.214 Local IP: 10.0.0.7 | | South Weymouth (US ) | Wifi |
| | | | | | | |
| Jeffrey Pollack iPhone | | iOS | Public IP: 166.216.159.69 Local IP: 0.0.0.0,10.210.219.41 | | Ohio (US ) | Cellular |
| | | | | | | |
| David Michael | | Mac | Public IP: 68.175.65.103 Local IP: 0.0.0.0,192.168.1.179 | | New York (US ) | Wifi |
| | | | | | | |
| Stephanie Rudnick | | Android | Public IP: 174.202.3.109 Local IP: 100.102.61.89 | | Westbury (US ) | Cellular |
| | | | | | | |
| 16462764148 | ML Henry | Phone | 204.141.30.30 | | (US ) | Others |

| Department | Group | Start Time | End Time |
|---|---|---|---|
| | | 3/27/2020 11:29 | 11:46 AM |
| | | | |
| Microphone | Speaker | Camera | Data Center |
| MicrophoneBuiltIn | Speaker | Front Camera | SC (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | SC (Top) |
| | | | |
| Microphone (Conexant ISST Audio) | Speakers (Conexant ISST Audio) | HP HD Camera | SC (Top) |
| | | | |
| Microphone Array (Intel® Smart Sound Technology (Intel® SST)) | Speakers (Realtek(R) Audio) | HP HD Camera | SC (Top) |
| | | | |
| Microphone (Conexant ISST Audio) | | HP HD Camera | SC (Top) |
| | | | |
| | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | SC (Top) |
| | | | |
| Microphone Array (Realtek High Definition Audio(SST)) | Speakers (Realtek High Definition Audio(SST)) | Microsoft Camera Front | SC (Top) |
| | | | |
| MicrophoneBuiltIn | Receiver | | SC (Top) |
| | | | |
| External Microphone (External Microphone) | External Headphones (External Headphones) | FaceTime HD Camera (Built-in) | SC (Top) |
| | | | |
| | | | SC (Top) |
| | | | |
| | | | SC (Top) |

| Duration (hh:mm:ss) | Participants | Phone | VoIP |
|---|---|---|---|
| 0:16:27 | 11 | PSTN | TRUE |
| | | | |
| Connection Type | Join Time | Leave Time | Version |
| UDP | 11:29 AM | 11:45 AM(Len Mead left the meeting.Reason: left the meeting.) | 4.6.18178.0301 |
| | | | |
| UDP | 11:30 AM | 11:45 AM(Jordan Schlachter left the meeting.Reason: left the meeting.) | 4.5.5699.1027 |
| | | | |
| UDP | 11:30 AM | 11:45 AM(Derek Throneburg left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| | | | |
| UDP | 11:30 AM | 11:45 AM(John Wilson left the meeting.Reason: left the meeting.) | 4.6.19178.0323 |
| | | | |
| UDP | 11:31 AM | 11:45 AM(Cindy Wagner left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| | | | |
| UDP | 11:31 AM | 11:45 AM(Jeffrey Ferguson left the meeting.Reason: left the meeting.) | 4.6.18176.0301 |
| | | | |
| UDP | 11:31 AM | 11:45 AM(frank left the meeting.Reason: left the meeting.) | 4.6.13610.1201 |
| | | | |
| UDP | 11:32 AM | 11:45 AM(Jeffrey Pollack iPhone left the meeting.Reason: left the meeting.) | 4.6.18178.0301 |
| | | | |
| UDP | 11:32 AM | 11:45 AM(David Michael left the meeting.Reason: left the meeting.) | 4.6.19178.0323 |
| | | | |
| UDP | 11:33 AM | 11:45 AM(Stephanie Rudnick left the meeting.Reason: left the meeting.) | 4.6.18174.0301 |
| | | | |
| | 11:36 AM | 11:46 AM(16462764148 left the meeting.Reason: left the meeting.) | 3.6.712.0302.85629f25 |

