# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| Plaintiff, | : | |
| v. | : | |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : | |
| Defendants. | : | JANUARY 7, 2021 |

## DEFENDANT AND COUNTERCLAIMANT ALPHA ENTERTAINMENT LLC'S MOTION FOR DISCLOSURE OF ASSETS

Pursuant to Federal Rule of Civil Procedure 64, Local Rule of Civil Procedure for the District of Connecticut 4(c), and Connecticut General Statutes § 52-278n, Defendant and Counterclaimant Alpha Entertainment LLC ("Alpha"), having filed an application for a prejudgment remedy in this action and having established probable cause sufficient for the issuance of a prejudgment remedy in the amount of $572,292.10, hereby moves for an Order of this Court requiring Counterclaim-Defendant Oliver Luck ("Luck"), within 30 days of such order, to disclose assets and property in which he has an interest, and any and all debts owing to him, sufficient to satisfy a prejudgment remedy in the amount of $572,292.10, including, but not limited to, the following:

1. All bank accounts, certificates of deposit, trust accounts, or similar types of accounts of Luck, or accounts in which he has an interest, including addresses for applicable bank offices and account numbers;

2. All real property in which he has an interest, including the location and nature of said interest;

3. All non-exempt personal property (including but not limited to automobiles, boats, aircraft, art, jewelry, collectibles, and club memberships) in which he has an interest, including a description of the property, its location, and the nature of the interest in the property.

4. All business or investment entities (including both holding and operating entities) of any kind or description in which he has an interest, including but not limited to a membership interest, a limited partnership interest, an equity interest, or any other interest of any type, including a description of such interest and the name and address of the officers, members, partners, or shareholders in such entities;

5. All stocks, bonds, or negotiable securities in which he has an interest, including a description of the stock, bond, or negotiable security, its location, and the nature of the interest in the stock, bond, or negotiable security;

6. All funds in which he has an interest, including private and SBIC funds, and a description of the fund, and the nature of his interest in the fund;

7. All cash or cash equivalents in which he has an interest, including the amount and location of said cash or cash equivalents;

8. All royalties in which he has an interest, including a description of the amount of such royalty, and the name, address, telephone number, and email address of the individual or entity obligated to pay such royalties; and

9. All other property, real or personal, tangible or intangible, liquid or otherwise in which he has an interest of any kind whatsoever and wherever located.

Alpha further moves for an Order of this Court requiring Luck, within 30 days of such order, to produce such documents that in any way relate to all assets, property, and debts as described above.

Alpha further moves for an Order requiring Luck to appear at the offices of Day Pitney LLP, 242 Trumbull Street, Hartford, Connecticut, 06103, in order to be examined under oath within 45 days of such order concerning the disclosure of assets described herein.

This motion is accompanied by an Application for Prejudgment Remedy filed herewith and a proposed order granting this motion, which is attached hereto as Exhibit A.

WHEREFORE, Alpha respectfully requests that this Court grant this motion and order the requested disclosure of assets, produce such documents that in any way relate to all assets, property, and debts as described above, and order Luck to appear for a deposition in connection with the relief requested herein, together with such other and further relief as the Court deems just and proper.

DEFENDANT AND COUNTERCLAIMANT
ALPHA ENTERTAINMENT LLC

By: */s/ Jerry S. McDevitt*
Jerry S. McDevitt
Curtis B. Krasik
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

**CERTIFICATION OF SERVICE**

      I hereby certify that, on January 7, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Jeffrey P. Mueller*
                                        Jeffrey P. Mueller (ct27870)