UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER LUCK, | : CASE NO. 3:20-cv-00516-VAB |
| Plaintiff, | : |
| v. | : |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : |
| Defendants. | : |

## DECLARATION OF JEFFREY P. MUELLER

I, Jeffrey P. Mueller, hereby declare:

1. I am an attorney and partner at Day Pitney LLP and counsel for Defendants Vincent McMahon ("McMahon") and Alpha Entertainment LLC ("Alpha") (collectively, the "Defendants") in the above-captioned action.

2. I submit this declaration to confirm compliance with this Court's order dated December 23, 2020 (the "Order") (ECF No. 124).

3. Defendants retained a firm specializing in digital and mobile device forensics (the "Designated Technology Professional") to ensure preservation of the information on the Alpha-owned iPhone (the "iPhone") issued to Plaintiff Oliver Luck ("Luck"). I provided a copy of the Order to the Designated Technology Professional.

4. On December 28, 2020, the Designated Technology Professional traveled to the offices of Alpha's bankruptcy counsel in Wilmington, Delaware where the iPhone was stored, personally took custody of the iPhone from Alpha's bankruptcy counsel, and brought the iPhone to the Designated Technology Professional's lab in Washington, D.C. for the purpose of preserving the information on the iPhone.

- 2 -

5. On December 29, 2020, the Designated Technology Professional made forensic images of the iPhone and its SIM card using standard forensic tools and processes in order to preserve the information on the iPhone.

6. The Designated Technology Professional is currently maintaining the iPhone in a locked container in its Washington, D.C. lab, a secure facility.

7. The Designated Technology Professional has not shared the information on the iPhone with any other persons, including Defendants' counsel, or otherwise altered the information preserved on the iPhone.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 8th day of January, 2021

*Jeffrey Mueller.*

_____
Jeffrey P. Mueller