*t0UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : | |
| | : | |
| Defendants. | : | JANUARY 12, 2021 |

## DEFENDANT VINCENT MCMAHON'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S AMENDED APPLICATION FOR PREJUDGMENT REMEDY

Defendant Vincent K. McMahon ("McMahon") hereby incorporates by reference into this Memorandum in Opposition to Plaintiff's Oliver Luck's ("Luck") Amended Application for Prejudgment Remedy (ECF No. 115) the arguments set forth in (i) McMahon's Memorandum in Opposition to Luck's Application for Prejudgment Remedy (ECF No. 50), (ii) McMahon's Surreply Brief in Opposition to Luck's Application for Prejudgment Remedy (ECF No. 72), (iii) McMahon's Supplemental Memorandum in Opposition to Luck's Application for Prejudgment Remedy (ECF No. 76), and (iv) Defendant and Counterclaimant Alpha Entertainment LLC's ("Alpha") Memorandum in Support of its Application for Prejudgment Remedy (ECF No. 128), including that Luck's application should be denied because (i) Luck has not established probable cause that a judgment will be rendered in his favor, (ii) issuance of a prejudgment remedy against McMahon is unjustified because he has the clear ability to pay any possible judgment that could be rendered, (iii) issuance of a prejudgment remedy against McMahon under the circumstances of this case would violate his constitutional rights to due process, and (iv) Alpha has established probable cause that a judgment will be entered in its favor on its counterclaims against Luck. Accordingly, the Court should deny Luck's Amended Application for a Prejudgment Remedy.

DEFENDANT VINCENT K. MCMAHON,

By: /s/ Jerry S. McDevitt
Jerry S. McDevitt
Curtis B. Krasik
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 /s/ Jeffrey P. Mueller
Jeffrey P. Mueller (ct27870)