# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON and ALPHA | : | |
| ENTERTAINMENT LLC, | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF DAVID PRESTON MILLER

I, David Preston Miller, hereby declare:

1.    I have personal knowledge of the matters set forth in this declaration and am competent to testify thereto.

2.    I am a Manager at Stroz Friedberg, an Aon Company, located at 165 Broadway, New York, NY 10006 ("Stroz Friedberg").

3.    Stroz Friedberg is an international consulting firm specializing in digital risk management, including data breach and cybercrime response, digital forensics, electronic discovery, and business intelligence services and investigations. Stroz Friedberg's management includes former federal and state prosecutors and former law enforcement officers with both government and private-sector experience in traditional and cyber-based investigations, digital forensics, data preservation and analysis, infrastructure protection, and electronic discovery.

4.    I have been employed by Stroz Friedberg since June 2015. Since joining Stroz Friedberg, I have been involved in large-scale electronic discovery, digital forensics, data breach and investigative matters and have participated in the acquisition, preservation, and analysis of data from corporate servers, desktops, laptops, backup systems, mobile devices, and other electronic data storage media in electronic discovery, regulatory, and civil actions.

5.       I hold a master's degree in Forensic Science with an emphasis in Digital Forensics from Marshall University. I have received extensive training both internally at Stroz Friedberg and through external organizations such as the SANS Institute. I have received industry-recognized certifications, such as EnCase Certified Examiner (EnCE), Global Information Assurance Certification (GIAC) Certified Forensic Examiner (GCFE), GIAC Certified Forensic Analyst (GCFA), GIAC Certified Incident Handler (GCIH), GIAC Network Forensic Analyst (GNFA), and GIAC Reverse Engineering Malware (GREM).

6.       Attached as Exhibit A is a true and correct copy of my Curriculum Vitae.

7.       Stroz Friedberg was retained by counsel for Defendants Vincent McMahon and Alpha Entertainment LLC ("Alpha") (collectively, "Defendants") in the above-captioned action.

8.       Stroz Friedberg made forensic acquisitions of the Alpha-owned iPhone (the "iPhone") issued to Plaintiff Oliver Luck ("Plaintiff") and its SIM card using standard forensic tools and processes in order to preserve the information on the iPhone.

9.       I understand that Plaintiff has agreed to produce certain documents generated from acquisition(s) of the iPhone made by Plaintiff's consultant prior to returning the phone to Alpha, but has objected to Defendants conducting their own forensic examination and analysis of data on the iPhone and the acquisitions created by Stroz Friedberg (collectively, the "iPhone Data").

10.       Without conducting our own forensic examination and analysis of the iPhone Data, we would be unable to perform many important functions necessary to identify potentially relevant communications and other information that may reside on the iPhone and necessary for investigating potential data deletions or modifications of the iPhone Data. These functions include, but are not limited to, the following:

a.     We would be unable to validate the completeness and integrity of the forensic acquisition(s) made by Plaintiff's consultant. Instead, we would be reliant upon the tool that Plaintiff's consultant utilized to acquire the mobile device, and the tool and procedure that Plaintiff's consultant utilized to process, filter, and identify the select documents produced to Defendants.

b.     We would be unable to analyze in a meaningful way any of the information produced by Plaintiff. For example, we would be unable to run keyword searches across the forensic acquisitions for responsive data that may not be included in the documents produced by Plaintiff. We also would be unable to analyze data from the forensic acquisitions for evidence of deletions or other activity relevant to this matter.

c.     We would be unable to review the forensic acquisitions to answer technical questions that may arise from reviewing the documents produced by Plaintiff, including issues relevant to spoliation and other issues that Defendants have identified as relevant to this matter.

d.     We would be unable to identify or validate whether the documents produced by Plaintiff were potentially manipulated without the forensic acquisitions.

e.     We would be unable to analyze and evaluate Plaintiff's claims regarding the nature, extent, and content of items deleted from the iPhone before it was returned to Defendants.

f.     We would be unable to view the content of the forensic acquisitions beyond the selected documents produced by Plaintiff, which would be an incomplete representation of the content of the forensic acquisitions. For example, we would be unable to review all of the metadata associated with the documents produced by Plaintiff, including metadata from the iPhone "sms.db" Messages application database and the database itself. Without this database we would be unable to analyze and evaluate the deletion of text messages from the Messages application.

