UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : | |
| | : | |
| Defendants. | : | JANUARY 22, 2021 |

## STIPULATION

Pursuant to the Court's Order (ECF No. 139), Plaintiff Oliver Luck ("Luck") and Defendant Alpha Entertainment LLC ("Alpha") (collectively, the "Parties") hereby enter into the following Stipulation.

1. Luck withdraws his Amended Application for Prejudgment Remedy (ECF No. 115) and Amended Motion for Disclosure of Assets (ECF No. 118) without prejudice, subject to paragraph 3 below.

2. Alpha withdraws its Application for Prejudgment Remedy (ECF No. 127) and Motion for Disclosure of Assets (ECF No. 133) without prejudice, subject to paragraph 3 below.

3. The Parties reserve the right to renew their respective Applications for Prejudgment Remedy and Motions for Disclosure of Assets if: (a) the trial of this matter is scheduled to commence after October 8, 2021; or (b) they have a good faith belief that renewal of such application is required to provide security for a judgment to which they may be entitled.

| PLAINTIFF OLIVER LUCK | DEFENDANT ALPHA ENTERTAINMENT LLC |
|---|---|
| By: */s/ Andrew W. Zeitlin* <br> Andrew M. Zeitlin (ct21386) <br> Joette Katz (ct30935) <br> SHIPMAN & GOODWIN LLP <br> 300 Atlantic Street <br> Stamford, CT 06901 <br> Telephone: (203) 324-8100 <br> Facsimile: (203) 324-8199 <br> Email: azeitlin@goodwin.com <br> Email: jkatz@goodwin.com <br><br> Paul J. Dobrowski (phv10563) <br> Vanessa L. Pierce (phv10561) <br> DOBROWSKI, LARKIN & STAFFORD, L.L.P. <br> 4061 Washington Avenue, Suite 200 <br> Houston, Texas 77007 <br> Telephone: (713) 659-2900 <br> Facsimile: (713) 659-2908 <br> Email: pjd@doblaw.com <br> Email: vpierce@doblaw.com | By: */s/ Jeffrey P. Mueller* <br> Jerry S. McDevitt <br> Curtis B. Krasik <br> K&L GATES LLP <br> K&L Gates Center <br> 210 Sixth Avenue <br> Pittsburgh, PA 15222 <br> Phone: (412) 355-6500 <br> Fax: (412) 355-6501 <br> Email: jerry.mcdevitt@klgates.com <br> Email: curtis.krasik@klgates.com <br><br> Jeffrey P. Mueller (ct27870) <br> DAY PITNEY LLP <br> 242 Trumbull Street <br> Hartford, CT 06103 <br> Phone: (860) 275-0100 <br> Fax: (860) 275-0343 <br> Email: jmueller@daypitney.com |

## **CERTIFICATION OF SERVICE**

      I hereby certify that, on January 22, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                    */s/ Jeffrey P. Mueller*
                                                                      Jeffrey P. Mueller (ct27870)