# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER LUCK, | : CASE NO. 3:20-cv-00516-VAB |
| Plaintiff, | : |
| v. | : |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : |
| Defendants. | : |

## DECLARATION OF MARY A. GAMBARDELLA

I, Mary A. Gambardella, hereby declare:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the matters set forth in this declaration and am competent to testify thereto.

3. I am an attorney and partner at the law firm of Wiggin & Dana LLP in the Labor, Employment, and Benefits Department.

4. I was retained as outside counsel by Alpha Entertainment LLC ("Alpha") to provide employment law advice to the XFL.

5. Among other things, I provided legal advice to Alpha regarding the hiring policy for potential new employees and the use of background checks in connection with such hiring decisions.

6. I have reviewed the documents identified as Entries 44 and 107-109 on the privilege log prepared by Defendants in this action. These documents are emails in which I provided or which otherwise reflect legal advice to Alpha employees regarding player background checks.

7. I have reviewed the document identified as Entry 113 on the privilege log prepared by Defendants in this action. This document is an email among Alpha employees and Attorney Brian Nurse (who also served as legal counsel to the XFL) that reflects legal advice provided by me regarding player background checks.

8. I have reviewed the documents identified as Entries 80-89 on the privilege log prepared by Defendants in this action. These documents are emails among Alpha employees that reflect certain aspects of legal advice provided by me regarding player background checks.

9. I also provided legal advice to Alpha regarding a draft employee handbook.

10. I have reviewed the document identified as Entry 56 on the privilege log prepared by Defendants in this action. This document is an email in which Alpha employees sought legal advice from me regarding a draft employee handbook.

11. I have reviewed the documents identified as Entries 114, 130, 135, 157-158, 160-161 on the privilege log provided by Defendants in this action. These documents are emails and attachments regarding a draft employee handbook that reflect legal advice provided by me.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 17th day of March, 2021.

_Mary A. Gambardella_
Mary A. Gambardella