# EXHIBIT B

## Re: Player eligibility criteria

**From:** David Walden <david.walden@xfl.com>
**To:** Oliver Luck <oliver.luck@xfl.com>
**Cc:** sam.schwartzstein@xfl.com, Doug Whaley <doug.whaley@xfl.com>, Eric Galko J.D. <eric.galko@xfl.com>, Russ Giglio <russell.giglio@xfl.com>, cindy.wagner@xfl.com, Ian Decker <ian.decker@xfl.com>
**Date:** Wed, 17 Jul 2019 09:02:22 -0400

Thanks Oliver. We will discuss next steps and get back to the group.

Cheers,
David

VP, People & Culture
XFL

571.528.5923

> On Jul 17, 2019, at 8:57 AM, Oliver Luck <oliver.luck@xfl.com> wrote:
>
> Vince is on board with the following criteria disqualifying a player:
>
> 1) any felony charge or conviction
> 2) any credible allegation of domestic violence
> 3) any repeat misdemeanor, ie 2x or more
> 4) any conviction of distributing illegal drugs.
>
> David-where does this need to „live" from an HR perspective? Thanks.

CONFIDENTIAL

ALPHA_LUCK_00017189