# EXHIBIT A



Vince McMahon ▮▮▮▮▮▮▮▮ Jeffrey
Pollack



Luck-00012186

Written by Declan McMahon. My 15 yr old Grandson



Battle Song

1. I love the crash, the sounds of pads popping
2. Running through tackles, my feet never stopping
3. Brothers in battle, all on our grind
4. With clear eyes we fight, but somehow feel blind
5. Under bright lights - it's game time
6. Pain concealed inside me like a landmine
7. The crush of bodies like Rice Crispies, 'snap crackle pop'
8. Scoring a touchdown I'm standing on top
9. In victory or defeat my pride never wanes
10. At the chance to play this sacred game
11. For all teams have their rise and fall
12. This is the game I love. This is football.

Vince McMahon

Dec 27 2019 5:21PM

When can he report to work at XFL HQ? 😬

Jeffrey Pollack

Dec 27 2019 5:22PM

lol

Vince McMahon

Dec 27 2019 5:42PM

I love it. Awesome.

CONFIDENTIAL

Luck-00012187