# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK, | : | CASE NO. 3:20-cv-00516-VAB |
| Plaintiff, | : | |
| v. | : | |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : | |
| Defendants. | : | APRIL 13, 2021 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, will take the deposition of Plaintiff OLIVER LUCK, on **Tuesday, May 11, 2021** at **9:00 a.m.** at the offices of Day Pitney LLP, One Stamford Plaza, 7th Floor, 263 Tresser Boulevard, Stamford, CT, 06901, before a certified court reporter or other competent authority authorized to administer oaths. The deposition will be recorded by stenographic and videographic means for discovery purposes and use at trial. Defendants may use Livenote or other technology for real-time transcription of the deposition. You are invited to attend and cross-examine.

DEFENDANTS VINCENT K. MCMAHON
and ALPHA ENTERTAINMENT LLC

By: */s/ Jerry S. McDevitt*
Jerry S. McDevitt
Curtis B. Krasik
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

                                                             Jeffrey P. Mueller (ct27870)
                                                             DAY PITNEY LLP
                                                             242 Trumbull Street
                                                             Hartford, CT 06103
                                                             Phone: (860) 275-0100
                                                             Fax: (860) 275-0343
                                                             Email: jmueller@daypitney.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that, on April 13, 2021, a copy of foregoing was served on the following counsel of record via email.

Andrew M. Zeitlin (ct21386)
Joette Katz (ct30935)
Sarah E. Gleason (Fed. Bar No. ct30906)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, CT 06901
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com
Email: segleason@goodwin.com

Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4061 Washington Avenue, Suite 200
Houston, Texas 77007
Email: pjd@doblaw.com
Email: vpierce@doblaw.com
Email: jmchazlett@doblaw.com

                                                            */s/ Jeffrey P. Mueller*
                                                            Jeffrey P. Mueller (ct27870)