# EXHIBIT C

| From: | Mueller, Jeff |
|---|---|
| To: | Paul Dobrowski; Vanessa Lee Pierce; Jared McHazlett; Katz, Joette; Zeitlin, Andrew; Gleason, Sarah E. |
| Cc: | McDevitt, Jerry; Krasik, Curtis B. (Curtis.Krasik@klgates.com) |
| Subject: | Notice of Deposition - Oliver Luck |
| Date: | Monday, April 5, 2021 1:03:47 PM |
| Attachments: | image003.png |
| | Notice of Deposition - Oliver Luck.pdf |

Paul:

Please see the attached Notice of Deposition for Mr. Luck.  Since you have refused to cooperate in our effort to schedule his deposition on a mutually convenient date between April 22 and May 7, we have noticed the deposition for April 29 at the offices of Day Pitney in Stamford.  We remain willing to discuss other dates for Mr. Luck's deposition within this window, but absent agreement, the noticed date will stand.

With respect to the other witnesses that you mentioned, we will be representing Mr. Pollack, Mr. DeVito, and Ms. Wagner at their depositions.  Each of these witnesses prefers to be deposed remotely by videoconference.  Our offer to cooperate with you in setting dates for their depositions, as well as the deposition of Mr. McMahon, stands and we will do so once you provide dates which work for your side.

We do not intend to represent Mr. Walden, Mr. Schwartzstein, Mr. Whaley, Mr. Galko, or Mr. Decker.  We remind you to respect our assertion of privilege if you speak to them outside of their depositions until such time as the Court rules on your motion contesting our privilege assertions.

Jeff

Jeffrey P. (Jeff) Mueller | Attorney at Law | Attorney Bio



242 Trumbull Street | Hartford CT 06103-1212
t (860) 275 0164 | f (860) 881 2625 | m (203) 444 5207
jmueller@daypitney.com | www.daypitney.com

BOSTON | CONNECTICUT | FLORIDA | NEW JERSEY | NEW YORK | WASHINGTON, DC 

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

*********************************************************************************************