# EXHIBIT B

**Chat Participants:**



(owner)
Vince McMahon        Jeffrey Pollack



CONFIDENTIAL                                                                                                                Luck-00009602