# EXHIBIT C

Chat Participants  (owner)
Vince McMahon       Jeffrey Pollack



CONFIDENTIAL                                                                 Luck-00012186



CONFIDENTIAL

Luck-00012187