IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON and | § | |
| ALPHA ENTERTAINMENT, LLC | § | |
| | § | May 8, 2021 |
| *Defendants.* | § | |

**PLAINTIFF OLIVER LUCK'S REPLY IN SUPPORT OF HIS REQUEST FOR
<u>EXPEDITED BRIEFING SCHEDULE</u>**

To the Honorable District Judge Victor Bolden.

Plaintiff Oliver Luck ("Luck") files this Reply to Defendant Alpha Entertainment, LLC's ("Alpha") Memorandum in Opposition to Plaintiff's Request for Expedited Consideration of Plaintiff's Emergency Motion to Compel the Rule 30(b)(6) Deposition of Alpha [ECF 180] (Alpha's "Opposition").

In an effort to avoid responding tit-for-tat to the numerous allegations in Alpha's Opposition that are wholly irrelevant to the determination of whether good cause exists for Plaintiff's Emergency Motion to Compel to be considered on an expedited basis, Plaintiff will consolidate his Reply with the following four points.

*First*, Luck requests the Court require Alpha to respond to the Emergency Motion to Compel Deposition of Alpha's Representative(s) Pursuant to Federal Civil Procedure Rule 30(b)(6) [ECF 179] by May 21, 2021, which is fourteen (14) days after service of Plaintiff's Emergency Motion to Compel and eight (8) days after Defendant Vincent K. McMahon's deposition. ECF 180 at 4.

*Second*, Luck only requests that Alpha present a Rule 30(b)(6) representative "with the

1

most knowledge of the *facts* concerning, relating to or supporting" the thirty-four (34) topics. ECF 179-6 at 5 (emphasis added).

*Third*, Alpha has not agreed to present *any witness* for a Rule 30(b)(6) deposition. Alpha admits that it has refused to identify or present a witness on any of the thirty-four (34) Rule 30(b)(6) topics.

*Fourth*, Alpha has not agreed to present a witness on *any of the thirty-four (34) topics* listed in the Rule 30(b)(6) deposition notice sent by Luck. ECF 179-6.

## I.     CONCLUSION

Plaintiff respectfully requests that the Court order an expedited briefing schedule on this matter and, thereafter, grant Plaintiff's Motion to Compel Alpha to present a witness or witnesses for depositions(s) under FRCP 30(b)(6) on the topics listed in ECF 179-6.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email:  pjd@doblaw.com
Email:  vpierce@doblaw.com
Email : jmchazlett@doblaw.com

AND

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed. Bar No. ct30935)

Sarah E. Gleason (Fed. Bar No. ct30906)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com
Email: segleason@goodwin.com

**HIS ATTORNEYS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2021, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                   */s/ Paul J. Dobrowski*