UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER LUCK, | : CASE NO. 3:20-cv-00516-VAB |
| Plaintiff, | : |
| v. | : |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC, | : |
| Defendants. | : MAY 28, 2021 |

## DEFENDANT'S MOTION TO SEAL

Pursuant to Local Rule of Civil Procedure 5(e), Defendant Alpha Entertainment LLC ("Defendant") hereby moves to seal Exhibits 1, 2, and 3 to its Memorandum of Law in Opposition to Plaintiff's Motion to Compel Rule 30(b)(6) Deposition (the "Memorandum"). In support of this motion to seal, Defendant states:

1.  Exhibit 1 contains excerpts from the transcript of the deposition of Defendant Vincent McMahon dated May 13, 2021, which has been designated as Confidential pursuant to paragraph 13 of the Standing Protective Order. The transcript contains confidential and proprietary business information that warrants sealing. *See Alexander v. Azar*, 396 F. Supp. 3d 242, 253 (D. Conn. 2019) ("[C]onfidential commercial information of a business—including trade secrets, confidential research, internal business documents and information about a business's operations—has been recognized repeatedly as a proper subject for sealing.") (internal quotation marks and citation omitted); *Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, No. 3:11-CV-1209, 2013 WL 4012772, at *5-6 (D. Conn. Aug. 5, 2013) (sealing portions of documents that contained "confidential proprietary information, documents and client data," and recognizing that "the parties to an action often have a significant interest in protecting such information from public dissemination").

2. Exhibit 2 contains excerpts from the transcript of the deposition of Jeffrey Pollack dated May 25, 2021.  Pursuant to paragraph 13 of the Standing Protective Order, the transcript shall be treated as Confidential prior to the expiration of the 10-business day period for any confidentiality designations to be made by the parties.  Accordingly, sealing of the transcript is warranted until the period for designating the transcript has expired.  (ECF No. 11 ("[Deposition transcripts may be designated] by written notice to all counsel of record, given within ten business days after the Designating Person's receipt of the transcript in which case all counsel receiving such notice shall be responsible for marking the copies of the designated transcript or portion thereof in their possession or control as directed by the Designating Person.  Pending expiration of the ten business days, the deposition transcript shall be treated as designated."))

3. Exhibit 3 contains excerpts from the transcript of the deposition of Cindy Wagner dated May 20, 2021.  Pursuant to paragraph 13 of the Standing Protective Order, the transcript shall be treated as Confidential prior to the expiration of the 10-business day period for any confidentiality designations to be made by the parties.  (*Id.*)  Accordingly, sealing of the transcript is warranted until the period for designating the transcript has expired.

WHEREFORE, the Court should permit Defendant to file Exhibits 1, 2, and 3 to the Memorandum under seal.  Defendant will serve these documents on Plaintiff's counsel and will conditionally file them under seal with the Court in accordance with Local Rule of Civil Procedure 5(e).

DEFENDANT ALPHA ENTERTAINMENT LLC,

By: */s/ Jerry S. McDevitt*
Jerry S. McDevitt *(pro hac vice)*
Curtis B. Krasik *(pro hac vice)*
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 28, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                                              */s/ Jeffrey P. Mueller*
                                                                                                              Jeffrey P. Mueller (ct27870)