IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON and | § | |
| ALPHA ENTERTAINMENT, LLC | § | |
| | § | July 6, 2021 |
| *Defendants.* | § | |

## PLAINTIFF OLIVER LUCK'S MOTION TO COMPEL WORLD WRESTLING ENTERTAINMENT, INC. TO PRODUCE DOCUMENTS

To the Honorable District Judge Victor Bolden.

Plaintiff Oliver Luck ("Luck" or "Plaintiff") files this Motion to Compel World Wrestling Entertainment, Inc. ("WWE") to Produce Documents (the "Motion") and Plaintiff's Memorandum of Law in Support of the Motion (the "Memorandum"). For the reasons stated in the Memorandum, Plaintiff respectfully requests that the Court order WWE to produce documents responsive to Request No. 8 in the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of a Premises in a Civil Action (the "Subpoena") that Plaintiff served on WWE.

WHEREFORE, Plaintiff Oliver Luck respectfully requests that the Court grant his Motion to Compel WWE to Produce Documents, order WWE to produce documents responsive to Request No. 8 in the Subpoena within 14 days from the Court's order, and award Plaintiff all other just relief.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)

1

        DOBROWSKI, LARKIN & STAFFORD, L.L.P.
        4601 Washington Avenue, Suite 300
        Houston, Texas 77007
        Telephone: (713) 659-2900
        Facsimile: (713) 659-2908
        Email: pjd@doblaw.com
        Email: vpierce@doblaw.com
        Email: jmchazlett@doblaw.com

        AND

        */s/ Andrew M. Zeitlin*
        Andrew M. Zeitlin (Fed. Bar No. ct21386)
        Joette Katz (Fed. Bar No. ct30935)
        Sarah E. Gleason (Fed. Bar No. ct30906)
        SHIPMAN & GOODWIN LLP
        300 Atlantic Street
        Stamford, Connecticut 06901
        Tel.: (203) 324-8100
        Fax: (203) 324-8199
        Email: azeitlin@goodwin.com
        Email: jkatz@goodwin.com
        Email: segleason@goodwin.com
        **HIS ATTORNEYS**

## CERTIFICATE OF CONFERENCE

      I hereby certify that I communicated with Defendants in an attempt to resolve this matter via email exchange and telephone call. *See* Ex. 3 attached to Plaintiff's Memorandum of Law in Support of His Motion to Compel World Wrestling Entertainment, Inc. to Produce Documents. Plaintiff's counsel and counsel for WWE were unable to come to an agreement regarding Request No. 8. The remaining document requests in the Subpoena have been resolved.

                                        */s/Jared A. McHazlett*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2021, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                        */s/ Jared A. McHazlett*