UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER LUCK,  :  | CASE NO. 3:20-cv-00516-VAB |
| Plaintiff,  :  | |
| v.  :  | |
| VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC,  :  | JULY 14, 2021 |
| Defendants.  :  | |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFF'S OBJECTIONS AND ANSWERS TO REQUESTS FOR ADMISSION**

Defendants Vincent K. McMahon ("McMahon") and Alpha Entertainment LLC ("Alpha") (collectively, "Defendants") file this Motion to Compel Plaintiff Oliver Luck ("Luck") to answer separately and fully Interrogatory Nos. 13-18 of Alpha's Fourth Set of Interrogatories ("Alpha's Interrogatories"); to determine that Luck's responses and objections to Defendants' Second Set of Requests for Admissions (the "RFAs") do not comply with Rule 36 of the Federal Rules of Civil Procedure; and to compel Luck to answer separately and fully McMahon's Second Set of Interrogatories ("McMahon's Interrogatories") which relate to the RFAs.

For the reasons set forth more fully in the memorandum of law being filed concurrently herewith, Defendants respectfully request that the Court grant Defendants' Motion and: (1) order Luck to answer fully and completely Alpha's Interrogatories; (2) deem the RFAs admitted or order Luck to serve amended answers to the RFAs; (3) order Luck to answer fully and completely McMahon's Interrogatories; and (4) order Luck to pay Defendants' reasonable costs, including attorneys' fees, incurred in connection with the filing of this Motion as provided for in Rule 37 of the Federal Rules of Civil Procedure.

1

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion; order Luck to fully respond to Defendants' discovery requests and to pay Defendants' reasonable costs, including attorneys' fees, incurred in connection with the filing of the Motion; and award Defendants all such other and further relief as the Court deems proper.

DEFENDANTS VINCENT K. MCMAHON
AND ALPHA ENTERTAINMENT LLC

By: /s/ Jerry S. McDevitt
Jerry S. McDevitt (pro hac vice)
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Their Attorneys.

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jeffrey P. Mueller
Jeffrey P. Mueller (ct27870)