IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLIVER LUCK §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>VINCENT K. MCMAHON and §<br>ALPHA ENTERTAINMENT, LLC §<br>§<br>*Defendants.* § | CIVIL NO. 3:20-cv-516 (VAB)<br><br><br><br>July 19, 2021 |

**PLAINTIFF OLIVER LUCK'S MOTION TO COMPEL DOCUMENTS
AND ANSWERS TO DEPOSITION QUESTIONS**

To the Honorable District Judge Victor Bolden.

Plaintiff Oliver Luck ("Luck" or "Plaintiff") files this Motion to Compel Alpha Entertainment, LLC ("Alpha") and Vincent K. McMahon ("McMahon") (collectively "Defendants") to Produce Documents and Answer Deposition Question (the "Motion") and Plaintiff's Memorandum of Law in Support of the Motion (the "Memorandum"). For the reasons stated in the Memorandum, Plaintiff respectfully requests that the Court order Defendants to:

- produce communications with third parties listed on their privilege logs as entries numbered 412-13, 496, 515-19, 521-22, 524, 553, 568, 823, 880, 881, 905, 929-930, 932-933, 942-43, 950, 961-62, 994, 998, 1002, 1015-16, 1019, 1023, 1028-29, 1089, 1117-18, 1130, 1134, 1154, 1213, 1449-50, 1454, 1465, 1477-79, 1481-82, 1487, 1489, 1535, 1542, 1545, 1548-49, 1603-04, 1646-49, 1877, 1996, 2029-31, 2040-41, 2054, 2060, 2064, 2068, 2070, 2075, 2080, 2098, 2102, 2109, 2117-18, 2126, 2129, 2131, 2136, 2140-42, 2150, 2157, 2161-63, 2167, 2170, 2176, 2201, 2237, 2257, 2262, 2273-76, 2301, 2319, 2370, 2379, 2406, 2421, 2424, 2426-29, 2434-39, 2442, 2445, 2452-54, 2457, 2471, 2480, 2483, 2491, 2508, 2568, 2627, 2630, 2741, 2753, 2789, 2791, and 2811; and

- present McMahon and Jeffrey Pollack to be re-deposed regarding the questions that they were instructed to not answer, including any necessary follow-up questions.

WHEREFORE, Plaintiff Oliver Luck respectfully requests that the Court grant his Motion to Compel Documents and Answers to Deposition Questions, order Defendants to (1) produce the requested documents within 14 days from the Court's order and (2) present McMahon and Jeffrey Pollack for deposition on the questions they were instructed to not answer, and award Plaintiff all other just relief.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email:  pjd@doblaw.com
Email:  vpierce@doblaw.com
Email : jmchazlett@doblaw.com

AND

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed. Bar No. ct30935)
Sarah E. Gleason (Fed. Bar No. ct30906)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com
Email: segleason@goodwin.com
**HIS ATTORNEYS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I communicated with Defendants in an attempt to resolve this matter via telephone call. *See* Ex. 6 attached to Plaintiff's Memorandum of Law in Support of His Motion to Compel Documents and Answers to Deposition Questions. We were unable to come to an agreement regarding any of the disputed privilege entries or deposition objections.

*/s/Jared A. McHazlett*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jared A. McHazlett*