IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON and | § | |
| ALPHA ENTERTAINMENT, LLC | § | |
| | § | July 27, 2021 |
| *Defendants.* | § | |

**PLAINTIFF OLIVER LUCK'S SUPPLEMENT TO MOTION TO COMPEL VERIFICATION OF DEFENDANT ALPHA'S INTERROGATORY ANSWERS AND RESPONSE TO INTERROGATORY NO. 2 (ECF 168)**

To the Honorable United States District Judge Victor Bolden,

Plaintiff Oliver Luck files this supplement to his Motion to Compel Verification of Defendant Alpha's Interrogatory Answers and Response to Interrogatory No. 2, ECF 168, (the "Motion").

On March 11, 2021, Plaintiff filed the Motion seeking, in relevant part, to compel Alpha to submit verifications for its Supplemental Responses to Plaintiff Interrogatory Nos. 1, 2, and 4. ECF 168. Alpha refused and responded to the Motion on April 1, 2021. ECF 174. ("As for the verification, Defendants have explained to Luck's counsel that Defendants' counsel drafted the supplemental interrogatory responses and that Alpha is a bankrupt entity with no officer or agent with personal knowledge of the information contained in the responses capable of verifying such information.") ECF 174 at 7. In turn, Plaintiff filed his Reply in support of the Motion. ECF 176.

On July 2, 2021, Defendant Alpha served its objections and responses to Plaintiff's Fourth Set of Interrogatories. Ex. A. Alpha's answers to these interrogatories were verified by its counsel, Curtis Krasik. Ex. A at 41. Thereafter, on July 14, 2021, Defendant Alpha re-served its answers to Plaintiff's Second Set of Interrogatories, Ex. B, updated to include the verification of Defendant

1

Vincent K. McMahon, dated July 13, 2021. Ex. C at "Verification."

Defendants' refusal to verify its answers to Interrogatory Nos. 1, 2, and 4 because Alpha is a bankrupt entity and its counsel drafted its interrogatory responses is belied by its recent verification of its answers by both its counsel, Attorney Krasik, and its former chairman, Defendant McMahon. Thus, on July 26, 2021, Plaintiff filed his Motion for Leave to supplement the Motion. ECF 257, Exhibits A and C thereto filed under seal ECF 258. On July 27, 2021, the Court granted Plaintiff's Motion for Leave. ECF 260. Thus, Plaintiff supplements the Motion with Defendants' objections and responses to Plaintiff's Fourth Set of Interrogatories, verified by its counsel, Attorney Krasik, Ex. A, Alpha's re-service of its answers to Plaintiff's Second Set of Interrogatories, Ex. B, and Alpha's updated answers to Plaintiff's Second Set of Interrogatories verified by Defendant McMahon, Ex. C, for the Court's consideration of the Motion.

## I.   CONCLUSION

Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Compel Verification of Defendant Alpha's Interrogatory Answers and Response to Interrogatory No. 2. ECF 168. Plaintiff respectfully requests that the Court award Plaintiff all other just relief.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI, LARKIN & STAFFORD, L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email: pjd@doblaw.com
Email: vpierce@doblaw.com
Email: jmchazlett@doblaw.com

AND

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed. Bar No. ct30935)
Sarah E. Gleason (Fed. Bar No. ct30906)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com
Email: segleason@goodwin.com

**HIS ATTORNEYS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Paul J. Dobrowski*