# EXHIBIT B

| | |
|---|---|
| From: | Mueller, Jeff |
| To: | Vanessa Lee Pierce; "Krasik, Curtis B." |
| Cc: | "McDevitt, Jerry"; Jared McHazlett; "Zeitlin, Andrew"; "Katz, Joette"; Paul Dobrowski; "Gleason, Sarah E." |
| Subject: | Luck v. McMahon - Verified Response to Second Set of Interrogatories |
| Date: | Wednesday, July 14, 2021 5:25:04 PM |
| Attachments: | image003.png<br>2021.03.01 IROG Response_107725032_1.pdf |

Counsel:  Please find attached a verified response to Plaintiff's Second Set of Interrogatories.   Jeff

Jeffrey P. (Jeff) Mueller | Attorney at Law | Attorney Bio



242 Trumbull Street | Hartford CT 06103-1212

t (860) 275 0164 | f (860) 881 2625 | m (203) 444 5207

jmueller@daypitney.com | www.daypitney.com

BOSTON   |   CONNECTICUT   |   FLORIDA   |   NEW JERSEY   |   NEW YORK   |   PROVIDENCE

|   WASHINGTON, DC    

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

*******************************************************************************************