

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**JEFFREY P. MUELLER**
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0164 F: (860) 881-2625
jmueller@daypitney.com

August 19, 2021

<u>**VIA ECF FILING**</u>

The Honorable Victor A. Bolden
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 417
Bridgeport, Connecticut 06604
Fax: 203-579-5844

      Re:   <u>Luck v. McMahon, et al.</u>, No. 3:20-CV-00516-VAB

Dear Judge Bolden:

    I write on behalf of Defendants Vincent McMahon and Alpha Entertainment, LLC ("Defendants") regarding the Court's Notice of the videoconference motion hearing scheduled for September 9, 2021 (ECF No. 305). I write to notify the Court of two additional pending motions filed by Plaintiff Oliver Luck ("Plaintiff") that have been fully briefed but were not identified in the Court's Notice because they were filed as Sealed Documents rather than Sealed Motions: Plaintiff's Motion to Seal (ECF No. 185) and Plaintiff's Motion for Protective Order (ECF No. 186). The additional filings related to those two motions are: Defendants' Opposition (ECF No. 204), Plaintiff's Reply (ECF No. 215), and Defendants' Surreply (ECF No. 235). Defendants respectfully request that the Court add those two motions to the list of motions to be considered at the hearing on September 9, 2021.

          Very truly yours,

          *Jeffrey Mueller*

          Jeffrey P. Mueller

cc:   All counsel of record (via ECF Filing)