

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

**JEFFREY P. MUELLER**
Attorney at Law

242 Trumbull Street
Hartford, CT 06103-1212
T: (860) 275-0164 F: (860) 881-2625
jmueller@daypitney.com

August 20, 2021

**VIA ECF FILING**

The Honorable Victor A. Bolden
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 417
Bridgeport, Connecticut 06604
Fax: 203-579-5844

Re: <u>Luck v. McMahon, et al.</u>, No. 3:20-CV-00516-VAB

Dear Judge Bolden:

I write on behalf of Defendants Vincent McMahon and Alpha Entertainment, LLC ("Defendants") in response to Plaintiff Oliver Luck's ("Plaintiff") letter seeking clarification regarding whether the Court intends to address Plaintiff's motion for partial summary judgment at the hearing scheduled for September 9, 2021 (ECF No. 308).

Defendants intend to cross-move for summary judgment on the September 24, 2021 deadline for dispositive motions established by the Court's order (ECF No. 297), including on the issue of Plaintiff's violations of applicable XFL phone policies, which is the subject of Plaintiff's prematurely-filed motion for partial summary judgment (ECF No. 207). Defendants respectfully submit that it would be more practical and efficient for the Court to hear both motions for summary judgment at the same time.

Very truly yours,

*Jeffrey Mueller*

Jeffrey P. Mueller

cc:   All counsel of record (via ECF Filing)