# EXHIBIT 2

| | |
|---|---|
| **From:** | Paul Dobrowski |
| **To:** | McDevitt, Jerry; Zeitlin, Andrew |
| **Cc:** | Krasik, Curtis B.; Mueller, Jeffrey P. (jmueller@daypitney.com); Katz, Joette; Gleason, Sarah E.; Vanessa Lee Pierce; Jared McHazlett |
| **Subject:** | RE: Luck v. McMahon follow-up |
| **Date:** | Sunday, October 10, 2021 1:25:54 PM |

Jerry

I have not received a response to my email below discussing a meet and confer call. It seems to me this should be a fairly simple issue that can be resolved without court intervention. Assuming you are correct that the formerly privileged dox do not need to be produced by Alpha until 10/15, will you make available Mr. Pollack and Ms. Wagner for depositions after 10/15? We will limit the depositions to a total of 2 hours and we will take them by Zoom to minimize any burden on the witnesses. Please advise if still need a meet and confer call. If I don't hear from you, we'll assume that you are in disagreement with our proposal and we shall seek court intervention.

Also, over the last few weeks, Andy has asked you about mediation with the magistrate. I recognize that we don't have to file the joint motion until 10/22, but a little advance warning would be much appreciated for scheduling purposes. If you are concerned about being the first to commit, please be advised that ***Plaintiff will attend the mediation if Defendants agree.***

Thanks in advance and I look forward to hearing from you.

Paul

---

**From:** Paul Dobrowski
**Sent:** Saturday, October 9, 2021 9:56 AM
**To:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Zeitlin, Andrew <AZeitlin@goodwin.com>
**Cc:** Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Mueller, Jeffrey P. (jmueller@daypitney.com) <jmueller@daypitney.com>; Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E.

<SeGleason@goodwin.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>
**Subject:** RE: Luck v. McMahon follow-up

Jerry

Your email below is awfully hostile and I don't understand why. Andy is simply trying to streamline the discovery process so we don't waste the court's time. Based on your unnecessarily intemperate email below, you appear to be unwilling to provide the documents before October 15th. Consequently, we will need to depose Ms. Wagner and Mr. Pollack about those documents after October 15th. See my prior 10/6 email requesting same that is attached. Since you didn't respond to that email, and in light of your email below, it appears you are opposed to resolving these matters before 10/15. Therefore, you leave us no alternative but to file a motion to compel with court on Monday (10/11). If I am in error or you are willing to re-consider your position so that we don't need court intervention, please let me know. In addition, I am available any time today, tomorrow and Monday to confer by phone. Please call me at 713-206-6669.

Thank you and I look forward to hearing from you.

**From:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Sent:** Saturday, October 9, 2021 8:47 AM
**To:** Zeitlin, Andrew <AZeitlin@goodwin.com>
**Cc:** Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Mueller, Jeffrey P. (jmueller@daypitney.com) <jmueller@daypitney.com>; Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Paul Dobrowski <pjd@doblaw.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>
**Subject:** Re: Luck v. McMahon follow-up

Andy,
We realize that you are just following orders from your Texas lead counsel in sending this email, but you really should read the Court's detailed set of orders before you send missives like this falsely accusing us of not complying with the Court's orders. Kindly read the Court's text order on Sept 27th at Document number 328. It spells out that discovery in the case remains closed except as necessary to comply with the Court's rulings on then pending motions, and that unless otherwise specified, any discovery required by those rulings was to be done by Oct 15th.
 Frankly, your side is well aware of Document 328 and the timetables to comply set by the Court. Yesterday we were served with your clients responses to our RFA's, which the Court's orders specifically required by the 8th. We were not served with the corresponding Irog answers, for which no specific date for compliance was established and which are therefore due by the 15th. In other words, your side knew better when you sent your email at the instruction of your Texas counterpart. Such tactics serve no purpose, and are beneath you.


