# EXHIBIT 3

| | |
|---|---|
| **From:** | Paul Dobrowski |
| **To:** | Krasik, Curtis B.; Zeitlin, Andrew; McDevitt, Jerry; Mueller, Jeffrey P. (jmueller@daypitney.com) |
| **Cc:** | Katz, Joette; Gleason, Sarah E.; Vanessa Lee Pierce; Jared McHazlett |
| **Subject:** | RE: Luck v. McMahon follow-up |
| **Date:** | Wednesday, October 6, 2021 3:27:49 PM |
| **Attachments:** | image001.png |

Curt

I just wanted to follow up with your email to Andy below.  Please understand that one of the main reasons for requesting that you provide the dox and verifications this week is to determine whom, if anyone, may need to be deposed regarding those items.  In light of your refusal to provide the materials, and depending on what they may reveal, Plaintiff reserves the right to seek depositions after October 15th as needed.   Thus,  we once again request that you provide the materials immediately so that we can make a determination and avoid any issues.

Please call me if you have any questions.

Regards,

Paul

**From:** Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Sent:** Monday, September 27, 2021 3:47 PM
**To:** Zeitlin, Andrew <AZeitlin@goodwin.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Mueller, Jeffrey P. (jmueller@daypitney.com) <jmueller@daypitney.com>
**Cc:** Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Paul Dobrowski <pjd@doblaw.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Subject:** RE: Luck v. McMahon follow-up

Andy -
In response to your email below, we of course have fully complied, and will continue to fully comply, with the Court's September 17, 2021 Ruling and Order on Pending Motions (ECF No. 326).  We are not aware of anything in that order that requires Defendants to produce any documents or verification by early this week, as you suggest by your email.  Please direct us to the specific place in the order that you believe sets forth such a requirement.

-Curt



**Curt Krasik**
K&L Gates LLP
210 Sixth Avenue

Pittsburgh, Pennsylvania 15222
Phone: 412.355.8696
Fax: 412.355.6501
curtis.krasik@klgates.com
www.klgates.com

**From:** Zeitlin, Andrew <AZeitlin@goodwin.com>
**Sent:** Friday, September 24, 2021 4:37 PM
**To:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>; Mueller, Jeffrey P. (jmueller@daypitney.com) <jmueller@daypitney.com>
**Cc:** Katz, Joette <JKatz@goodwin.com>; Gleason, Sarah E. <SeGleason@goodwin.com>; Paul Dobrowski <pjd@doblaw.com>; Vanessa Lee Pierce <vpierce@doblaw.com>; Jared McHazlett <jmchazlett@doblaw.com>
**Subject:** Luck v. McMahon follow-up

Jerry, Curt, Jeff – I write to follow up on the meet and confer we had with Curt and Jeff on Wednesday.  During our call, I meant to ask Curt and Jeff about the documents that Judge Bolden ordered Defendants to produce (on pages 31-32 of the Ruling and Order on Pending Motions), as well as the Verification of Interrogatory Responses ordered by Judge Bolden (p. 43 of the Order).  Please confirm that Defendants will be making the document production and providing the Verification by early next week.  Additionally, please let us know Defendants' view on referral to a Magistrate Judge to discuss settlement.

Regards,
Andy



| | | |
|---|---|---|
| | **Andrew M. Zeitlin**<br>Shipman & Goodwin LLP<br>Partner<br>300 Atlantic Street, 3rd Floor<br>Stamford, CT 06901-3522 | Tel: (203) 324-8111<br>Fax: (203) 324-8199<br>AZeitlin@goodwin.com<br>www.shipmangoodwin.com |

*Shipman & Goodwin LLP is a 2020 Mansfield Certified Plus Firm*

Disclaimer: Privileged and confidential. If received in error, please notify me by e-mail and delete  he message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Curtis.Krasik@klgates.com.