**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON and | § | |
| ALPHA ENTERTAINMENT, LLC | § | |
| | § | May 23, 2022 |
| *Defendants.* | § | |

<u>**NOTICE OF FILINGS IN THE DELAWARE BANKRUPTCY PROCEEDING**</u>

In an effort to keep the Court informed regarding the status of the bankruptcy adversarial proceeding as it relates to Plaintiff's Emergency Motion to Enjoin Defendant Alpha from Circumventing the Court's Jurisdiction (the "Motion to Enjoin"), ECF 448, the undersigned counsel for Plaintiff Oliver Luck hereby informs the Court that Mr. Luck has filed the attached documents in the Bankruptcy Court for the District of Delaware, Case No. 20-10940 (LSS), Adv. Proc. No. 22-50256 (LSS) ("the Adversary Proceeding").

Exhibit 1 attached hereto includes Mr. Luck's Motion for Withdrawal of the Reference, Doc 10, the Memorandum of Law in Support of the Motion for Withdrawal of the Reference, Doc 12, and the exhibits thereto. Mr. Luck's Motion for Withdrawal of the Reference asks the Delaware District Court to withdraw the reference to the Bankruptcy Court for the Adversary Proceeding.

Exhibit 2 attached hereto includes Mr. Luck's Motion for Transfer of Venue, Doc 13, the Memorandum of Law in Support of the Motion for Transfer of Venue, Doc 14, and the exhibits thereto. Mr. Luck's Motion for Transfer of Venue asks for the Adversary Proceeding to be transferred to this Court.

Exhibit 3 attached hereto includes Mr. Luck's Motion to Stay Proceedings Pending Adjudication of Defendant's Motion for Withdrawal of the Reference, Doc 15, the Memorandum of Law in Support of said Motion, Doc 16, and the exhibits thereto.

Each of these motions and their supporting documents were filed in the Adversary Proceeding on May 17, 2022. Exs. 1-3. Mr. Luck was required to file these motions in order to defend against Alpha in the Adversary Proceeding. Mr. Luck filed the motions without waiver of the relief requested from this Court in Plaintiff's Motion to Enjoin. ECF 448. Mr. Luck will keep the Court apprised of any further filings and/or rulings in the Adversary Proceeding that may relate to the Motion to Enjoin.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI STAFFORD, LLP.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email: pjd@doblaw.com
Email: vpierce@doblaw.com
Email: jmchazlett@doblaw.com

AND

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed. Bar No. ct30935)
Sarah E. Gleason (Fed. Bar No. ct30906)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199

Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com
Email: segleason@goodwin.com

**HIS ATTORNEYS**

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Paul J. Dobrowski*