# EXHIBIT 1

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
2
3    -----------------------------------x
     OLIVER LUCK                         : CIVIL NUMBER:
4                                        : 3:20-CV-516(VAB)
             Plaintiff                   :
5                                        :
     VS.                                 :
6                                        :
     VINCENT K. MCMAHON and              :
7    ALPHA ENTERTAINMENT, LLC            :
                                         :
8            Defendants.                 :
     -----------------------------------x
9
10             DEPOSITION OF:  VINCENT K. MCMAHON
11             DATE:  MAY 13, 2021
12             HELD AT:  SHIPMAN & GOODWIN LLP
13                       300 ATLANTIC STREET
14                       STAMFORD, CONNECTICUT
15
16
17
18
19
20
21
22
23
24
25

Page 2

1  APPEARANCES:
2
   REPRESENTING THE PLAINTIFF, OLIVER LUCK:
3
   DOBROWSKI, LARKIN & STAFFORD, LLP
4  4061 WASHINGTON AVENUE, SUITE 200
   HOUSTON, TEXAS  77007
5  (713) 659-2900
   pjd@doblaw.com
6  By:  PAUL J. DOBROWSKI, ESQUIRE
7  -and-
8  SHIPMAN & GOODWIN LLP
   300 ATLANTIC STREET
9  STAMFORD, CONNECTICUT  06901
   (203) 324-8100
10 azeitlin@goodwin.com
   jkatz@goodwin.com
11 sgleason@goodwin.com
   By:  ANDREW M. ZEITLIN, ESQUIRE
12      JOETTE KATZ, ESQUIRE
        SARAH GLEASON, ESQUIRE
13
   REPRESENTING THE DEFENDANTS, VINCENT K. MCMAHON AND
14 ALPHA ENTERTAINMENT, LLC:
15 K&l GATES LLP
   K&L GATES CENTER
16 210 SIXTH AVENUE
   PITTSBURGH, PENNSYLVANIA  15222
17 (412) 355-6500
   jerry.mcdevitt@klgates.com
18 curtis.krasik@klgates.com
   By:  JERRY S. MCDEVITT, ESQUIRE
19      CURTIS B. KRASIK, ESQUIRE
20 -and-
21 DAY PITNEY LLP
   242 TRUMBULL STREET
22 HARTFORD, CONNECTICUT  06103
   (860) 275-0100
23 jmueller@daypitney.com
   By:  JEFFREY P. MUELLER, ESQUIRE
24
   In Attendance:
25 Rocco Mercurio, Videographer, Vertitext New York

Page 3

1       INDEX
2                                              Page:
3  Appearances ---------------------------- 2
   Stipulations --------------------------- 4
4  Certificate ---------------------------- 284
5
   WITNESS:
6  VINCENT K. MCMAHON
       Direct examination by Mr. Dobrowski     6
7
8  DEFENDANT'S EXHIBITS:
   Exhibit 1  1/11/11 Amended & Restated Employment
9      Agreement ---------------------- 12
   Exhibit 2  5/30/18 Contract --------------------- 28
10 Exhibit 3  1/17/20 E-Mail ----------------------- 65
   Exhibit 4  80-Page Document --------------------- 77
11 Exhibit 5  Objections & Responses to Second Set
        of Interrogatories ------------------- 99
12 Exhibit 6  Text Exchanges ----------------------- 115
   Exhibit 7  1/29/20 E-Mail ----------------------- 141
13 Exhibit 8  1/28/20 E-Mail ----------------------- 143
   Exhibit 9  E-Mail String 3/31 and January 2020 -- 148
14 Exhibit 10 4/9/20 E-Mail ----------------------- 160
   Exhibit 11 E-Mail String ----------------------- 176
15 Exhibit 12 3/14/20 Text Message String ---------- 178
   Exhibit 13 3/15/20 Text Message String ---------- 178
16 Exhibit 14 3/15/20 E-Mail ----------------------- 179
   Exhibit 15 3/16/20 E-Mail ----------------------- 182
17 Exhibit 16 3/17/20 Text Message String ---------- 184
   Exhibit 17 3/18/20 Text Message String ---------- 184
18 Exhibit 18 3/19/20 Text Message String ---------- 185
   Exhibit 19 3/18/20 Text Message String ---------- 186
19 Exhibit 20 3/20/20 Text Message String ---------- 187
   Exhibit 21 3/22/20 E-Mail ----------------------- 188
20 Exhibit 22 E-Mail String ------------------------ 189
   Exhibit 23 3/23/20 E-Mail String ---------------- 190
21 Exhibit 24 3/25/20 Text Message String ---------- 192
   Exhibit 25 3/26/20 E-Mail ----------------------- 193
22 Exhibit 26 E-Mail String ------------------------ 194
   Exhibit 27 Text Message String ------------------ 196
23 Exhibit 28 3/28/20 E-Mail w/ Attachment --------- 198
   Exhibit 29 4/2/20 E-Mail String ----------------- 202
24 Exhibit 30 4/3/20 E-Mail String ----------------- 204
   Exhibit 31 XFL Monthly Update Cancellation 4/3/20 207
25 Exhibit 32 VKM Draft Remarks E-Mail ------------- 208

