

PAUL J. DOBROWSKI
pjd@doblaw.com

June 6, 2022

Honorable Victor A. Bolden  *Via Electronic Filing*
BRIEN McMAHON FEDERAL BUILDING
United States Courthouse
915 Lafayette Boulevard, Suite 417
Bridgeport, Connecticut 06604

    RE:    *Oliver Luck v. Vincent K. McMahon and Alpha Entertainment*; Civil No. 3:20-cv-00516-VAB, In the United States District Court, District of Connecticut

Dear Judge Bolden:

    The pre-trial conference in the above-referenced case is currently scheduled for July 7, 2022. As you may recall during our conference on February 24, 2022, you suggested that we schedule the pre-trial conference for July 6, 2022, but modified that date at my request due to my travel schedule. I write to inform you that my plans have changed such that Plaintiff's counsel is now available to appear at a pre-trial conference on July 6th. Also, in light of the numerous motions filed this past Friday, Plaintiff's counsel is available for any additional conferences you may wish to schedule beginning June 27th until July 11, 2022.

    Thank you for your consideration of these matters.

    Very Truly Yours,

    Paul Dobrowski

cc:    Jerry McDevitt
        Curt Krasik
        Jeffrey Mueller
        Vanessa Pierce
        Jared McHazlett
        Andrew Zeitlin
        Joette Katz
        Sarah Gleason