**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OLIVER LUCK | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL NO. 3:20-cv-516 (VAB) |
| | § | |
| VINCENT K. MCMAHON and | § | |
| ALPHA ENTERTAINMENT, LLC | § | |
| | § | June 7, 2022 |
| *Defendants.* | § | |

## SUPPLEMENT TO JOINT TRIAL MEMORANDUM - ADDITIONAL STIPULATIONS

Plaintiff Oliver Luck ("Luck") and Defendants Alpha Entertainment LLC ("Alpha") and Vincent K. McMahon (collectively, the "Defendants") respectfully submit these additional stipulations to be added to their prior stipulations included in the Joint Trial Memorandum, ECF 469 § 5.

In addition to the 19 prior stipulations of fact and law included in the Joint Trial Memorandum, the parties agree to the following stipulations:

20.   Plaintiff will not call Jeffrey Hogan as a witness at trial. Plaintiff will not claim or seek any amount higher than $48,667 for insurance premiums under Section (iii) of the "termination by Alpha without Cause" provision in the Employment Contract. Plaintiff will not claim or seek damages for insurance premiums or the cost of insurance benefits based on any calculation or formula other than Section (iii) of the "termination by Alpha without Cause" provision in the Employment Contract.

21.   $48,667 is the aggregate amount of premiums for coverage for Mr. Luck and his dependents under the health, accident, life and other insurance benefits that he was receiving immediately prior to such termination for a period of 24 months following such termination.

Respectfully submitted,

**PLAINTIFF OLIVER LUCK**

*/s/ Paul J. Dobrowski*
Paul J. Dobrowski (phv10563)
Vanessa L. Pierce (phv10561)
Jared A. McHazlett (phv10650)
DOBROWSKI STAFFORD, LLP.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
Telephone: (713) 659-2900
Facsimile: (713) 659-2908
Email: pjd@doblaw.com
Email: vpierce@doblaw.com
Email: jmchazlett@doblaw.com

AND

*/s/ Andrew M. Zeitlin*
Andrew M. Zeitlin (Fed. Bar No. ct21386)
Joette Katz (Fed. Bar No. ct30935)
Sarah E. Gleason (Fed. Bar No. ct30906)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199
Email: azeitlin@goodwin.com
Email: jkatz@goodwin.com
Email: segleason@goodwin.com

**PLAINTIFF'S ATTORNEYS**

**DEFENDANTS VINCENT K. MCMAHON and ALPHA ENTERTAINMENT LLC**,

By:  */s/ Jeffrey P. Mueller*
Jerry S. McDevitt *(pro hac vice)*
Curtis B. Krasik *(pro hac vice)*
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

**DEFENDANTS' ATTORNEYS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Andrew M. Zeitlin*