# EXHIBIT O

| Meeting ID | | Topic | Host | | Email | User Type |
|---|---|---|---|---|---|---|
| 215-033-051 | | Daily COVID Check In | Cindy Wagner | | cindy.wagner@xfl.com | Licensed |
| | | | | | | |
| Participant | | Device | IP Address | | Location | Network Type |
| stephanie.rudnick | | Mac | Public IP: 96.246.32.185 Local IP: 0.0.0.0,10.0.0.10 | | New York (US ) | Wifi |
| | | | | | | |
| frank | | Windows | Public IP: 24.91.32.214 Local IP: 10.0.0.7 | | South Weymouth (US ) | Wifi |
| | | | | | | |
| Cindy Wagner | | Windows | Public IP: 67.80.191.55 Local IP: 192.168.1.8 | | Stamford (US ) | Wifi |
| | | | | | | |
| Len Mead | | iPAD | Public IP: 98.229.134.228 Local IP: 0.0.0.0,10.0.0.226 | | Concord (US ) | Wifi |
| | | | | | | |
| David Michael | | Mac | Public IP: 68.175.65.103 Local IP: 192.168.1.146 | | New York (US ) | Wifi |
| | | | | | | |
| fred.harner | | Mac | Public IP: 24.90.142.147 Local IP: 192.168.1.229,0.0.0.0 | | New York (US ) | Wifi |
| | | | | | | |
| jeff.ferguson | | Mac | Public IP: 76.102.50.119 Local IP: 0.0.0.0,10.0.0.141 | | Santa Clara (US ) | Wifi |
| | | | | | | |
| Derek Throneburg | | Windows | Public IP: 148.75.168.201 Local IP: 192.168.86.145 | | Westport (US ) | Wifi |
| | | | | | | |
| 16462764148 ML Henry | | Unknown | 204.141.31.241 | | (US ) | Wired |
| ml.henry | | Mac | Public IP: 68.192.122.191 Local IP: 0.0.0.0,192.168.1.13 | | Port Washington (US ) | Wifi |
| | | | | | | |
| Jeffrey Pollack iPhone | | iOS | Public IP: 47.20.98.74 Local IP: 192.168.1.10,0.0.0.0 | | Stamford (US ) | Wifi |
| | | | | | | |
| Jordan Schlachter | | Unknown | Public IP: 96.246.28.173 Local IP: 0.0.0.0 | | New York (US ) | Wired |

| Department | Group | Start Time | End Time |
|---|---|---|---|
| | | 4/1/2020 11:01 | 12:00 PM |
| | | | |
| Microphone | Speaker | Camera | Data Center |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | NY (Top) |
| | | | |
| Microphone Array (Realtek High Definition Audio(SST)) | Speakers (Realtek High Definition Audio(SST)) | | NY (Top) |
| | | | |
| Microphone (Conexant ISST Audio) | Speakers (Conexant ISST Audio) | HP HD Camera | NY (Top) |
| | | | |
| MicrophoneBuiltIn | Speaker | Front Camera | NY (Top) |
| | | | |
| Built-in Microphone (External Microphone) | | FaceTime HD Camera (Built-in) | NY (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | NY (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | | FaceTime HD Camera (Built-in) | NY (Top) |
| | | | |
| | Speakers (Conexant ISST Audio) | HP HD Camera | NY (Top) |
| | | | |
| | | | NY (Top) |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | FaceTime HD Camera (Built-in) | NY (Top) |
| | | | |
| MicrophoneBuiltIn | Receiver | | NY (Top) |
| | | | |
| MacBook Pro Microphone (MacBook Pro Microphone) | MacBook Pro Speakers (MacBook Pro Speakers) | | NY (Top) |

| Duration (hh:mm:ss) | Participants | Phone | VoIP |
|---|---|---|---|
| 0:59:18 | 12 | | TRUE |
| | | | |
| Connection Type | Join Time | Leave Time | Version |
| P2P | 11:01 AM | 11:20 AM(stephanie.rudnick left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:01 AM | 11:20 AM(frank left the meeting.Reason: left the meeting.) | 4.6.13610.1201 |
| UDP | 11:01 AM | 11:20 AM(Cindy Wagner left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:01 AM | 11:20 AM(Len Mead left the meeting.Reason: left the meeting.) | 4.6.19213.0327 |
| UDP | 11:01 AM | 11:20 AM(David Michael left the meeting.Reason: left the meeting.) | 4.6.19178.0323 |
| UDP | 11:01 AM | 11:20 AM(fred.harner left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| UDP | 11:01 AM | 11:20 AM(jeff.ferguson left the meeting.Reason: left the meeting.) | 4.6.18176.0301 |
| UDP | 11:01 AM | 11:20 AM(Derek Throneburg left the meeting.Reason: left the meeting.) | 4.5.5452.1010 |
| | 11:02 AM | 11:02 AM(16462764148 left the meeting.Reason: left the meeting.) | |
| UDP | 11:02 AM | 11:20 AM(ml.henry left the meeting.Reason: left the meeting.) | 4.5.5666.1020 |
| UDP | 11:03 AM | 11:20 AM(Jeffrey Pollack iPhone left the meeting.Reason: left the meeting.) | 4.6.19213.0327 |
| UDP | 11:04 AM | 12:00 PM(Jordan Schlachter left the meeting.Reason: left the meeting.) | |

# EXHIBIT P

## Re: FB Ops Financial Summary for Season 1 & Season 2 roll-up

**From:**  Jeffrey Pollack <jnp727@xfl.com>
**To:**  Chirag Mithani <chirag.mithani@xfl.com>, Thomas Van Wazer <thomas.vanwazer@xfl.com>
**Cc:**  Oliver Luck <oliver.luck@xfl.com>
**Date:**  Thu, 26 Mar 2020 14:09:34 -0400

Oliver, does your Season 2 and Skinny budgets include any staffing cuts?