- 3 -

g.      In summary, if our analysis were limited to the documents produced by Plaintiff, we would not be able to conduct a meaningful forensic analysis of the iPhone Data.

11.      I understand that Plaintiff has expressed concerns about Defendants accessing potentially attorney-client privileged communications on the iPhone or accessing communications on the iPhone before or after the date of Plaintiff's employment.

12.      We have the capability of screening potentially attorney-client privileged communications using information provided by Plaintiff and communications created before or after a certain date from iPhone Data to ensure that Defendants do not have access to the screened data.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 15 th day of January, 2021

David Preston Miller

- 4 -

# EXHIBIT A

CURRICULUM VITAE

# David Preston Miller
Manager

 +1 646.524.8434

 preston.miller@strozfriedberg.com

One Liberty Plaza, 165 Broadway,
Suite 3201, New York, NY 10006

 **PROFESSIONAL EXPERIENCE**

**Stroz Friedberg, an Aon Company**
**Manager, October 2019 to Present**
**New York, NY**

Conduct digital forensic acquisitions and analyses of laptops, desktops, servers, mobile devices, removable media, web and cloud based applications and storage, and other media in civil litigations and criminal matters. Perform incident response functions related to network compromise and data breach incidents. Carry out complex, large-scale digital forensic and eDiscovery projects involving the preservation, processing, and production of electronic data from a variety of digital sources.

- Lead forensic investigation of potential access to sensitive data by 300+ users. Manage validation efforts of multiple pharmaceutical datasets in accordance with regulatory inquiries.

- Coordinate forensic investigation analysis efforts in a phishing attack that involved half a million dollars in damages.

- Perform multiple large-scale acquisitions of 50+ laptops, desktops, and mobile devices.

- Repair and preserve mobile device subjected to water damage to recover client data.

- Execute hardware "chip-off" procedure successfully to acquire data from a password-protected mobile device.

**Senior Consultant, April 2018 to October 2019**
**Consultant, May 2016 to April 2018**
**Cyber Associate, June 2015 to May 2016**
**Digital Forensics Summer Associate, June 2014 to August 2014**

**WEST VIRGINIA STATE POLICE**
**Digital Crime Lab Graduate Assistantship, October 2013 to May 2015**
**Huntington, WV, United States of America**

Perform numerous activities including: evidence inventory, imaging processing, analysis, and maintain case logs and associated paperwork. Instructed by analysts in the use of Magnet Forensics' IEF, Cellebrite's UFED Touch, Access Data's FTK & MPE, and MSAB's XRY. Responsible for creating a digital evidence submission form and database using Microsoft's Access to replace current paper system.

**MARSHALL UNIVERSITY**
**Student Teacher, August 2014 to May 2015**
**Huntington, WV, United States of America**

Taught weekly courses to undergraduate and graduate students focusing on Python and open source forensics. Introductory Python course taught with a digital forensic emphasis. Among others, students completed modules on writing Python scripts to obtain USB connection times on Windows and Mac OS X, hashing files using the MD5 and SHA1 algorithms, and using AES to encrypt and decrypt data. Open source forensics course covered analysis of memory and disk artifacts leveraging the Sans SIFT Workstation and included software such as Volatility and RegRipper.

**About:** Aon's Cyber Solutions offers holistic cyber risk management, unsurpassed investigative skills, and proprietary technologies to help clients uncover and quantify cyber risks, protect critical assets, and recover from cyber incident.