Sent from my iPad

On Oct 8, 2021, at 3:50 PM, Zeitlin, Andrew <AZeitlin@goodwin.com> wrote:

Curt – I'm writing to follow up on our below email exchange, as well as Paul Dobrowski's email of this past Wednesday, on the same subject.  While the Court's September 17 Ruling and Order did not set a specific deadline for defendants to produce the documents and provide the Verification required by the Court's Ruling, the Local Rules for the District of Connecticut do prescribe such a deadline.  Specifically, D. Conn. Rule 37 provides, "Unless a different time is set by the Court, compliance with discovery ordered by the Court shall be made within fourteen (14) days of the filing of the Court's order."

It has now been three weeks since the Court issued its Ruling, and defendants' production and Verification are therefore overdue -- in violation of the Local Rules of the Court -- by a week.  Given that the defendants logged the documents at issue on their privilege log, we presume these documents have been readily available to be produced since the date of the Court's Ruling.  We can only assume that the reason the defendants have not yet produced the documents at issue or provided the required Verification is because defendants are seeking to prevent any further follow up inquiries (through discovery requests or otherwise) by delaying their compliance with the Court's Ruling until the October 15 deadline set forth in the Court's Amended Scheduling Order.

We again request that defendants comply with the Court's Ruling immediately.  All of plaintiff's rights are expressly reserved.

<image003.png>

**Andrew M. Zeitlin**
Shipman & Goodwin LLP
Partner
300 Atlantic Street, 3rd Floor
Stamford, CT 06901-3522

Tel: (203) 324-8111
Fax: (203) 324-8199
AZeitlin@goodwin.com
www.shipmangoodwin.com

*Shipman & Goodwin LLP is a 2020 Mansfield Certified Plus Firm*

Disclaimer: Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Krasik, Curtis B. [mailto:Curtis.Krasik@klgates.com]
**Sent:** Monday, September 27, 2021 4:47 PM
**To:** Zeitlin, Andrew <AZeitlin@goodwin.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Mueller, Jeffrey P. (jmueller@daypitney.com) <jmueller@daypitney.com>
**Cc:** Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Paul Dobrowski <pjd@doblaw.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Subject:** RE: Luck v. McMahon follow-up

*EXTERNAL EMAIL*

Andy -
In response to your email below, we of course have fully complied, and will continue to fully comply, with the Court's September 17, 2021 Ruling and Order on Pending Motions (ECF No. 326). We are not aware of anything in that order that requires Defendants to produce any documents or verification by early this week, as you suggest by your email. Please direct us to the specific place in the order that you believe sets forth such a requirement.

-Curt



**Curt Krasik**
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Phone: 412.355.8696
Fax: 412.355.6501
curtis.krasik@klgates.com
www.klgates.com

**From:** Zeitlin, Andrew <AZeitlin@goodwin.com>
**Sent:** Friday, September 24, 2021 4:37 PM
**To:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Mueller, Jeffrey P. (jmueller@daypitney.com) <jmueller@daypitney.com>
**Cc:** Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Paul Dobrowski <pjd@doblaw.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>
**Subject:** Luck v. McMahon follow-up

Jerry, Curt, Jeff – I write to follow up on the meet and confer we had with Curt and Jeff on Wednesday.  During our call, I meant to ask Curt and Jeff about the documents that Judge Bolden ordered Defendants to produce (on pages 31-32 of the Ruling and Order on Pending Motions), as well as the Verification of Interrogatory Responses ordered by Judge Bolden (p. 43 of the Order).  Please confirm that Defendants will be making the document production and providing the Verification by early next week.  Additionally, please let us know Defendants' view on referral to a Magistrate Judge to discuss settlement.

Regards,
Andy

<image004.png>

**Andrew M. Zeitlin**
Shipman & Goodwin LLP
Partner
300 Atlantic Street, 3rd Floor
Stamford, CT 06901-3522

Tel: (203) 324-8111
Fax: (203) 324-8199
AZeitlin@goodwin.com
www.shipmangoodwin.com

*Shipman & Goodwin LLP is a 2020 Mansfield Certified Plus Firm*

Disclaimer: Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.