Page 4

1  Exhibit 33 4/1/20 E-Mail String ----------------- 210
   Exhibit 34 4/2/20 Schedule ---------------------- 213
2  Exhibit 35 Declaration of Attorney McDevitt ----- 214
   Exhibit 36 Defendant's Privilege Log ------------ 217
3  Exhibit 37 1/7/21 Declaration ------------------- 231
   Exhibit 38 7/17/19 E-Mail ----------------------- 238
4  Exhibit 39 6/29/18 E-Mail ----------------------- 263
   Exhibit 40 1/29/18 E-Mail ----------------------- 264
5  Exhibit 41 7/26/18 E-Mail ----------------------- 268
   Exhibit 42 Stadium Margin Analysis -------------- 270
6  Exhibit 43 1/9/19 E-Mail ------------------------ 271
   Exhibit 44 2/19/19 E-Mail ----------------------- 279
7
8
9
10
11
   (All exhibits marked during the deposition were
12 retained by Mr. Dombrowski.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1       (The deposition commenced at 9:13 a.m.)
2       COURT REPORTER:  Attorney McDevitt,
3  did you want a copy of the transcript?
4       MR. MCDEVITT:  Yes.
5       COURT REPORTER:  Attorney Mueller,
6  did you want a copy of the transcript?
7       MR. MUELLER:  Yes, please.
8       COURT REPORTER:  Thank you.
9       MR. MUELLER:  Do you know exactly
10 when it might be available?
11      COURT REPORTER:  Whenever you need
12 it.  Is Monday okay?
13      MR. MUELLER:  Yes.
14      MR. MERCURIO:  We are now going on
15 the record.  Today's date is May 13, 2021.  The time
16 is approximately 9:13.  This is the video deposition
17 of Vincent K. McMahon in the matter of Oliver Luck
18 versus Vincent McMahon and Alpha Entertainment LLC
19 filed in the U.S. District Court of Connecticut, case
20 number 3:20-CV-516.
21      My name is Rocco Mercurio, and the
22 court reporter is Jackie McCauley.  Will counsel
23 please introduce yourselves and who you represent for
24 the record.
25      MR. DOBROWSKI:  Paul Dobrowski for

Page 6

1  plaintiff, Oliver Luck.
2            MR. ZEITLIN:  Andrew Zeitlin of
3  Shipman & Goodwin for the plaintiff, Oliver Luck.
4            MS. KATZ:  Joette Katz for the
5  plaintiff, Oliver Luck.
6            MS. GLEASON:  Sarah Gleason for the
7  plaintiff, Oliver Luck.
8            MR. MCDEVITT:  Jerry McDevitt for
9  the defendant, Vince McMahon and Alpha Entertainment.
10           MR. MUELLER:  Jeffrey Mueller for
11 the defendant, Vince McMahon and Alpha Entertainment.
12           MR. MERCURIO:  The court reporter
13 will now swear in the witness, and we can proceed.
14       VINCENT K. MCMAHON, Deponent, having first
15 been duly sworn, deposes and states as follows:
16           COURT REPORTER:  Name and address,
17 please.
18           MR. MCMAHON:  Vincent Kennedy
19 McMahon. REDACTED
20      DIRECT EXAMINATION BY MR. DOBROWSKI:

REDACTED

7     Q.  When did you stop -- well, strike that.
8  What was your position with Alpha prior to bankruptcy?
9     A.  Owner.
10    Q.  Were you chairman of Alpha as well?
11    A.  I was the owner.
12    Q.  Okay.  Did you have any title such as
13 chairman or ex officio chairman?
14    A.  I might have, but I was the owner.
15    Q.  Okay.  And to you what did you understand
16 being the owner meant?
17    A.  The owner meant that everyone would follow
18 my directive.  They would follow the tenet of the way
19 that WWE began, I'm sorry, that the way Alpha began,
20 that is, that I said in my opening remarks to the
21 media that the quality of the human being was as
22 important as the quality of the player.
23    Q.  Right.  So the person who had been
24 criminally charged with a felony would not be
25 permitted to play in the XFL, right?

3 (Pages 6 - 9)

REDACTED

Page 10
1  A. Yes.
2  Q. And, I'm sorry, sir, were you ever
3 criminally charged previous to starting the XFL in
4 2018?
5  A. Was I prior to this?
6  Q. Yeah.
7  A. I was and acquitted.
8  Q. I didn't ask if you were acquitted.  I
9 asked if you were criminally charged.
10  A. I was and acquitted.
11  Q. What were you criminally charged with?
12  A. A charge that someone has never been
13 charged with before or since.  It was something along
14 the lines of deceiving the FDA in some capacity and
15 things along those lines.
16  Q. Okay.  And, again, I'm not a criminal
17 lawyer like Mr. McMahon, but was that a felony charge?
18  A. It would have been, yes.
19  Q. And so if a person had your background as
20 a player, would they have been disqualified from being
21 employed by the XFL?
22  A. If, in fact, someone had been charged with
23 a felony?
24  Q. Yeah.
25  A. If, in fact -- yes, they would have been.

Page 11
1  Q. And that would have meant that by being
2 charged with a criminal felony such as yourself, they
3 were not men of good character, as you phrased it,
4 right?
5       MR. MCDEVITT:  Object to the form
6 and foundation.
7  Q. You can answer.
8  A. That's correct.
9  Q. Okay.  So under your definition of the WWE
10 standard you were not a man of good character, true?
11       MR. MCDEVITT:  Object to the form.
12 You used WWE there.
13  Q. You're right.  Thanks, Jerry.  Under your
14 definition of that applied to XFL employees and
15 players particularly, you were not a man of good
16 character, true?
17       MR. MCDEVITT:  Object.  That's
18 argumentative.
19  Q. You can answer.
20  A. As an employer, I would not have been
21 allowed to play.
22  Q. But it was okay for you to be the owner,
23 right, with that criminal charge, right?
24       MR. MCDEVITT:  Argumentative.
25  A. I was the owner.