---

**From:** Chirag Mithani <chirag.mithani@xfl.com>
**Date:** Thursday, March 26, 2020 at 2:04 PM
**To:** Jeffrey Pollack <jnp727@xfl.com>, Thomas Van Wazer <thomas.vanwazer@xfl.com>
**Cc:** Oliver Luck <oliver.luck@xfl.com>
**Subject:** FB Ops Financial Summary for Season 1 & Season 2 roll-up

Jeffrey / Thomas,

Per Oliver's request, attached is the latest roll-up for Football Ops with related details to key categories for:

- Season 1 (shortened season)
- Season 1 (projection if had full season)
- Season 2 (latest draft budget roll-up) with variance vs. expected Season 1
- Season 2 (reduced budget)

Chirag Mithani
XFL Finance
chirag.mithani@xfl.com
O: 203.989.2758 | M: 856.577.3646

# EXHIBIT Q

# Re: FB Ops Financial Summary for Season 1 & Season 2 roll-up

**From:**   Oliver Luck <oliver.luck@xfl.com>
**To:**   Jeffrey Pollack <jnp727@xfl.com>
**Cc:**   Chirag Mithani <chirag.mithani@xfl.com>, Thomas Van Wazer <thomas.vanwazer@xfl.com>
**Date:**   Thu, 26 Mar 2020 14:19:27 -0400

Yes, last two rows.  Correct, Chirag?

Sent from my iPhone

> On Mar 26, 2020, at 1:09 PM, Jeffrey Pollack <jnp727@xfl.com> wrote:

> Oliver, does your Season 2 and Skinny budgets include any staffing cuts?

**From:** Chirag Mithani <chirag.mithani@xfl.com>
**Date:** Thursday, March 26, 2020 at 2:04 PM
**To:** Jeffrey Pollack <jnp727@xfl.com>, Thomas Van Wazer <thomas.vanwazer@xfl.com>
**Cc:** Oliver Luck <oliver.luck@xfl.com>
**Subject:** FB Ops Financial Summary for Season 1 & Season 2 roll-up

Jeffrey / Thomas,

Per Oliver's request, attached is the latest roll-up for Football Ops with related details to key categories for:

- Season 1 (shortened season)
- Season 1 (projection if had full season)
- Season 2 (latest draft budget roll-up) with variance vs. expected Season 1
- Season 2 (reduced budget)

Chirag Mithani
XFL Finance
chirag.mithani@xfl.com
O: 203.989.2758 | M: 856.577.3646

# EXHIBIT R

# Re: FB Ops Financial Summary for Season 1 & Season 2 roll-up

**From:**   Chirag Mithani <chirag.mithani@xfl.com>
**To:**      Oliver Luck <oliver.luck@xfl.com>
**Cc:**      Jeffrey Pollack <jnp727@xfl.com>, Thomas Van Wazer <thomas.vanwazer@xfl.com>
**Date:**   Thu, 26 Mar 2020 14:26:54 -0400

No, there was no assumption for any reductions to staffing, focus was on events / etc.

Chirag Mithani
XFL Finance

chirag.mithani@xfl.com

O: 203.989.2758 | M: 856.577.3646

On Thu, Mar 26, 2020 at 2:19 PM Oliver Luck <oliver.luck@xfl.com> wrote:
  Yes, last two rows.  Correct, Chirag?

   Sent from my iPhone

     On Mar 26, 2020, at 1:09 PM, Jeffrey Pollack <jnp727@xfl.com> wrote:

     Oliver, does your Season 2 and Skinny budgets include any staffing cuts?

     **From:** Chirag Mithani <chirag.mithani@xfl.com>
     **Date:** Thursday, March 26, 2020 at 2:04 PM
     **To:** Jeffrey Pollack <jnp727@xfl.com>, Thomas Van Wazer
     <thomas.vanwazer@xfl.com>
     **Cc:** Oliver Luck <oliver.luck@xfl.com>
     **Subject:** FB Ops Financial Summary for Season 1 & Season 2 roll-up

     Jeffrey / Thomas,

     Per Oliver's request, attached is the latest roll-up for Football Ops with related details to key
     categories for:

- Season 1 (shortened season)
- Season 1 (projection if had full season)
- Season 2 (latest draft budget roll-up) with variance vs. expected Season 1
- Season 2 (reduced budget)

Chirag Mithani

XFL Finance

chirag.mithani@xfl.com

O: 203.989.2758 | M: 856.577.3646