Cyber security services offered by Stroz Friedberg Inc. and its affiliates. Insurance products and services offered by Aon Risk Insurance Services West, Inc., Aon Risk Services Central, Inc., Aon Risk Services Northeast, Inc., Aon Risk Services Southwest, Inc., and Aon Risk Services, Inc. of Florida and their licensed affiliates.

www.aon.com/cyber-solutions | © Aon plc 2020. All rights reserved.



# CURRICULUM VITAE

**ACCESS DATA**
**Volunteer Intern, October 2014 to April 2015**
**Huntington, WV, United States of America**

Researched and wrote comprehensive reports on Windows 8 and OS X forensic artifacts. Windows 8 research focused on first and third party Metro applications and their associated artifacts. OS X research covered many topics including: first party app deconstruction and analysis of secure delete functionality and various HFS+ artifacts.

**MARSHALL UNIVERSITY**
**OSIX Analyst, October 2013 to December 2014**
**Huntington, WV, United States of America**

Among the founding group of students that participated in Marshall University's Open Source Intelligence Exchange program. Trained in various open source intelligence gathering techniques. Attended an open source intelligence conference at the West Virginia Fusion Center and the annual AIDE conference. Led as the student project supervisor for tasks from the WV Fusion Center.

 **EDUCATION**

**MARSHALL UNIVERSITY**
**Master of Science, Forensics, May 2015**

**VASSAR COLLEGE**
**Bachelor of Arts, Biochemistry, May 2013**

**Certifications**

GIAC Certified Forensic Analyst (GCFA), 2020

GIAC Network Forensic Analyst (GNFA), 2019

GIAC Reverse Engineering Malware (GREM), 2018

EnCase Certified Examiner (EnCE), 2017

GIAC Certified Incident Handler (GCIH), 2016

GIAC Certified Forensic Examiner (GCFE), 2015

**Training**

The SANS Institute
FOR508: Advanced Incident Response, Threat Hunting, and Digital Forensics, 2020

The SANS Institute
FOR572: Advanced Network Forensics, 2019

The SANS Institute
DFIR Summit + FOR610: Reverse-Engineering Malware, 2018

iPad Rehab
Practical Board Repair School, 2017

The SANS Institute
SEC504: Hacker Tools, Techniques, Exploits, and Incident Handling, 2016

The SANS Institute



# CURRICULUM VITAE

FOR408: Windows Forensic Analysis, 2015

Appalachian Institute of Digital Evidence
Appalachian Institute of Digital Evidence (AIDE) Conference, 2015

Appalachian Institute of Digital Evidence
Appalachian Institute of Digital Evidence (AIDE) Conference, 2014

## Publications

January 2019: "Learning Python for Forensics." 2nd ed. Preston Miller and Chapin Bryce. Birmingham, UK: Packt Publishing Ltd.

September 2017: "Python Digital Forensics Cookbook." Preston Miller and Chapin Bryce. Birmingham, UK: Packt Publishing Ltd.

May 2016: "Learning Python for Forensics." Preston Miller and Chapin Bryce. Birmingham, UK: Packt Publishing Ltd.

December 2015: "The Cryptocurrency Enigma" in John Sammons (Ed.), "Digital Forensics: Threatscape and Best Practices" (pp. 1-24). Waltham, MA: Syngress.

## Lectures and Presentations

April 2015: "AnParser: Open Source Android Artifact Parser Framework" - Presented at the Appalachian Institute of Digital Evidence Conference in Huntington, West Virginia.

## Testimony

July 2018: Authored a declaration with regard to the contents of Dropbox's SQLite database on a mobile device. The United States District Court for the Eastern District of Tennessee. United States of America vs. Mark Hazelwood et al. (Case number 3:16-CR-00020-CLC-HBG).

## Awards and Recognition

Digital Forensic Book of the Year, Forensic 4cast, June 2018

Scientific Scholarship, The J. Edgar Hoover Foundation, September 2014

